**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| DOUGLAS W. BAILLIE | ) | Case No. 1:02cv00062-SAS |
| | ) | |
| Plaintiff, | ) | (Judge S. Arthur Spiegel) |
| | ) | |
| -v- | ) | |
| | ) | |
| CHUBB & SON INSURANCE | ) | |
| | ) | |
| Defendant. | ) | |

**APPENDIX IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**Item**

A. Amended Complaint

B. Selected Portions of Deposition Transcript of Douglas W. Baillie Vol. I

C. Selected Portions of Deposition Transcript of Timothy James Szerlong

D. Exhibit 1 to Deposition of Douglas W. Baillie Vol. I

E. Exhibit 2 to Deposition of Douglas W. Baillie Vol. I

F. Exhibit 3 to Deposition of Douglas W. Baillie Vol. I

G. Selected Portions of Deposition Transcript of Diane R. Haggard

H. Selected Portions of Deposition Transcript of Gregory W. Tazic

I. Selected Portions of Deposition Transcript of Jim Lash

J. Selected Portions of Deposition Transcript of Dieter Wilhelm Wolfgang Korte

K. Selected Portions of Deposition Transcript of Andrew Bryant

L. Selected Portions of Deposition Transcript of Jeffrey Allen Barton

M. Selected Portions of Deposition Transcript of Michael Zdinak

N. Selected Portions of Deposition Transcript of Timothy Dadik

O. Selected Portions of Deposition Transcript of Douglas Baillie Vol. II

- 2 -

P.	Exhibit 35 to Deposition of Douglas Baillie Vol. II

Q.	Exhibit 36 to Deposition of Douglas Baillie Vol. II

R.	Exhibit 37 to Deposition of Douglas Baillie Vol. II

S.	Exhibit 27 to Deposition of Douglas Baillie Vol. II

T.	Exhibit 39 to Deposition of Douglas Baillie Vol. II

U.	Exhibit 40 to Deposition of Douglas Baillie Vol. II

V.	Exhibit 41 to Deposition of Douglas W. Baillie Vol. I

W.	Exhibit 42 to Deposition of Douglas Baillie Vol. II

X.	Exhibit 43 to Deposition of Douglas Baillie Vol. II

Y.	Exhibit 44 to Deposition of Douglas Baillie Vol. II

Z.	Bowie v. Advanced Ceramics Corp., 2003 WL 21580406 (6th Cir. 2003)

AA.	High v. Genting/Castle, Inc., 2002 WL 31951256 (S.D. Ohio 2002)

AB.	Toole v. Cook, 1999 WL 280804 (Ohio App. 10 Dist. 1999)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Appendix in Support of Defendant's Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Randolph H. Freking and Mark W. Napier, attorneys for Plaintiff, this 15th day of September, 2003.

                                                      s/ David K. Montgomery
                                                      David K. Montgomery

1149021.1