# COPY OF TRANSCRIPT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


DOUGLAS W. BAILLIE,

      Plaintiff,

   vs.                          No. C-1-02-062

CHUBB & SON INSURANCE,

      Defendant.


      The telephonic discovery deposition of GREGORY
W. TAZIC taken in the above-entitled cause, before LISA
A. MONDELLI, a notary public of DuPage County, Illinois,
on the 5th day of September, 2003, at 500 Park Boulevard,
Suite 600, Itasca, Illinois, at 1:00 p.m., pursuant to
Notice.

ATLANTA      NEW YORK      WASHINGTON, DC      CHICAGO      LOS ANGELES



# M & M REPORTING, INC.

### LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143
Corporate Headquarters
www.mmreporting.com

Phone:  (630) 775-1503
Fax:    (630) 775-0170

EXCELLENCE BUILT ON EXPERIENCE

Exhibit H

11

1       A.    At that time, there was a

2   dual accountability reporting

3   structure for claims.  So I reported

4   to the branch manager who was Bill

5   Reynolds at the time and then I also

6   reported to the zonal -- the zone

7   claim manager who was, oh, it is

8   either Bill Crowley (phonetic) or

9   Michael Stapleton.  I don't recall.

10      Q.    Okay.  And what year did

11  you become a regional claim manager?

12      A.    I actually assumed several

13  responsibilities, including the

14  oversight of Cleveland, Louisville,

15  Indianapolis, and for some time

16  Pittsburgh, so I had a regional title

17  or a regional role probably beginning

18  maybe in '99, maybe even a little bit

19  earlier.

20      Q.    Okay.  And in that role,

21  who were your supervisors?

22      A.    Actually at that time, my

23  direct supervisor was a gentleman by

24  the name of John Molar (phonetic) and

ATLANTA        NEW YORK        WASHINGTON. DC        CHICAGO        LOS ANGELES



# M & M REPORTING, INC.

### LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143



Corporate Headquarters

EXCELLENCE BUILT ON EXPERIENCE        www.mmreporting.com

Phone:    (630) 775-1503
Fax:      (630) 775-0170

1    then also Mike Stapleton.

2        Q.    What was Mr. Molar's

3    position with the -- with Chubb?

4        A.    John Molar was the Mideast

5    regional claim manager.

6        Q.    And what was the position of

7    Mr. Stapleton?

8        A.    Mike Stapleton was the

9    Midwest regional claim manager.

10       Q.    And you reported to both of

11   these gentlemen?

12       A.    The claim department at that

13   time was reorganizing and changing

14   from zones to regions.  So for some

15   part of that time, I was working for

16   Mike and then we switched and my

17   territory became part of a different

18   region and I started working for

19   John.

20       Q.    Okay.  And did you continue

21   as the regional claim manager then up

22   until you became a marketing manager

23   in March of '03?

24       A.    Yes.

ATLANTA        NEW YORK        WASHINGTON, DC        CHICAGO        LOS ANGELES




M & M REPORTING, INC.

LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

Corporate Headquarters

www.mmreporting.com

EXCELLENCE BUILT ON EXPERIENCE

Phone:    (630) 775-1503

Fax:    (630) 775-0170

1    Q.    Were there any other ways in

2  which Mr. Baillie participated in the

3  Outreach programs that you recall?

4    A.    Do you mean Outreach by the

5  free store food bank?

6    Q.    The food bank, minority

7  mentoring program, or any other

8  Outreach-type programs that you all

9  may have implemented as part of the

10  Diversity Committee?

11    A.    Not that I can recall, no.

12    Q.    Overall did you believe Mr.

13  Baillie was supportive of the

14  Diversity Committee?

15    A.    No.

16    Q.    How was he -- how was he

17  not supportive of the Diversity

18  Committee?

19    A.    There was a -- there was

20  one instance in which -- there was an

21  instance in which -- in which Doug

22  made a comment regarding working women

23  and that companies that typically show

24  some type of flexibility for women in

ATLANTA          NEW YORK          WASHINGTON, DC          CHICAGO          LOS ANGELES



M & M REPORTING, INC.
LEGAL SERVICES
One Pierce, Suite 295-E, Itasca, IL 60143
Corporate Headquarters          Phone:    (630) 775-1503
EXCELLENCE BUILT ON EXPERIENCE    www.mmreporting.com    Fax:    (630) 775-0170

26

1    the workplace usually end up going

2    under.

