**COPY OF TRANSCRIPT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


DOUGLAS W. BAILLIE,

      Plaintiff,

   vs.                         No. C-1-02-062

CHUBB & SON INSURANCE,

      Defendant.


      The Discovery Deposition of TIMOTHY DADIK, called by the Plaintiff for examination, taken pursuant to notice, taken before MICHELE J. LOSURDO, CSR, a Notary Public within and for the County of DuPage, State of Illinois, and a Certified Shorthand Reporter of said state, taken at 500 Park Boulevard, Suite 600, Itasca, Illinois, at the hour of 1:30 p.m., on the 26th of August, A.D., 2003.

ATLANTA     NEW YORK     WASHINGTON, DC     CHICAGO     LOS ANGELES

**M & M REPORTING, INC.**

LEGAL SERVICES
One Pierce, Suite 295-E, Itasca, IL 60143
Corporate Headquarters
www.mmreporting.com

Phone:  (630) 775-1503
Fax:    (630) 775-0170

EXCELLENCE BUILT ON EXPERIENCE

Exhibit N

1  position with Chubb?

2  A.   I am the personal lines

3  manager for our Itasca, Illinois

4  office.

5  Q.   I'm going to ask you if you

6  would start beginning in 1994 and go

7  through your progression of positions

8  that you held with Chubb?

9  A.   I started June of 1994 as a

10  commercial lines underwriting trainee.

11  I held that position for roughly a

12  year, left the company for three

13  months, then came back as a personal

14  lines underwriter here in our Chicago

15  office.

16        I spent from that point

17  up until August 1998 as an

18  underwriter for various territories

19  and in August of 1998 was moved to

20  our Cincinnati, Ohio office as a

21  marketing specialist in personal

22  lines.

23        December of 1999 I was

24  promoted to the personal lines manager

ATLANTA        NEW YORK        WASHINGTON, DC        CHICAGO        LOS ANGELES



# M & M REPORTING, INC.

### LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

Corporate Headquarters

EXCELLENCE BUILT ON EXPERIENCE    www.mmreporting.com

Phone:   (630) 775-1503
Fax:     (630) 775-0170

1    served as the personal lines manager,

2    would Mr. Baillie conduct your

3    performance appraisals?

4        A.    I had an annual performance

5    review with Doug.

6        Q.    Did you find that Mr.

7    Baillie was fair in his performance

8    reviews?

9        A.    No.

10       Q.    What manner was he unfair?

11       A.    There was a lack of

12   preparation in planning for the

13   performance reviews and a lack of

14   recognition of the results and then

15   the corresponding salary increases.

16       Q.    When you say lack of

17   preparation, in what manner?

18       A.    I could tell from sitting in

19   front of Doug that he had not

20   prepared at all for that conversation.

21       Q.    On how many occasions did he

22   give you an annual performance review?

23       A.    Well, an annual performance

24   review would be once a year.

ATLANTA          NEW YORK          WASHINGTON, DC          CHICAGO          LOS ANGELES

# M & M REPORTING, INC.

### LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

Corporate Headquarters

www.mmreporting.com

EXCELLENCE BUILT ON EXPERIENCE

Phone:    (630) 775-1503

Fax:      (630) 775-0170



1    A.    Correct.

2    Q.    Did you find Mr. Baillie to

3  be helpful and provide assistance in

4  your marketing activities?

5    A.    The majority of the

6  incentives that I did, I worked in

7  conjunction with our marketing manager

8  Jeff Barton to implement those

9  incentive agreements.

10    Q.    What role did Mr. Baillie

11  play in your marketing activities?

12    A.    He always had final sign-off

13  on whether or not we would do an

14  incentive.

15    Q.    Are you saying that he was

16  supportive when you would make a

17  recommendation for an incentive to be

18  utilized?

19    A.    Yes.

20    Q.    You did find him supportive?

21    A.    Yes.

22    Q.    Did he on occasion go out

23  with you when you were engaged in

24  marketing activities?

