

## CHUBB & SON

---

<u>**VIA FACSIMILE AND USPS**</u>
**513-651-2570**

October 11, 2001

Randolph H. Freking, Esq.
Freking & Betz
215 East Ninth Street
Fifth Floor
Cincinnati, OH 45202

      Re:   **Doug Baillie**

Dear Randy:

      I received your letter dated October 8, 2001 that was faxed to me.

      Please be advised that we do not wish to engage in a further discussion of the merits in this matter. Suffice it to say that Chubb has a defensible position in this matter and that its position differs from that of Mr. Baillie.

      Please be advised that we will keep our offer open until October 18, 2001 for Mr. Baillie to sign his Release and Confidentiality Agreement ("Agreement"), after which our offer will be withdrawn. It is important to note that all of Mr. Baillie's stock options, vested and unvested, terminated on the last day of his employment. Unless Mr. Baillie chooses to sign his Agreement, he will be foregoing a significant amount of consideration as reflected in the Agreement.

      Please call if you wish to discuss this further.

            Very truly yours,

            Suzanne D. Johnson
            Assistant Vice President and
            Associate Counsel

SDJ/sam
70015.01


EXHIBIT
41

Exhibit V

bcc: Pat Hurley



**CHUBB**

# Chubb & Son, a division of Federal Insurance Company

15 Mountain View Road. P.O. Box 1615, Warren, New Jersey 07061-1615

Fax No. (908) 903-5787

## FAX TRANSMITTAL COVER SHEET

**DATE:** October 11, 2001

**Total number of pages: 2**

**TO:**   Randolph H. Freking, Esq.

Fax: 513-651-2570

**FROM:**   Suzanne Johnson
Associate Counsel
General Counsel Department

Phone (908) 903-3822

To acknowledge receipt or correct transmission problems, please call: ·
Sue Moeller at (908) 903-3586.

**Message:**

### CONFIDENTIALITY NOTE

The comments accompanying this telecopy transmission contain information from the Corporate General Counsel Department, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this department immediately. If you have received this telecopy in error, please notify us by telephone immediately.

```
HP*LaserJet 3100                              FAX ACTIVITY REPORT for
Printer/Fax/Copier/Scanner                   CHUBB & SON
                                             908 903 5787
                                             Oct-11-01  11:59
```

| Job | Start Time | Usage | Phone Number or ID | Type | Pages | Mode | Status |
|-----|-----------|-------|-------------------|------|-------|------|--------|
| 250 | 9/10 17:36... | 0'36" | .......................... | Receive........ | 0 | .......... | No Fax Detected.............1181 |
| 251 | 9/10 17:37... | 0'39" | .......................... | Receive........ | 0 | EC144 | No Fax Detected.............1181 |
| 252 | 9/10 17:38... | 0'35" | .......................... | Receive........ | 0 | .......... | No Fax Detected.............1181 |
| 253 | 9/10 17:38... | 0'40" | .......................... | Receive........ | 0 | .......... | No Fax Detected.............1181 |
| 254 | 9/10 17:42... | 0'38" | .......................... | Receive........ | 0 | .......... | No Fax Detected.............1181 |
| 255 | 9/10 17:47... | 0'39" | .......................... | Receive........ | 1 | EC144 | Completed...................... |
| 256 | 9/12 16:26... | 0'25" | 9089034625 | Receive........ | 15/15 | EC144 | Completed...................... |
| 257 | 9/12 16:36... | 3'36" | 12125414630 | Send............ | 0 | .......... | No Fax Detected.............1181 |
| 258 | 9/12 22:18... | 0'42" | .......................... | Receive........ | 2/ 2 | EC144 | Completed...................... |
| 259 | 9/14 17:00... | 0'33" | 973 656 2764 | Receive........ | 1 | EC144 | Completed...................... |
| 260 | 9/17 10:53... | 0'29" | 9089034625 | Send............ | 15/15 | EC144 | Completed...................... |
| 261 | 9/17 17:36... | 3'50" | 12125414630 | Receive........ | 4 | EC144 | Completed...................... |
| 262 | 9/18 14:25... | 0'58" | +8006647872 | Receive........ | 0 | .......... | No Fax Detected.............1181 |
| 263 | 9/20  9:54... | 0'36" | .......................... | Send............ | 1/ 3 | EC144 | Communication Error.........1042 |
| 264 | 9/21 15:46... | 1'04" | 973 656 2764 | Send............ | 3/ 3 | EC144 | Completed...................... |
| 264 | 9/21 15:48... | 1'23" | 973 656 2764 | Send............ | 14/14 | EC144 | Completed...................... |
| 265 | 9/24 12:01... | 3'46" | 12125414630 | Send............ | 1 | EC144 | Completed...................... |
| 266 | 9/25 14:58... | 0'33" | 248 952 6099 | Send............ | 8 | EC144 | Completed...................... |
| 267 | 9/25 14:59... | 2'21" | 248 952 6099 | Receive........ | 4/ 4 | EC144 | Completed...................... |
| 268 | 9/27 13:51... | 1'04" | 513 651 2570 | Send............ | 2/ 2 | EC144 | Completed...................... |
| 269 | 10/ 2 15:56... | 0'55" | 912125414630 | Send............ | 4/ 4 | EC144 | Completed...................... |
| 270 | 10/ 2 16:30... | 2'27" | 912125414630 | Send............ | 8/ 8 | EC144 | Completed...................... |
| 271 | 10/ 3 11:22... | 1'52" | 513 651 2570 | Send............ | 2/ 2 | EC144 | Completed...................... |
| 272 | 10/ 3 11:33... | 0'39" | 12125414630 | Receive........ | 13 | EC144 | Completed...................... |
| 273 | 10/ 5 17:27... | 4'00" | .......................... | Receive........ | 1 | EC 96 | Completed...................... |
| 274 | 10/ 8 11:34... | 0'31" | 1 908 704 6037 | Receive........ | 4 | EC144 | Completed...................... |
| 275 | 10/ 9 13:11... | 1'13" | 513 651 2570 | Receive........ | 1/ 1 | EC 96 | Completed...................... |
| 276 | 10/10 17:36... | 0'27" | 1 908 704 6037 | Send............ | 8/ 8 | EC144 | Completed...................... |
| 277 | 10/11  9:05... | 2'21" | 2126822474 | Send............ | 1/ 1 | EC 96 | Completed...................... |
| 278 | 10/11 10:19... | 0'26" | 1 908 704 6037 | Send............ | 1 | EC144 | Completed...................... |
| 279 | 10/11 11:59... | 0'32" | 513 651 2570 | Send............ | 2/ 2 | EC144 | Completed...................... |

```
       Total   40'30"     Pages Sent: 82    Pages Printed: 33
```