UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DOUGLAS W. BAILLIE )<br>:<br>　　Plaintiff, )<br>:<br>-v- )<br>:<br>CHUBB & SON INSURANCE, )<br>:<br>　　Defendant. ) | Case No. 1:02cv00062-SAS<br><br>(Judge S. Arthur Spiegel)<br><br>**<u>NOTICE OF FILING OF DEPOSITION<br>OF JIM LASH</u>** |

Defendant, Chubb & Son Insurance, hereby gives notice of the filing of the deposition transcript of Jim Lash, taken March 25, 2003, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　s/ David K. Montgomery
　　　　　　　　　　　　　　　　　　　David K. Montgomery (0040276)
　　　　　　　　　　　　　　　　　　　Mark J. Chumley (0067321)
　　　　　　　　　　　　　　　　　　　1400 Provident Tower
　　　　　　　　　　　　　　　　　　　One East Fourth Street
　　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202
　　　　　　　　　　　　　　　　　　　(513) 579-6475
　　　　　　　　　　　　　　　　　　　(513) 579-6457- Facsimile
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　Chubb & Son Insurance

OF COUNSEL:

KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing Notice of Filing of Depositions of Jim Lash with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Randolph H. Freking and Mark W. Napier, attorneys for Plaintiff, this 15th day of September, 2003.

                                          s/ David K. Montgomery
                                          David K. Montgomery

1149558.1