Overbilling + paying benefits?
(Doug discussing w/ EK)

use Pomerantz - if so doc. o/s services

Jimmy Hesburger - spec code for
allocation of expenses + comp.

Tompkins - per Delony - Knows Chubb overall
great presenter;
weaknesses - emotional + passive, non-confrontational.

O'Mara - per Delony -
leadership skills strong   great people skills
good motivator; responds to direction
weakness - #'s + interpretation esp. @
branch level + systems
overall insurance industry perspective
exclusive EP focus thusfar
needs to work on people/staff development
Beth - more tech side, not interested
address issues + carry out vision

Bring more value w/ Tompke w/ practice
presence in office - greater value

make this person their support mech
not directly involved in day to day

make sure Doug calls Delony +
Bremer + Bryant for midterm + final rev.
Discuss Beth thinker exit interview


Haggard
DEPOSITION
EXHIBIT
PENGAD 800-631-6989

CIC 001342

DONS

- FMLA + STD emp - we can offer
  $, emp welfare, O/T, spot bonuses, etc.
  since will come off our comp budget

COACH

CIC 001343

→ Palmer + Cary deal
got over 500,000 for doing nothing

Reynolds + Reynolds — E+O loss issues
reduced capacity, ↑ pricing, etc. Property was
a mess.
Tom Conwell (x-Church, wrote this acct inha

NO

CIC 001344

I-day    ~CPCU ( Insuring the Children eve...    P1
11-14-01
Attendees:    Korte
              Pesce
              Caldwell
              Brassketter
              Sazie

fishing for results    per DK, GT, 2P, BC, JB
    ex. - Belkke veneer
Having hard time finding jobs
Stated potential employers are looking @ our
results + wondering why he was terminated &
Stated to Sazie most ask whether he was
stealing from co or sleeping w/ someone." But
everyone knows that, at Chubb, if you are
sleeping w/ someone you are promoted not
fired"

DK - Had dinner w/ Ken Semmons last wk (Semm...
    is currently in HSB @ FKO) Ken hates Sigelm...
    And Said Sigeling hates anyone who was
    associated w/ Semmons like Snelly + Korte.
    Told DK that he should start looking
    elsewhere b/c if he is on Jim's list he
    could be next ( in front of Pesce)    CIC 00135

p²

I - day cont.

Doug was giving DK a hard time for not calling him + said

Corry is calling frequently to have beers + is saying he doesn't understand why Cerulos let him (DB) go)

Stated several times to DK, GT, EP, VB, BC that he was fired + doesn't understand why Cerulos let him go.

CIC 001352

11:19

Jason      - I-day discussion w/ Doug

- discussed # submissions increasing
- profitable
- Doug stated the infrastructure is in place now to
  be successful in this unit
- Advised he was fired + didn't know why
  ( how does he think that affects Clientele's credibility +
    loyalty of staff . )

CIC 001345

→ order pumpkin (3) +

'I' day    ~    CPCU ~~test~~
Insuring the Children

fishing for results

Korte

Sazic

Pesce

Sperling — worked 3 yrs + now we are
turning profit + they let me
go. Now that the party is beginning

says Sarge he
was sleeping w/ someone
+ that was why he
lost his job

Having hard time finding a job    (sp)
wanted to know what ~~Boo~~ Boehlke Veneer was worth.

Kent Simmons — dinner last week
He hates Sperling — doesn't like anyone
who associates w/ Simmons including
Sully + you (Beller)   (again — in front of
Pesce)

Corry calling him asking to have beers +
is saying he doesn't understand why Chubb
let him go.

Sad at
starting to get v. bitter

CIC 001353

→ order Pumpkin +

"I" day    ~    CPCU ~~test~~

"Insuring the Children"

says Serpe he
was sleeping w/ someone
+ now won they he
lost his job

fishing for results

Korte

Sezic

Pesce

Szerling — worked 3 yrs + now we are
turning profit + they let me
go. Now that the party is beginning

Having hard time finding a job    (sp)
wanted to know what ~~BBB~~ Boehlke Veneer was
                                                                worth
Ken Simmons — dinner last week
He hates Szerling — doesn't like anyone
who associates w/ Simmons including
Sully + you (Beller)    (again — in front of
Pesce)

Corry calling him asking to have beers +
is saying he doesn't understand why Chubb
let him go.

said at
starting to get v. bitter

CIC 001353

11-16

Lash phone call

Lash v. upset w/ his situation in that his personal relationship w/ DB + Dori provides in his opinion, confidential discussion that he was not comfortable breaching. Feels Chubb is forcing him to choose sides and require him to leverage info.

