UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DOUGLAS W. BAILLIE | ) Case No. 1:02cv00062-SAS |
| Plaintiff, | ) (Judge S. Arthur Spiegel) |
| -v- | ) **NOTICE OF FILING OF DEPOSITION** |
| CHUBB & SON INSURANCE, | ) **OF DOUGLAS W. BAILLIE VOL. I** |
| Defendant. | ) |

Defendant, Chubb & Son Insurance, hereby gives notice of the filing of the deposition transcript of Douglas W. Baillie, Vol. I, taken May 9, 2002, a copy of which is attached hereto.

Respectfully submitted,

s/ David K. Montgomery
David K. Montgomery (0040276)
Mark J. Chumley (0067321)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6475
(513) 579-6457- Facsimile
Attorneys for Defendant,
Chubb & Son Insurance

OF COUNSEL:

KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing Notice of Filing of Depositions of Douglas W. Baillie Vol. I with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Randolph H. Freking and Mark W. Napier, attorneys for Plaintiff, this 15th day of September, 2003.

                              s/ David K. Montgomery
                              David K. Montgomery

1149549.1