1998 Performance Review for Doug Baillie

Results(Harrisburg):

* The growth goal was on plan for the Harrisburg branch at the end of August.

* The new/lost business plan was ahead of plan by the end of August. Risk selection continued to be good with a strong and active account management program. The branch was unprofitable due to an 8.5 million dollar loss in umbrella. The CID book of business was evaluated the most profitable in the United States by the Commercial Insurance Department and Actuarial. All lines of business were making money by August of 1998 with the exception of ABL, Umbrella and Personal Lines.

* Controllable Expenses were approximately $95,000 under plan. A ratio of 2.9 was one-half point below the prior to date actual. This tracks with the continued historical trend of reduction of controllable expense.

* DOR was below goal of 57 days.

Cincinnati Regional Manager:

* The premium plan for the region was met. The Cincinnati branch picked up a point of growth in both September and October. In November CCM was taken out of the numbers and it adversely affected the growth.

* New/Lost Business was significantly over plan.

* The rate initiatives were begun in December. I was involved with meetings where specific accounts were discussed for the Cincinnati branch for the first four months and action plans developed. I have been engaged with every other week discussions with the branches in the region and getting update on this most important initiative. Results are not out at the present time, however, I believe they are mediocre.

* The Cincinnati controllable expenses are well below plan.



EXHIBIT
BAILLIE 4

Strategies for Harrisburg:

* Prospect System was continually maintained and a source of much new business.

* Active and aggressive travel with all staff was maintained throughout the year to ensure continued growth and account rounding.

* Written Business Plans were instituted for all agents and reviewed and critiqued.

* Producer relations were effectively maintained which is evidenced by growth and new/lost business.

* Established an agency council for Harrisburg which helped improve agency relations and gave us valuable feedback.

000301

* Account rounding system continued to be successful with Harrisburg writing a $500,000 account as of 1/1 in addition to the new business success in 1998.

Strategies for Cincinnati Region:

* Account management system has been incorporated in Columbus, Louisville and Cincinnati. Written account management are in place for all accounts above $150,000 in Cincinnati. Louisville and Columbus are 80% completed.

* Written agency plans have been developed for all agents in Louisville, Columbus and Cincinnati for 1999.

* A committee has been formed to reinvigorate the prospect system. We are presently cleaning it up on a monthly basis and feeding the system with viable leads.

* A market letter program has been instituted for Louisville, Columbus and Cincinnati with weekly market letters sent to individual producers and account executives.

* Agency travel plans have been established and will be monitored via trip reports instituted through the travelers system.

Service:

Harrisburg:

* work assignments were managed at appropriate levels. Staff was reduced by one in CSD in 1998.

Cincinnati Regional Manager:

* A written game plan has been instituted for turning around the service problems in Columbus, Louisville and Cincinnati. I have conducted individual meetings with all the CSD staff in Louisville, Indianapolis and Columbus. A regional trainer has been approved and a written gameplan for training the CSD department in the region is established.

Collaboration with others:

Harrisburg:

* In 1998 three managers were promoted to significantly greater opportunities in other branches. The local Personal Liens Manager was promoted to Regional manager. Two underwriters were promoted to position in Philadelphia. Despite this turnover was able to maintain growth and net/new lost goals.

* Branch had high activity of teamwork including ADHOC committee, team travel, etc.

* Quarterly reviews were conducted for all staff.

* The branch was actively involved in local community activities, RIMS and Chamber events.

* Mentored two minority managers. One was promoted to a significantly new management position. The other was progressing nicely and ready for promotion in a year.

* An agency council was formed and results was communicated to staff, agents and other branches.

Cincinnati Regional Manager:

* Entered region directly after massive turnover and displacement of employees both in management ranks and in CSD. Established clear vision and direction that helped improve moral. The Personal Lines manager was the only turnover in the entire three offices.

* All employees were given up to date performance goals and competency assessments. A system is in place to monitor and measure.

* A training program has been established for Marketing and CSD. Current HR manager is working on a comprehensive program for the entire branch.

* A regional meeting was conducted to establish direction and build teamwork.

Competency(Under Learning):

* Attended a three day course on Strategic Planning and Thinking to the Worten Business School and attempted to apply thinking to continuing to provide vision and direction for the branch/region.

* Became involved in alternative distribution committee in the home office. Also was involved in the committee to put together the agenda for the branch managers training program.

* Attended Sales Coaching seminar and utilized concepts to continue to hone coaching skills.

* Took two outside leadership seminars to continue to improve in leadership capabilities.

000303