# MEMORANDUM

TO: All Department Managers

FROM: Doug Baillie

DATE: September 3, 1998

RE: Future Priorities

---

You have identified the key items that have made the Cincinnati branch successful in 1998. They include:

- Good open communication and teamwork
- Being active in the marketplace (visibility)
- Account relationships
- Client service that exceeds expectations
- Targeting prospects
- Strong underwriters
- Active producer management
- Incentive plans
- Aggressive sales skills
- Superior products
- Outstanding customer service representatives
- The Underwriting Workstation
- Strong implementation goals


EXHIBIT
BAILLIE 5

000043

* Good work ethic

* Good planning and prioritizing

* Chubb reputation

Throughout the fourth quarter of 1998 and 1999 you have identified these areas that we will need to execute to continue to be successful:

* Build bench strength and infrastructure

* Pay attention to retention of employees

* Communicate career paths to all employees

* Train staff to cope with change

* Continued aggressive travel

* Increase loss control travel to key accounts and prospects by reprioritizing

* Watch expenses but spend money to make money

* Clarify roles and expectation.(Particularly for regional managers)(Suggested regional managers meeting in fourth quarter)

* Aggressively pursue alternative distribution

* Continue to develop new products

* Plan and prioritize activities better(keep it simple)

* Put teeth into agency plans

* Build in accountability and expectations, particularly in the area of producer management

* Support diversity

* Build account management platform

* Provide competency assessments and performance and development plans for all employees

I will address these items with your help in the next coming weeks.

Thank you all for your input in providing key direction for continued success.

000044