# MEMORANDUM

TO: All Department Managers

FROM: Doug Baillie

DATE: September 23, 1998

RE: Tom Motamed's performance

---

Some of you expressed interest in getting a copy of the notes on Performance Measures that Tom outlined in his presentation.

## UNDERWRITING PROFIT:

- Risk Selection

- Rate Adequacy

- Mix of Business

- Account Ranking

- Account Management

## PRODUCER PARTNERING AND MANAGEMENT:

- Appointments

- Executing the Plan

- Producer Reviews

- Value Exchange

- Deals and Incentives



EXHIBIT
BAILLIE 6

000045

## STAFF DEVELOPMENT:

- Technical Training

- Sales/Negotiating Training

- Coaching/Feedback

- Building a Team

- Diversity

## GROWTH:

- Business Plan

- Prospects

- Differentiate

- Effective Producer Rravel

- Pay for Performance

## EXPENSE:

- Adequate Staffing

- Compensation Management

- Producer Payout

- Manage Overhead

- Smarter not Harder

000046