# CHUBB & SON

**SYLVESTER GREEN**
Executive Vice President
and
Managing Director

July 23, 1999

Chubb and Son
Mr. Doug Baillie
Regional Branch Manager
312 Walnut Street, 18th Fl.
Cincinnati, Ohio 45202

Dear Doug,

Your enthusiasm and excitement about your role in the field is quite contagious. The impact that you are having on your staff, management team, and producer plant was very apparent to me.

I encourage you to continue being aggressive regarding Chubb Executive Risk and the advantages that to our agencies will gain from the number of new Chubb ER product offerings. As you know, achieving the additional net new business target for Chubb ER between now and year end is a tall order and will require a stellar performance on the part of U.S. field operations.

Thanks very much for arranging productive visits for me in Columbus, Cincinnati and Louisville. You have a good team with a lot of potential and as we discussed our need to continue the push for very strong players and maximum authority in all underwriting positions throughout field operations. We need to develop more "world class" performers and fewer average performers if we are to attain world class status.

Your region has had a great success with the rate/pricing initiative and my expectation is that you will finish the year on a very high note. Keep pushing!

This year has been an eye opener in many ways and it has taught us that we will need to be more effective in our short and longer term plans regarding business mix, operating plan, better alignment of our producer planning process to our own business plan, and the need to focus on how to better train and reallocate our human resources. My hope is that our field management team will give these issues a great deal of thought and consideration as we begin the year 2000 planning process.

Doug thanks very much for the time we spent together.

Very truly yours,

Sy Green

Cc:   Terry Cavanaugh
      Tom Motamed



EXHIBIT
BAILLIE 9

15 Mountain View Road, Warren, NJ 07059 • Phone: (908) 903-4334
Chubb & Son is a division of Federal Insurance Company

000064