

EXHIBIT BAILLIE 19

## BALANCED SCORECARD - OHIO VALLEY REGIONAL MANAGER

| PERFORMANCE AREA | | METRIC | TARGET | | |
|---|---|---|---|---|---|
| | | | Met Most | Met All | ES/CE |
| **FINANCIAL:** Weight - 40% | Profitability | Loss Ratio Ex-Cat | 72% | 67% | 62% |
| | | Expense Ratio | 31.0% | 30.0% | 29% |
| | | Controllable Expense | plus 3% | On target | 3% under |
| | Growth | Commercial Growth | 4% | 6 | 8% |
| | | Personal Lines Growth | 13% | 14.7% | 16% |
| | | International | 5% | 10% | 15% |
| | | Product Mix % CID, PMM, ERG of Commercial | 54% | 50% | 46% |
| | | Production (New Business) Target Lines (% of Plan) | 85% | 100% | 110% |
| | Pricing Mgmt. | Meet Pricing & Exposure Goals | Good | At Plan | Over plan |
| **EXTERNAL PROCESS:** Weight - 20% | Customer Management | Commercial Retention | minus 3% plan | On Plan | Plus 3% over plan |
| | | Establish account management plans and execute for top 25 accounts | Needs Improvement | Good | Very Good |
| | Producer Management | Marketing Audit Results | 75% | 80% | 85% |
| | | New Appointments/Sources/Diversity | 4 | 6 | 8 |
| | | MVI Implementation | Less than | 8 million | Greater |
| | Market Management | Agency plans written and completed for all agents in CIN, 50% of agents in CLE & IND | Needs Improvement | Good | VG |
| **INTERNAL PROCESS:** Weight - 20% | Underwriting Quality | Audit Findings/WTO Feedback | Needs Improvement | Good/On Par | Very Good |
| | | Regulatory Compliance | Needs Improvement | Good/On Par | Very Good |
| | Service Performance | New/Renewal Issuance | 85 | 90 | 95 |
| | | Endorsement Issuance | 85 | 90 | 95 |
| | | Premium Collections | 68 Days | 60 Days | 57 Days |
| | | Loss Control Results/Impact - Increase deliverables and service to LC accounts - setup system to improve report quality - include loss control in marketing effort - U/W feedback | Needs improvement | Better than average | Very Good |
| | | Claims Results/Impact - U/W feedback | Needs improvement | Better than average | Very Good |
| **PEOPLE MANAGEMENT:** Weight - 20% | Management of Resources | Retention of ES performers and above staff (incl. evaluation of minority +/0 results) | 86 | 88 | 90 |
| | | Minority Retention - Close gap by | 1% | 2% | 3% |
| | | Minority Hiring | 15% | 20% | 25% |
| | Building Leaders | Execution of L&D Agenda | Satisfactory | Completed per plan | Clearly Exceeds |
| | | Dev. plans for direct reports | 100% by 7/1 | 100% by 6/1 | 100% by 5/1 |
| | | Mentoring/Coaching Staff - Personally mentor 5 high potential employees | Needs improvement | Better than average | Very Good |
| | Modeling | Employee Survey Results/Personal 360 Feedback | Needs Improv. | Good | VG |

| PERFORMANCE AREA | METRIC | TARGET | | |
| --- | --- | --- | --- | --- |
| | | Met Most | Met All | EXCE |
| | Behavior | | | |
| | Diverse Teams, Opening Learning/Work Environ, Elimination of Polar Distinctions Among Staff | Needs Improv. | Good | VG |
| | The U.S. Field averages approximately 40 hours of learning (not necessarily classroom training) per employee | 35 hours | 40 hours | 45 hours |
| | Employees have written development plans | 90 | 95 | 100 |
| | Establish community involvement in all branch | Needs Improv. | Good | Very good |