EXHIBIT BAILLIE 20

000410

## 2001 SCORECARD
## Doug Baillie – Cincinnati

| Financial | Perf Area | Measurement | Threshold | Target | Superior |
|---|---|---|---|---|---|
| 76% | Profit | CCI – Loss Ratio (calendar yr ex UM)<br>Accident yr (ex UM)<br>Growth<br>Price/Rate<br>Retention | 115%<br>5 pts higher than CCI/U.S. result<br>Positive<br>13.1% (Budget)<br>75% | 112%<br>CCI/U.S. result<br>4%<br>15%<br>77% | 109%<br>Outperform vs CCI result<br>6%<br>16%+<br>79% |
| | | CSI – Loss Ratio (ex UM)<br>Growth (ex UM strategy adj)<br>Price/Rate<br>Retention (ex UM strategy adj) | 94%<br>2.0%<br>9%<br>82% | 92%<br>3.2%<br>11%<br>85% | 90%<br>5%<br>13%<br>88% |
| | | CPI – Loss Ratio<br>Growth<br>Retention<br>HO<br>Auto<br>Signature Solutions | 98%<br>11%<br>88%<br>87%<br>90% | 96%<br>12%<br>89%<br>88%<br>95% | 94%<br>13%<br>90%<br>89%<br>87% |
| | | Expense Results<br>Improvement<br>Controllable Components | .5<br>+3% | 1.0<br>Budget | 1.5<br>3% Under |
| | | Mix of Business<br>% in CPI & CSI | 47% | 49% | 51% |
| Internal 10% | Audits<br>Service | Improve Book Quality<br>Policy Issuance Results<br>CPR | C<br>2000 Result<br>56 | B<br>U.S. Targets<br>55 | A<br>Exceed U.S. Targets<br>54 |
| External 10% | Customer Development | Increase contact with top customers | Below Average | Average | Above Average |
| | Producer Mgmt | New Appointments<br>Canceled Agents<br>New appointment premium increase | 12<br>4<br>5% | 15<br>6<br>7.5% | 17<br>6<br>8.5% |
| | | Retain top performers (ES/CE)<br>Developmental Plan (all reports)<br>Succession Plan for all Pay Band 6 | <90%<br>85%<br>85% | 90%<br>90%<br>90% | 93%<br>95%<br>95% |
| People 5% | Talent Management and Diversity | Increase female representation/minority representation at Band 6 and Band 5 by… | 2% | 3% | 4% |
| | | Maintain low minority turnover | 2% | 1% | 0% |
| | | Successful implementation of Branch Diversity Initiative | Did not meet | Met all | Exceed |
| | | Mentor 3 or more high-potential people with at least 1 minority female | 2 | 3 | 4 |
| | | 40+ hours learning (%) | 85% | 90% | 95% |