**Performance Review**     PA002

Contact Shared Services at 1-888-500-5999 if you need assistance completing this form.

## Employee Information

| | |
|---|---|
| Name: | Douglas W Baillie |
| Branch: | Cincinnati |
| Department: | Adm |
| Job Title: | Branch Manager |
| Employee Updated Date: | 02/26/2001 |

Date: 01/23/2001

Pay Band: 7

## Measuring Results

Summarize achievements against goals. Indicate strengths and development needs, keeping in mind our commitment to results, customer focus, collaboration and learning.

**Business Goals:**

Enclosed is a balanced scorecard for 2000. Below is the evaluation of results:


EXHIBIT
BAILLIE 21

000308

| Financial: | Profitability | Loss Ratio Ex-CAT Not met | Loss Ratio was at 88% for the region. A $24,0C swing in EP and an $11,000,000 in PL were the predominant factors. CIS had encouraging resu in at $9,000,000 of less loss than 1999 even wit approximately $15,000,000 of Ohio UM. Aggr non-renewal business in 2000 with large rate in shows optimism for 2001 (ex UM) |
|---|---|---|---|
| | | Expense Ratio - MA | Region came in at 30.5 despite growing by 9% reducing the controllable expense from 99. I gi this one. |
| | | Controllable Expense - ES | Region came in at 2% under plan |
| | Growth | Commercial Growth - MA | Commercial growth came in at 6%. |
| | | Personal Lines Growth - MA | Personal Lines Growth came in at 14% on a goa |
| | | International - EX | Growth at 13% |
| | | Product Mix - ES/CE | Product Mix was aggressively managed down t |
| | Pricing Management | Pricing Goals - ES/CE | Rate change was at 10.9 on a goal of 8.6%. Cin region CIS rate increases were in the top of the |

| External Process: | Customer Management | Commercial Retention - MA | Commercial Retention was at 75% on a plan of Indianapolis' and Cincinnati's plans and executi good. Cleveland is satisfactory. |
| --- | --- | --- | --- |
| | | Account Management - ES | |
| | Producer Management | Marketing Audit Results - MA | Audit result was at 79%. High marks in accour management, agency management, travel and b communication. Branches upgraded marketing significantly since audit. |
| | | New Appointments - ES | All branches exceeded their goals for new appc Cincinnati appointed 9 agents exceeding their g |
| | | MVI Implementation - MA | Came close to meeting the $8,000,000 goal. Th despite the fact that agents in Ohio were relucta any business with auto premium due to Ohio U |
| | Market Management | Agency Plans - ES | Agency management and plans received high n Cincinnati and Indianapolis in audit. Cleveland needs some work but is coming on quickly. Nc conducted in Cleveland. |

| Internal Process | Underwriting Quality | Audit Findings/WTO Feedback - MM | Although no audits were conducted in 2000 in t the feeling is that work needs to be done. Look to July's audit of CCI throughout the region. |
| --- | --- | --- | --- |
| | | Regulatory Compliance - ES | With excellent staff of CSRs and CSD manager feeling is that we're in excellent shape. Exceller been done in complying with Warren's requirem Ohio UM. |
| | Service Performance | New/Renewal Issuance - MM/MA/ES? | While underneath goal, the Ohio Valley was bet zone average in both new lines and renewals an by ten points. New lines service was hampered difficulty in issuing Ohio UM. |
| | | Endorsement Issuance - 86% MM/MA | Once again endorsements were over the zone av experienced a ten point improvement. |
| | | Premium Collections - ES | Region was at 58 days. |
| | | Loss Control Results/impact - MA | Communication with underwriting significantly Quality of staff, reports and deliverables improv significant work to achieve in increased delivera service to loss control accounts. |
| | | Claims Results/impact - ES | Claims involvement in the marketing effort and administration is top shelf. Claims involved in account acquisition, retention and management |

000311

| People Management: | Management of Resources | Retention of ES performers - CE | No ES performers were lost in the Ohio Valley The turnover for the region was at 5.8% |
|---|---|---|---|
| | | Minority Retention - ES | Minority retention was at 89% which appears to improvement over 1999. Difficult to calculate check with zone. |
| | | Minority Hiring - ES/CE | 42% of trainees were minorities. In addition, 1 experienced hire hired. |
| | Building Leaders | Execution of L&D agenda - ES | L&D agenda clearly executed with average of training per employee (see attached) |
| | | Dev. plans for direct reports - ES/CE | 100% by 5/1. |
| | | Mentoring/Coaching Staff - personally mentor 5 high potential employees - ES/CE | Development of key employees are going extre |
| | Modeling Behavior | Employee Survey Results/personal 360° Feedback - ES | Cincinnati results were extremely high compare zone. Cleveland was approximately at zone av Indianapolis needs work. Overall average of th was higher than zone average. Individual 360° indicates that branch rates me at 8.4 on a scale attached) |
| | | Diverse teams, opening learning/work environment - ES/CE | Active diversity committee working in branch ( attached) |
| | | 40 hours of learning - ES/CE | Branch average well in access of 45 hours of tr supply by review). |
| | | Employees have written development plans - MA | 100% of all employees have written developme However, at a fall audit development plans wer |
| | | Establish community involvement - ES/CE | Branch has been extremely active in communit with branch manager serving as officer on loca board (see attached) |

000312

**Learning Goals:**

## Ratings

Enter the overall levels of achievement for both the Business and Learning goals.

**Overall Achievements:**
SUMMARY: The above outline provides a thorough picture of contributions in each resposibility area through 2000. Areas to more specifically emphasize are as follows:
Financial: Solid production/growht results achieved. Profitability results troublesome (net of Ohio UM issue). Five year results in Cinn. @ 63%, including profit questions or issues in CIS,Cas., PMM, and PLD. Establishing a record of profit performance must be the #1 priority.
External: Very engaged in market. Excellent MVI participation and results.
Internal: Underwriting performance management activities ust be further tightened to ensure rapid improvement. Region definition and utilization needs clarity and more consistent application. Looking for better leadership and engagement from several key practice leaders. Their impact can drive stronger performance in underwriting and production banches. This is an issue of how Doug directs and defines the mission, and holds these people accountable rather than an issue of more "oversight" himself.

People Management: Must improve quality of staff through the region. Is standard of performance high enough? Looking for more consistency and clarity in application of high demands reflective of organizations current expectation. Focus also on balancing external emphasis with internal expectations and needs. Make sure to allow more exchange to ensure a dialogue occurs- which will allow better clarity for direct reports relative to your expectations. Diversity results must improve as well.
Leadership: Can be a bit misunderstood, can send wrong signal in debate on an issue or in addressing key issues where approach is as important as the message itself. Work on better capitailizing on these critical opportunities to shape how perceived as leader.
Overall, 2001 will be an important year to turn profit performance and shape leadership impact.

**Overall Performance Score:**
MM

## Career Interests - Optional

Comment on any future interests you may have.

**Career Interests:**
Zone manager
Overseas assignment
Strategic Home Office Position

## Approval Section

| | Name: Timothy J Szerlong | Date: 03/12/2001 09:37:37 AM |
| | Name: Douglas W Baillie | Date: 03/19/2001 08:38:39 PM |

Comments:

| | Name: | Date: |

000313