Sent By: CHUBB & SON;   908 903 5787;   Feb-11-02 18:24;   Page 5/5
CHUBB GROUP OF INSURANCE   ID:5137210095   PAGE   5/5

## CHARGE OF DISCRIMINATION

| AGENCY | CHARGE NUMBER |
|---|---|
| EEOC | 221A200307 |

**NAME:** Baillie, Douglas
**STREET ADDRESS:** 7713 Pine Isle Court
**CITY, STATE, AND ZIP CODE:** Cincinnati, OH 45244
**HOME TELEPHONE:** 527-4290
**DATE OF BIRTH:** 6/18/50

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME

**NAME:** Chubb & Son
**STREET ADDRESS:** 312 Walnut Street
**CITY, STATE, AND ZIP CODE:** Cincinnati, OH 45202
**NUMBER OF EMPLOYEES, MEMBERS:** 500+
**TELEPHONE:** 513-721-0601
**COUNTY:** Hamilton

**CAUSE OF DISCRIMINATION BASED ON:** RETALIATION, AGE

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA): 8/27/01
LATEST (ALL): 8/27/01

**THE PARTICULARS ARE:**

I. I am a 51 year old person. I worked for Chubb & Son Insurance (the "Company") in their Cincinnati office for nearly 26 years, from September 30, 1975 until my abrupt termination on or about August 27, 2001.

II. Prior to a Performance Review in March 2001, my supervisor never communicated any problems with my performance. I believe the Company created a paper trail which contained false allegations against me, and I demonstrated to the Company the allegations were false. My performance was superior to that of younger employees who were similarly situated. The Company abruptly terminated my employment on or about August 27, 2001. At that time, I was one of the older or oldest branch managers in my zone, and my performance at that time was superior to that of younger counterparts. My job responsibilities have been assumed by a younger, less experienced individual. I believe I have been discriminated against because of my age and to avoid further vesting of valuable employee benefits. The Company attempted to coerce me into signing a severance agreement that would have required a general release of all claims.

III. I believe I have been discriminated against because of my age in violation of the Age Discrimination in Employment Act (ADEA).

Signature: X Douglas Baillie
Date: 1/25/02

EXHIBIT 30