3                    And so when you say

4    support Diversity Committee, it's fine

5    to support a few of the items but

6    the idea behind the Diversity

7    Committee was that we were supposed

8    to be creating a culture of

9    inclusion.  So, you know, letting

10   people go and do a free store food

11   bank and then in a separate

12   discussion talk about working women

13   bringing down the workplace to me was

14   not very supportive.

15       Q.    Are you saying that he said

16   that working women are bringing down

17   the workplace or he expressed

18   opposition to flex time?

19       A.    He said that women that work

20   and that do have kind of that

21   flexible schedule or need a flexible

22   schedule companies that allow that go

23   under.

24       Q.    Did he express this opinion

ATLANTA          NEW YORK          WASHINGTON, DC          CHICAGO          LOS ANGELES

# M & M REPORTING, INC.

LEGAL SERVICES
One Pierce, Suite 295-E, Itasca, IL 60143
Corporate Headquarters
www.mmreporting.com

EXCELLENCE BUILT ON EXPERIENCE

Phone:    (630) 775-1503
Fax:       (630) 775-0170

1  regarding flexible schedules as to

2  men?

3      A.   No, he didn't mention men.

4      Q.   You described this as one

5  instance.  Is this -- is this the

6  only instance that you would base

7  your opinion on that he was not

8  supportive of the Diversity Committee?

9      A.   That's the -- that is the

10  one instance that sticks out in my

11  head.

12      Q.   Are there any other

13  instances or circumstances that cause

14  you to arrive at the opinion that he

15  was not supportive of the Diversity

16  -- Diversity Committee?

17      A.   Yes.

18      Q.   What else?

19      A.   It would have been nice if

20  Doug would have -- it would have been

21  somewhat supportive if Doug could have

22  participated in our discussions about

23  what we wanted to do for the branch

24  from a Diversity Committee standpoint.

ATLANTA          NEW YORK          WASHINGTON, DC          CHICAGO          LOS ANGELES



M & M REPORTING, INC.

LEGAL SERVICES
One Pierce, Suite 295-E, Itasca, IL 60143
Corporate Headquarters
www.mmreporting.com

Phone:  (630) 775-1503
Fax:    (630) 775-0170

EXCELLENCE BUILT ON EXPERIENCE

1      MR. NAPIER:   Q.    All

2  right.   Sir, what I'm trying to make

3  sure I understand is when you would

4  want to meet with him regarding the

5  Diversity Committee he did not refuse

6  to meet with you; is that correct?

7      A.    Yes.

8      Q.    Was it his role to attend

9  the Diversity Committee meetings?

10     A.    Are you asking from my

11 opinion?

12     Q.    Well, I'm asking for your

13 knowledge.  Did you understand that

14 he as the regional branch manager was

15 to attend the Cincinnati Diversity

16 Committee meetings?

17     A.    As the branch manager and as

18 the regional branch manager and I

19 would have -- I would have expected

20 as a demonstration of strong

21 leadership skills within the branch to

22 attend a Diversity Committee meeting,

23 yes.

24     Q.    Did I -- during his tenure

ATLANTA        NEW YORK        WASHINGTON, DC        CHICAGO        LOS ANGELES



**M & M REPORTING, INC.**
LEGAL SERVICES
One Pierce, Suite 295-E, Itasca, IL 60143
CorporateHeadquarters
www.mmreporting.com
EXCELLENCE BUILT ON EXPERIENCE

Phone:    (630) 775-1503
Fax:      (630) 775-0170

46

1   like at least perceive ignore what

2   was going on in the room.

3                   Again, I was -- I was

4   -- I was pretty amazed that somebody

5   would do that.

6       Q.    Do you know when this

7   instance occurred?

8       A.    I don't specifically

9   remember the date but it was along

10  the lines when -- it had to have

11  been -- oh, I'd be guessing if I

12  thought the date.

13                  It was when we were

14  starting to get -- starting to work

15  on trying to get rate.  So it was

16  more than one of the earlier meetings

17  in the process which at that time it

18  wasn't like, you know, the last six

19  months or so where, you know, the

20  rest of the market was on board.  I

21  mean, we were trying to do some

22  things in -- in CIS that were very

23  difficult, were very, very difficult.

24  Sending a message of needing more

ATLANTA         NEW YORK        WASHINGTON, DC        CHICAGO        LOS ANGELES



**M & M REPORTING, INC.**

LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

Corporate Headquarters

EXCELLENCE BUILT ON EXPERIENCE     www.mmreporting.com

Phone:   (630) 775-1503

Fax:     (630) 775-0170

47

1    rate that -- and trying to keep

2    renewals and to make money.