ATLANTA      NEW YORK      WASHINGTON, DC      CHICAGO      LOS ANGELES




**M & M REPORTING, INC.**
LEGAL SERVICES
One Pierce, Suite 295-E, Itasca, IL 60143
CorporateHeadquarters      Phone:  (630) 775-1503
EXCELLENCE BUILT ON EXPERIENCE      www.mmreporting.com      Fax:  (630) 775-0170

1    departments; is that correct?

2        A.    He would engage in marketing

3    opportunities for other departments to

4    a much higher percentage than what he

5    did for personal lines.  I was a

6    third of that branch from a premium

7    volume standpoint and I did not have

8    a day and a third of his time each

9    week, but, yes, he was involved in

10   marketing opportunities for other

11   departments.

12       Q.    Are you aware of the

13   performance of the other departments

14   within the branch?

15       A.    I knew what they were, sure,

16   that's public knowledge in our

17   computer systems.

18       Q.    Are you -- were you made

19   aware or were you kept informed of

20   his activities involving the other

21   departments?

22       A.    On any given day, if I were

23   to ask where he was, I would know

24   that.  Was I given an e-mail every

ATLANTA        NEW YORK        WASHINGTON, DC        CHICAGO        LOS ANGELES



M & M REPORTING, INC.

LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

Corporate Headquarters        Phone:    (630) 775-1503

EXCELLENCE BUILT ON EXPERIENCE        www.mmreporting.com        Fax:    (630) 775-0170

1    a source of concern for me.

2        Q.    That somehow irritated you

3    that he was out golfing more

4    frequently than what you felt to be

5    appropriate?

6               MR. MONTGOMERY:

7    Objection, argumentative.

8        BY MR. NAPIER:

9        Q.    I'm just trying to find out,

10   sir, were you irritated by that?

11       A.    It was irritating to me that

12   if I needed him, he was not around

13   and not doing something that I

14   perceived productive to supporting the

15   branch growth and profit goals.

16       Q.    Did you ever -- again, you

17   never expressed your concerns though

18   to Mr. Baillie about his -- what you

19   perceived as frequent golfing?

20       A.    Correct.

21       Q.    Now, you indicated he seemed

22   to be out entertaining.  Were there

23   occasions where you accompanied him on

24   what you would describe as

ATLANTA        NEW YORK        WASHINGTON, DC        CHICAGO        LOS ANGELES



# M & M REPORTING, INC.

### LEGAL SERVICES

**One Pierce, Suite 295-E, Itasca, IL 60143**

**Corporate Headquarters**        Phone:    (630) 775-1503

EXCELLENCE BUILT ON EXPERIENCE        www.mmreporting.com        Fax:    (630) 775-0170

1  entertaining?

2      A.    I golfed with Doug on

3  several occasions.

4      Q.    Was that at some type of

5  Chubb function?

6      A.    No, it was a one-over-one

7  planned golf outing with one of the

8  agents that we do business with.

9      Q.    So it was conducted with

10  Chubb business, was it not?

11      A.    Correct.

12      Q.    It was a marketing activity

13  in that sense, correct?

14      A.    Correct.

15      Q.    Other than this lack of

16  attendance or this frequent

17  entertaining complaint, did you ever

18  complain to Ms. Haggard about any

19  other concerns regarding Mr. Baillie's

20  conduct?

21      A.    As part of the those

22  conversations, I would mention that as

23  a first year manager, I didn't really

24  feel that I was being given the

ATLANTA        NEW YORK        WASHINGTON, DC        CHICAGO        LOS ANGELES

**M & M REPORTING, INC.**
LEGAL SERVICES
One Pierce, Suite 295-E, Itasca, IL 60143
Corporate Headquarters
www.mmreporting.com

EXCELLENCE BUILT ON EXPERIENCE

Phone:    (630) 775-1503
Fax:      (630) 775-0170

1      A.      Correct.

2      Q.      Let me ask the question this

3 way in your discussions with Ms.

4 Haggard, was there any -- let me

5 start all over.

6              I'd like to know what

7 concerns you expressed to Ms. Haggard

8 regarding Mr. Baillie.  I'd like to

9 know all of them.  You've talked

10 about lack of attendance.  You said

11 you thought he entertained too much.