I told Lash Chubb is in a defensive position here, Doug is taking the action, therefore if anyone is forcing him to take a side it's Doug.

I also advised that just as lying about stmts made, etc. omitting info. when asked is just as serious + in violation of our code of conduct. Just be truthful in your answers and that is all anyone is asking.

I told him that while you don't want to help either party hurt the other + that, per his comments, doesn't want to tell Chubb anything that would hurt Doug, by not telling Chubb something could potentially hurt Chubb, i.e. the side you pick could be Di

CIC 001346

Missed Call:

Tim Kerns — committed but did not answer his phone (cell)

Brandi Caldwell

└ per DK to BE no where near DB so not necessary — per Jason Brunsteter they had conversation @ I-Day + it included bus. resnets, etc.

CIC 001347

zes
Zweler
11-19

alcoholism is only protected by ADA
ansy when emp. advises corporation of
their disease + we take action + terminate
based on our knowledge of alcoholism

CIC 001348

<u>Sabotage</u>

→ Service accts

Superceding Mike's authority

putting Selby in an uncomfortable

situation w/ Mike vs Doug

I suggested he speak w/ Doug +

say I appreciate that you value

my opinion, but it is just that +

Mike should be involved in any

△ in procedure. You put me in an

uncomfortable position w/ my direct sup

He (Selby) also mentioned his

discomfort w/ Doug due to the 1st dealing

which was Doug ~~stopping over~~ to interview

him, then saying @ lost of interview that they

had already decided ~~handed~~ ??? of ?? to

someone else

©1997 Franklin Covey Co. Printed in USA    Swing Pad-CL 16829, Swing Pad Refill-CL 16960

CIC 001356

Doug's coaching, critique based on
LC from 12 yrs ago.

Doesn't appear Steve + Doug are on same
wavelength.

Doug is contrary to LC Strategy.

1st X had difficulty in mgmt career. Why?
frustrated, pulled in too many
directions

too many dynamics for 1 mgr

~~Here are your goals~~
people mgmt + perf mgmt Skills
answers in a question

Mike - non - confrontational

Doug - time mgmt, production, efficiency

Differences in coaching + message
— Steve feels we are part of overall
business plan

— Coordination w/ Staff, v/m's

©1997 Franklin Covey Co. Printed in USA

Swing Pad–CL 16829, Swing Pad Refill–CL 16960

CIC 001350

<u>Sabotage</u>

→ Service accts.

Superceding Mike's authority

putting Selby in an uncomfortable

situation w/ Mike vs. Doug

I suggested he speak w/ Doug +

say I appreciate that you value

my opinion, but it is Doug that +

Mike should be involved in any

△ in procedure. You put me in an

uncomfortable position w/ my direct sup.

He (Selby) also mentioned his

discomfort w/ Doug due to the 1st dealing

which was Doug stopping over to interview

him, then saying @ end of interview that Doug

had already extended an offer to

someone else

©1997 Franklin Covey Co. Printed in USA    Swing Pad-CL 16829, Swing Pad Refill-CL 16960

CIC 001356



Doug

Review - has not had one in 15 mos
Cavanaugh Stretched + let go

CIC 001357



- Kevus - AVP @ review

Reg DFI    KF                  JP interview
          KF                     ✓
          KM                  12/8
          AC    2nd interview 11/15
          AS                    ✓

Reg CSPA
          RK
          CP
          JL
          EF ✓

Bonus for SA + SP during Comp lixr

- Exceed vist 12/13-14 Becky coming in

- Jane Peterson — 12/8 called left vm

- a Prome ntg -

- Catoumer et al m 19th - all cataomer

- L + D plan for his staff.

- Risk Consultant trainer ☺

- Amy Miller remote work

✓ Branch mtg 22 ↑ VW
                   congrats Amanda Jones

- Pool car for Reg DFI - not a pool car?

- be sensitive to Channel U/W w/ EP comments
  about "Driver dept" etc. Celebrate CID, Est,
  Pltm Successes
  (Discussed w/ Barton 12/14)

- make sure DMG really is the importance of pushing
  plans on targets.

CIC 001372

Expectations for Kathy Celli + El. Faulkner
for HR.