3              And like I said, the

4    timing of that was -- it was pretty

5    critical and -- and, you know, Dieter

6    was a pretty vocal leader and a big

7    leader in the territory, and I don't

8    know.  I just -- again, to open up

9    that newspaper was just -- it kind of

10   floored me.

11        Q.    Do you know what year this

12   occurred, whether it was '99, 2000,

13   2001?

14        A.    I don't recall.  I don't

15   recall the year.

16        Q.    You've used the term CIS.

17   Just for clarity, what -- what does

18   that mean?

19        A.    Commercial insurance.

20        Q.    Okay.  The meeting was being

21   conducted by Mr. Korte?

22        A.    Yes.

23        Q.    And do you know how long

24   the meeting had been in process when

ATLANTA          NEW YORK          WASHINGTON, DC          CHICAGO          LOS ANGELES



# M & M REPORTING, INC.

### LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

Corporate Headquarters          Phone:    (630) 775-1503

EXCELLENCE BUILT ON EXPERIENCE          www.mmreporting.com          Fax:    (630) 775-0170

61

1    a meeting?

2        A.    Specifically reading a

3    newspaper, no, but other instances

4    that demonstrated to me this same

5    lack of leadership, yes.

6                    MR. MONTGOMERY:  Hey,

7    Greg, he's not asking you that right

8    now.  You might -- you better try to

9    focus more on the exact question.

10    He's just asking about the newspaper

11    right now.

12                    THE WITNESS:  Okay.

13                    MR. NAPIER:  Q.    All

14    right.  What other instances other

15    than -- I think what you've said then

16    is you don't recall any other

17    occasions where he read a newspaper

18    at a meeting; is that correct?

19        A.    That's correct.

20        Q.    All right.  What other

21    instances do you recall that you

22    concluded he displayed a lack of

23    leadership?

24        A.    One instance was during a

ATLANTA        NEW YORK        WASHINGTON, DC        CHICAGO        LOS ANGELES

# M & M REPORTING, INC.

### LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

**Corporate Headquarters**

www.mmreporting.com

EXCELLENCE BUILT ON EXPERIENCE

Phone:    (630) 775-1503

Fax:      (630) 775-0170

72

1    A.    Approximately 50.

2    Q.    All right.  When he

3  indicated that there was a problem or

4  he didn't know what that slide meant,

5  did anyone volunteer or offer any

6  information, an explanation for the

7  slide?

8    A.    No.

9    Q.    Do you recall whether or not

10  you ever complained to Diane Haggard

11  about this instance that you've

12  described?

13    A.    I may have but I

14  specifically don't recall if I did or

15  did not.

16    Q.    Are there any other

17  instances that you recall where you

18  felt that Mr. Baillie engaged in

19  inappropriate behavior or showed a

20  lack of leadership?

21    A.    Yes.

22    Q.    Tell me about it.

23    A.    One time -- excuse me.

24  There was a contract with a

ATLANTA        NEW YORK        WASHINGTON, DC        CHICAGO        LOS ANGELES




**M & M REPORTING, INC.**

LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

Corporate Headquarters

EXCELLENCE BUILT ON EXPERIENCE        www.mmreporting.com

Phone:    (630) 775-1503
Fax:      (630) 775-0170

1    third-party administrator for -- that

2    was owned by one of our agents that

3    existed in the Cincinnati branch for

4    maybe 15 years, and that contract was

5    agreed to by a prior branch manager.

6              And what -- when I

7    found out about it, the purpose that

8    the -- the intent from information

9    that I was able to gather was that

10   this contract had been put in place

11   in order to help generate some

12   additional revenue from that

13   particular agency.

14             However, this TPA, this

15   third-party administrator that they

16   were using, there were some reporting

17   issues. They were sending us like

18   notification on claims, they were not

19   looping us in on claims that were

20   exceeding their authority, and there

21   were a few other issues that we tried

22   to correct.

23             And I had a

24   conversation with Doug that we need

ATLANTA        NEW YORK        WASHINGTON, DC        CHICAGO        LOS ANGELES



**M & M** REPORTING, INC.

LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143
Corporate Headquarters
www.mmreporting.com

Phone:    (630) 775-1503
Fax:      (630) 775-0170

EXCELLENCE BUILT ON EXPERIENCE

1    to figure out what we want to do

2    with this contract.  That if we want

3    to terminate it, which I think we

4    should, we need to do that; or if

5    you want to use this to try to

6    generate some additional revenue, I

7    can work with these guys to try and

8    -- excuse me, to try and, you know,

9    you know, correct some of the things

10   that were wrong.