12             Apparently you felt

13 also that the time that he spent with

14 you in development for a first year

15 manager was not adequate.

16             What other concerns did

17 you express to Ms. Haggard regarding

18 Mr. Baillie?

19     A.      I think the only other topic

20 we really discussed was a lack of

21 technical skills on the part of Doug

22 to understand the personal lines

23 business.

24     Q.      Well, that was the purpose

ATLANTA        NEW YORK       WASHINGTON, DC       CHICAGO       LOS ANGELES



M & M REPORTING, INC.

LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

Corporate Headquarters

www.mmreporting.com

EXCELLENCE BUILT ON EXPERIENCE

Phone:   (630) 775-1503
Fax:     (630) 775-0170

1    A.    Those were two of the

2  outlets that I could turn to, but I

3  certainly think that being an

4  effective branch manager, that should

5  have been a third resource and as the

6  person that was only 100 yards from

7  me, that would have been the person

8  that I would probably rely on.

9    Q.    Are you indicating that it

10  was your expectation that Mr. Baillie

11  would have the same level of

12  knowledge regarding personal lines and

13  technical issues of those products as

14  would Mr. Hasley or Mr. Botsford?

15    A.    I think that's an

16  unrealistic expectation.

17    Q.    It would be unrealistic for

18  Mr. Baillie to have that same level

19  of knowledge; is that correct?

20    A.    That is correct, but I would

21  expect him to be able to understand

22  the basics.

23    Q.    Is it your testimony that

24  Mr. Baillie did not understand the

ATLANTA        NEW YORK        WASHINGTON, DC        CHICAGO        LOS ANGELES




M & M REPORTING, INC.

LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

Corporate Headquarters        Phone:    (630) 775-1503

EXCELLENCE BUILT ON EXPERIENCE        www.mmreporting.com        Fax:    (630) 775-0170

1    basics of personal lines?

2        A.    It's my testimony that as a

3    company, Chubb focuses specifically on

4    larger more affluent customers and

5    Doug had a long-held belief that we

6    were better served as a company to

7    write smaller homes and we had that

8    debate many times.

9        Q.    I apologize, but I'm

10    confused.

11                Are you saying that, in

12    your opinion, Doug did follow the

13    company's strategy or did not?

14        A.    Doug followed the company's

15    strategy, but his view points on what

16    we should do were very different.

17        Q.    Different than your own?

18        A.    Different than the company's

19    appetite that had been

20    well-established.

21        Q.    You indicated earlier that

22    Mr. Baillie would be active regarding

23    the larger personal lines account; is

24    that correct?

ATLANTA        NEW YORK        WASHINGTON, DC        CHICAGO        LOS ANGELES

# M & M REPORTING, INC.

LEGAL SERVICES

One Pierce, Suite 295-E, Itasca, IL 60143

Corporate Headquarters
www.mmreporting.com

EXCELLENCE BUILT ON EXPERIENCE

Phone:    (630) 775-1503
Fax:      (630) 775-0170

1    looking at this this way.  It was
2    simply another perspective that he
3    shared.
4        Q.    My question to you is in
5    your opinion, did he have any
6    strengths as the regional manager?
7    Are you identifying what you just
8    described as one of his strengths?
9        A.    Yes.
10       Q.    Is there any other ways or
11   means by which you felt he exhibited
12   certain strengths as a branch manager?
13       A.    No, I think that one would
14   be it.
15               MR. NAPIER:  All right,
16   Mr. Dadik, thank you very much.
17               I have no further
18   questions.
19               MR. MONTGOMERY:  Tim,
20   you'll have the opportunity to review
21   this and for the court reporter, if
22   the original is ordered, I would like
23   a copy and we'll handle signature for
24   Mr. Dadik.

ATLANTA          NEW YORK          WASHINGTON, DC          CHICAGO          LOS ANGELES



**M & M REPORTING, INC.**
LEGAL SERVICES
One Pierce, Suite 295-E, Itasca, IL 60143
Corporate Headquarters
EXCELLENCE BUILT ON EXPERIENCE          www.mmreporting.com
Phone:    (630) 775-1503
Fax:      (630) 775-0170