Discuss 70% funding for incentive bonus

Bonus Funding @ 100% = 152,763  } Ann
              @ 70% = 106,934

              @ 100% = 86,873  } Cel
              @ 70%    60,811

              @ 100% = 21,643  } Col.
              @ 70%    15,150

              @ 100% = 37,676  } Jud
              @ 70%    26,373

              @ 100% = 24,913  } Lou
              @ 70% = 17,439

Partiture - split in front of TW. Give who credit
    + See bonuses for individuals in this
    area (available thru Ann)

*El. wants Gary up her HR +
    Appl- rep. w/ HR further

El. will be in since 18th - 7th to verbal by
    Laurence + on PR Friday 80  no say

Discuss bonus w/ Laurence. See pilot of note

Complaints - Cel - April.

{ Susan attend Lav mtg? yes
    EDS training- April-



[illegible]

L+D plan for his direct repts

[illegible]

Sexual Harr. Awareness Training

Diversity rept to Dir. comm + Ldrship team?

Establish plan during my leave w/ El.

Why was Murphy not [illegible] for [illegible] DFT?

Sex Harr - Boyd [illegible] attend [illegible]

[illegible] - O/C training $1500 [illegible]

[illegible]

Offices - A. Emery

Workman & [illegible] review date

Jeff [illegible] - [illegible]

Great job on positive reinforcement

[illegible] - need vol. depts.



CIC 001375

## A Message From Dean O'Hare

We are announcing today several significant changes in the management structure of Chubb Commercial Insurance (CCI). It has become very clear that we need to act decisively to better align individual competency and accountability with the requirements of the underwriting positions which drive our results in this rapidly changing marketplace. If we are to succeed in effecting a complete and sustainable recovery of our Standard Commercial Lines, we need to strengthen our underwriting organization to accelerate the improvement of the quality of our book of business.

**Steve Pozzi**, currently manager of the Package practice, will become chief underwriting officer for CCI.

**Dino Robusto**, currently manager of CCI's non-U.S. field operations, will become chief worldwide field operations officer of CCI.

**Baxter Graham** is pursuing other opportunities within and outside Chubb.

**Paul Lewis**, currently Western Zone underwriting officer, will assume responsibility for worldwide Property.

**John Angerami**, currently manager of Casualty underwriting, will become Wholesale Zone officer.

**John Casella**, currently head of CCI's Risk Management and Affinity underwriting platforms, will assume responsibility for worldwide primary Liability.

**Jayne Hill**, currently manager of CCI Excess Umbrella, will become New Haven branch manager.

**Gail Soja**, currently Excess Casualty manager of the Northeast zone, will assume responsibility for worldwide Excess Casualty.

**Kevin Leidwinger**, currently Southern Zone underwriting officer, will become manager of U.S. field operations.

**Dan Arrighi**, currently manager of primary Casualty, will become manager of field operations outside the U.S.

**Kathleen Ellis**, currently New York Zone underwriting officer, will lead MRG field operations.

**Alan Driscoll**, currently manager of the U.S. Multinational Resource Group underwriting platform, will add responsibility for the CCI Risk Management and Affinity underwriting platforms.

**Jim West**, currently manager of Information and Technology underwriting, will lead our global efforts in intellectual property and errors & omissions underwriting and new product development.

**Alan Brown**, currently Technology insurance specialist, will become manager of the U.S. Reverse Flow and affiliate units.

We are confident that these changes will help position CCI to gain the maximum leverage from the cyclical turn which is at hand. Please join me in congratulating and supporting all of these men and women in their new positions.

CIC 001376

Cell Phone for usage on Fridays to
maintain the coverage to customers.

Jan - June @ $33 / month  = $198

any monthly parking is $150.

Requesting credits over May + 1st 2 wks June

33

May = $130.
June = $ 80.
$210.

See attached if detail required on cell charge

30/mo

12/18/00

Doug advised usage avg of 30 min not enough
to justify expense. I told him that it is
difficult for me to be accessible other than cell
phone (because of Dan's biz) he said that's not
"our" problem. I also told him the phone is so
people can contact me in case of the ?'s or
emergency. He didn't feel it was necessary to
have this available to internal customers. Approval
denied.