11              In our discussions, we

12   agreed that this was probably the

13   time to terminate that particular

14   third-party administrative agreement,

15   and so Doug and I agreed to go down

16   to visit with that agent.

17              And prior to our

18   meeting, we discussed how we were

19   going to do this.  And my comments

20   to Doug and my understanding of how

21   it was going to work was that this

22   agreement, since it had been put into

23   place by a branch manager and that it

24   was to generate revenue from an

ATLANTA        NEW YORK        WASHINGTON, DC        CHICAGO        LOS ANGELES

**M & M** REPORTING, INC.

LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

Corporate Headquarters          Phone:    (630) 775-1503
www.mmreporting.com             Fax:      (630) 775-0170

EXCELLENCE BUILT ON EXPERIENCE

75

1  agent, that the actual message that

2  this would need to be terminated

3  should come from Doug, and that I

4  would be happy, you know, to be there

5  and I could support and I could go

6  through detail -- I could do

7  whatever, but the message had to be,

8  you know, from Doug to the principal

9  of this agency.  And that was what

10 we agreed to and talked about.

11              And we drive down to

12 this meeting, and Doug and I sit

13 across from the principal, and they

14 say, I know you want to talk about

15 this third-party administrative

16 contract, what's the deal?

17              And Doug turns to me

18 and goes, Greg, it's your show, go

19 ahead.  Just kind of turned to me,

20 as if everything we had talked about

21 and how we were going to send this

22 message and that I thought it was

23 important and we agreed that the

24 message to send to this agent that

ATLANTA          NEW YORK          WASHINGTON, DC          CHICAGO          LOS ANGELES



**M & M REPORTING, INC.**

LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

Corporate Headquarters

EXCELLENCE BUILT ON EXPERIENCE    www.mmreporting.com

Phone:  (630) 775-1503

Fax:    (630) 775-0170

76

1    they were terminating this contract

2    should come from someone at Doug's

3    level since someone at Doug's level

4    had agreed to it in the first place.

5                    We sat across there and

6    it was as if, you know, he just kind

7    of threw it to me and said it's your

8    responsibility but again just kind of

9    turned to me and just said, you know,

10   Greg, and that was it and just stared

11   blankly at me.

12                   And that was an

13   instance of which again going back to

14   what I thought which was the

15   leadership issue.

16       Q.    Were you able then to

17   fulfill Doug's expectations and go

18   ahead and explain I guess to the

19   principal that the contract was being

20   terminated?

21       A.    I tried to explain it as

22   best I could.

23       Q.    Did Doug reprimand you or

24   anything of that nature following the

ATLANTA        NEW YORK        WASHINGTON, DC        CHICAGO        LOS ANGELES



**M & M REPORTING, INC.**

LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

CorporateHeadquarters

www.mmreporting.com

EXCELLENCE BUILT ON EXPERIENCE

Phone:    (630) 775-1503

Fax:    (630) 775-0170

87

1    estimate as far as whether it was

2    monthly, weekly, quarterly, annually.

3    I just recall seeing him in the

4    branch on more than one occasion but

5    I don't know specifically how many

6    that would be.

7        Q.    And you recall no

8    conversations with either Mr. Szerlong

9    or Mr. Ekdahl pertaining to Mr.

10   Baillie?

11       A.    None that I can recall.

12       Q.    Do you recall other than a

13   conversation any time in which you

14   sent any kind of communication to Mr.

15   Szerlong or to Mr. Ekdahl, such as an

16   e-mail or correspondence, when you

17   complained about Mr. Baillie?

18       A.    None that I can recall.

19       Q.    Was it your estimation or

20   your evaluation that Mr. Baillie had

21   some strengths as a branch manager?

22       A.    My evaluation is that -- of

23   Doug as a branch manager is I would

24   say he probably -- I would say he

ATLANTA          NEW YORK          WASHINGTON, DC          CHICAGO          LOS ANGELES

# M & M REPORTING, INC.

### LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

Corporate Headquarters

www.mmreporting.com

EXCELLENCE BUILT ON EXPERIENCE

Phone:    (630) 775-1503

Fax:       (630) 775-0170

88

1    had one strength.