CIC 001377

Wed Dec 13

Cell Phone conversation

*confidential?* on speaker in Doug's car w/ Jeff Barton sitting next to him. Doug advised me that my leaving yesterday @ 1pm was grounds for dismissal. I told him that the schedule submitted for a flexible work arrangment dictated hrs of 730 - 1230 T + T#. I worked 7 am - 1 pm on 12/12. He said that

*submitted 2/1/00* proposal has not been approved and that if I want to take a PTO that also was not discussed with him. I said that it was my understanding (from our conversation, in my office on 10/23 (during my FMLA leave) that he agreed to the 30 hr. work week schedule but not necessarily the role I would be in. He suggested hiring a new HR regional + keeping me as the HR Cin rep but he did not close the door to any arrangment. Jim Ehdahl was present at this mtg and confirms my facts. Doug said we would discuss options as respects to my job description with Jim Ehdahl + get back with me. Doug said that yes, he

*aren't you in that role?"* approved the 30 hrs but not in the reg HR role and that as long as I am still in the Reg HR role he expects me here a min. of 40 hrs.

I asked him if he wants me out of the role because I need to work the schedule I proposed for personal reasons

CIC 001378

Doug
29 personal phone calls
month of April

— Beth's notes + 3-ring
binders

CIC 001355

without prior notice — met w/ Doug in
Whitman Situation + he wanted to go over my
Career assessment. I told him I was not
prepared, he wanted to go over review, had
me tell him what he should write for present accomplishments
+ diversity asgt.

CIC 001382

2/1/00    Jim Dietz
          2 pm   UC  Basketball game
          Jerry Hammer + wife  (Van Meter)

Doug drinking @ brunch : Bragging about
drinking 20 drinks a day. Pressuring
agents + Jim to drink. All were
uncomfortable.

CIC 001383

I am to post job + stay in role until we fill this position.

1/4  Fajgic - Diversity Comm , incentive bonus recognition Dong downplayed + said it shouldn't be part of bonus consideration we should just take them to dinner or something. Fajgic said if we are not rewarded for something that is a corp. initiative he is quitting comm . + moving on to whatever is rewarded + recog (shows that this is really not important)

1/4  Zdanic - wish he never came to Cin b/c of Dong

1/2  Kurt - wants out of Cin asap b/c he is so frustrated w/ Dong  - doesn't listen, has no clue what v/w does + is not learning from him.

CIC 001384

· Breuer review
feedback —
no examples

Can you expand on that?    No, not really,
well Jim felt that way, not me.

CIC 001385

Baillie

derail ➡ ENS vs. CIS    [ severity of an energy acct vs.
Pmm + CIS ]
(Cancel Energy surveys b/c we wrote them already
although there are several Pmm + CIS accts also on the docket
that are already written)

equi box mtg.

13th "we don't need you" — Dong to 2 derail
Mike told Baillie he was unavailable on the 13 + 14
but Dong said let's schedule it for the 13th we don't need
you there.

~~~
Comm issues


Gates    Dinner - Mapes    (Sr. retirement)
Eubank, Mapes Sr. Jr. + Scott Mapes
Gates + Baillie
Dong belittled Tom @ every opportunity

I heard from Gene Mapes Sr + Jr about
how uncomfortable they were + how inappropriate
his comments were.


Dana — Dong belittling Dana in front of
bank customer

**Diane R Haggard**          ◯          **11/17/99 08:53 AM**

To:     Douglas W Baillie/ChubbMail@ChubbMail
cc:

Subject:  Re: Corry's PTO's 🖼

Doug,

Keep in mind that we do not allow employees on FMLA, wage continuation, medical absence, short term disability, etc. to earn PTO days while out (for more than 4 weeks).  I have a problem not allowing them to earn PTO's and allowing Dave to earn them.  Consistency is key!

Let me know your thoughts!

Diane
Diane R Haggard

**Diane R Haggard**          ◯          **11/11/99 05:07 PM**

To:     Rebecca W Emerson/ChubbMail@ChubbMail
cc:

Subject:  Re: Corry's PTO's

Becky,

FYI!

Diane

---------------------- Forwarded by Diane R Haggard/ChubbMail on 11/11/99 05:04 PM ----------------------

From:   Douglas W Baillie on 11/11/99 02:14 PM

To:     Diane R Haggard/ChubbMail@ChubbMail
cc:

Subject:  Re: Corry's PTO's 🖼

Yes, continue to earn pto's. It's the patriotic thing to do. O' say can you see.

Doug

CIC 001387

Corry - out 4 months on military duty + against policy offered an unprorated raise + bonus + allowed him to earn PTO days during military absence ..."

Did not afford some benefits to Overlin, Haggard. who were out on medical absence.

During career discussions advised I have no next promotion opportunities w/ my flex. work schedule ( 4 10 hr. days)

Stated companies who allow teleworking + flex schedules will be out of business in 5 yrs.

: Made defamatory statements about Brandi Caldwell to ~~Dog~~ Kirk

CIC 001388