2        Q.    What was that?

3        A.    For a limited number of

4    agents, he was fairly sociable with

5    them and that's a pretty small piece

6    of the job.

7        Q.    Any other strengths that you

8    observed in Mr. Baillie as a branch

9    manager?

10       A.    No.

11       Q.    Are you familiar with the

12   Chubb Code of Conduct?

13       A.    Yes.

14       Q.    Were there any occasions

15   where you felt Mr. Baillie violated

16   the Chubb Code of Conduct?

17       A.    Well, there was one instance

18   in which I thought at a golf outing

19   that I was with Doug that his

20   behavior towards the end of the round

21   seemed a little unusual, and he had

22   had a couple of beers or had been

23   drinking basically the entire round,

24   and we were with an agent and an

ATLANTA        NEW YORK        WASHINGTON, DC        CHICAGO        LOS ANGELES



M & M REPORTING, INC.

LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

CorporateHeadquarters        Phone:    (630) 775-1503

EXCELLENCE BUILT ON EXPERIENCE        www.mmreporting.com        Fax:    (630) 775-0170

1    I was aware of.

2         Q.    Were there any other

3    occasions, such as golf outings,

4    social functions, marketing functions,

5    where you felt Mr. Baillie engaged in

6    inappropriate behavior?

7         A.    Other than the instances

8    that I had listed before like those

9    ones that we had talked about, those

10   individual instances, I can't recall

11   any other ones.

12        Q.    All right.  You indicated

13   earlier in your testimony that Mr.

14   Baillie had made a comment I believe

15   regarding working women that you felt

16   was inappropriate.  Were there any

17   other occasions you recall when he

18   made comments that you felt were

19   sexist or demeaning to women?

20        A.    Not that I can recall.

21              You guys there?

22        Q.    Yeah, we're here.

23              Give me a few moments.

24   I'm looking over my notes.  I think

ATLANTA      NEW YORK      WASHINGTON, DC      CHICAGO      LOS ANGELES

M & M REPORTING, INC.
LEGAL SERVICES
One Pierce, Suite 295-E, Itasca, IL 60143
CorporateHeadquarters
EXCELLENCE BUILT ON EXPERIENCE      www.mmreporting.com

Phone:    (630) 775-1503
Fax:      (630) 775-0170

92

1    we're -- we're getting towards the

2    end.

3                        Did you feel that Mr.

4    Baillie supported your claims

5    operations?

6        A.    No.

7        Q.    Why do you -- what's the

8    basis of your opinion that he did not

9    support your claims operations?

10       A.    He didn't really get

11   involved in any of my operation so I

12   don't think he either -- I don't

13   think he supported it at all.  I --

14   I -- he wasn't engaged in the claim

15   piece.

16       Q.    He left that up to you?

17       A.    Yes, I managed that piece,

18   yes.

19       Q.    If you -- and again, I want

20   to make sure I understand this.  If

21   you had a question or -- or a matter

22   that you needed to discuss with Mr.

23   Baillie, did he ever refuse to meet

24   with you?

ATLANTA        NEW YORK        WASHINGTON, DC        CHICAGO        LOS ANGELES



# M & M REPORTING, INC.

LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

Corporate Headquarters

www.mmreporting.com

Phone:    (630) 775-1503

Fax:    (630) 775-0170

EXCELLENCE BUILT ON EXPERIENCE

95

1    said -- you know, a question was like

2    whether or not I was surprised, and

3    you know, my comment to Dieter was

4    all of the things that, you know, and

5    all of the comments and all of the

6    things that we had talked about with

7    respect to lack of leadership and we

8    didn't think Doug was -- had the

9    skills that it took to be a good

10   regional manager or a branch manager.

11           You feel sorry for him,

12   but you know what, it was -- you

13   feel sorry for him but not surprised.

14   Q.    Had you and Mr. Korte had

15   discussions in which you both

16   expressed that you did not feel that

17   Mr. Baillie had the leadership skills

18   to run the region or the branch?

19   A.    Along the same lines of

20   maybe some discussions I would have

21   had with Diane and some other

22   managers.

23           I don't specifically

24   recall; but over the course of Doug's

ATLANTA          NEW YORK          WASHINGTON, DC          CHICAGO          LOS ANGELES

# M & M REPORTING, INC.

## LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143
Corporate Headquarters
www.mmreporting.com

EXCELLENCE BUILT ON EXPERIENCE

Phone:  (630) 775-1503
Fax:    (630) 775-0170