

EXHIBIT

000242

| | Sunday | Monday | Tuesday |
|---|---|---|---|

**December 2000**
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

**January 2001**
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**February 2001**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

**March 2001**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**April 2001**
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

**May 2001**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**1** — New Year's Day — 1/364

**2** — Becky's out — New Year's Bank Holiday (Scotland) — 2/363
_Ernst Healey_
10:00
_Aou - Level - Book_

**7** — 7/358

**8** — 8/357

**9** — Columbia — 9/356
_Plumberton_
11:00 - 1:00
...
15 RCA
Neu Office

**14** — 8:00AM — 14/351
5:00
6:00

**15** — Martin Luther King, Jr. Day (US) — Senior Management
Becky out

**16** — 16/349
3:40 - 6:10

**21** — 21/344

**22** — 8:00 Bus. — 22/343
9:00 Breakfast
Meeting
Dinner 4:00
Mitchell - 3:00

**23** — OII (Columbus — 23/342
10:00
172 E Spring St (4th St.)
Jeff & Jim
[PA]

**28** — 28/337

**29** — 29/336
Client 4:00
Aou 4:30

Corey

**30** — First Watch — 30/335
3:30
Plug Yearh
Tom Rolrich
000243



| Wednesday | Thursday | Friday | |
|---|---|---|---|
| **3** 3/362 | **4** 4/361 Bob Evan McPhan 7:30 | **5** 5/360 8:00 UM | **6** 6 |
| USI 1:00 | 10:30 Enternal Meeting UN Conference Coll 1:30 | | |
| **10** 10/355 Dentist 9:00 11:45 | **11** 11/354 Becky Buu 8:00 AM SMS March 11:00 | **12** 12/353 Govensel Rob Hennessee | **13** 13 8:55 11:28 1:00 386 |
| 1:30 Andy | | | |
| **17** 17/348 | **18** 18/347 | **19** Gig Alam 19 Rios 9:00 | **20** 20 Crystal Lunch 9:00 |
| Sendes Cin-UAB 8:05 | 11:00 AM 12:00 Lunch | Andrew 2:00 2:30 Tom Cassidy | |
| **24** 24/341 9:00 Chinese New Year 11:00 60 A's 5:00 | **25** 25/340 Jim S Columbus | **26** 26/339 3:30 AM (Australia) 2:00 11:30 SP Lunch | **27** 27 ITC 7:30 WMK Forst 1:00 7:30 |
| **31** 31/334 | | 000244 | |



000245

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| | 1 7:30 CAL *33* 11:00 CLSB | 2 Cool Smith Andy Stacton *33/332* | 3 *34/33* |
| 7 Benolddi *38/327* 900 MPA Eways 1730 Cost. Adam Lunch $4.00 | 8 Higgies Louisck | 9 CIS Neon + Rome 4:90 Waldon *40/325* | 10 *41/324* |
| 14 *45/320* Valentine's Day (Canada, United Kingdom, US) 10:00AM | 15 *46/319* Reynolds Ronald 10:00AM 3:00AM | 16 9:00 Lo Freuals | 17 *48/317* |
| 21 Dinner tel. 0 *52/313* ~:30~ | 22 *53/312* Washington's Birthday (US) 8:00 Disney Illinois Ohio | 23 8:30 AM Rims Restaurant Bob Shein | 24 March 18th Floor Alliance *55/310* |
| 28 Allego *59/306* 9:00 Ash Wednesday Conference Call | 1:00 NYC Radio Book Happy | | 000246 |

| February 2001 | | | |
|---|---|---|---|
| S M T W T F S | | | |
| 1 2 3 | | | |
| 4 5 6 7 8 9 10 | | | |
| 11 12 13 14 15 16 17 | | | |
| 18 19 20 21 22 23 24 | | | |
| 25 26 27 28 | | | |

| | Sunday | Monday | Tuesday |
|---|---|---|---|
| March 2001 | | | |

**4** 63/302 | **5** NP Meeting 8:00 9:00 Arc Mgt 10:00 Mkt Meeting 64/301 | **6** Column.o Maintain Meeting 5:00 Market FS 500 LPY Chd 65/300

**11** 70/295 | **12** 9:00 AM Cintas 10:30 ⬤:3:00 71/294 | **13** 9:00 - Tom. Ind 9:30 → Diss 41 T.S. Health Lunch Sem 72/293

**18** 77/288 | **19** Canberra Day (Australia) 78/287 | **20** 79/286

**25** Mothering Sunday (United Kingdom) 84/281 | **26** 85/280 | **27** 86/279



| Sunday | Monday | Tuesday |
|---|---|---|

**March 2001**
```
S  M  T  W  T  F  S
            1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31
```

**1** 91/274
Daylight Saving Time begins (US)

**2** 92/273 9:00 *(illegible)*
10:00 *(illegible)*

*Spring Day*

**3** 93/272 Columbus meeting  ER→Relay 8:45

**April 2001**
```
S  M  T  W  T  F  S
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30
```

**8** 98/267 Passover Palm Sunday

**9** 99/266 8:00 AM *(illegible)* Total Reward L/M *(illegible)*  ↓ 11:30

**10** 100/265 *(illegible)*  Brn non  F.1 ER-Cont Ev  Pam Somin

**May 2001**
```
S  M  T  W  T  F  S
       1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31
```

**15** 105/260 Easter Sunday

**16** 106/259 7:00 *(illegible)* Easter Monday (Australia, Canada, Ireland, New Zealand, United Kingdom) 10:00 *(illegible)*  Tom & Gary

**17** 107/258 Crawford 10:00 *(illegible)*  Child's Hospital 4:30 Other *(illegible)* Satu *(illegible)*

**June 2001**
```
S  M  T  W  T  F  S
                1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
```

**22** 112/253 GdR 9:00

**23** 113/252 Quarterly Meeting 9:00  1:00 *(illegible)* US I

**24** 114/251 *(illegible)* 9:00  11:30 *(illegible)*  (J. YP)

**July 2001**
```
S  M  T  W  T  F  S
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31
```

**29** 119/246

**30** 120/245

**August 2001**
```
S  M  T  W  T  F  S
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31
```



| | **Sunday** | **Monday** | **Tuesday** |
|---|---|---|---|
| **April 2001** S M T W T F S | | | **1** *Dave* ~~2500~~ 121/244 Columbia Meeting global... Archie Master $Help 3:30 |
| **May 2001** S M T W T F S | **6** 126/239 | **7** 127/238 May Day, Bank Holiday (Ireland, United Kingdom) 5:00 Acct Mgt | **8** 128/237 Morgan C.S - Est. Holidays |
| **June 2001** S M T W T F S | **13** 133/232 Mother's Day (Canada, US) | **14** 134/231 8:30 Mgr mtg 10:00 Kalman Arcadia $100 | **15** 135/230 Canada Census Tues |
| **July 2001** S M T W T F S | **20** 140/225 | **21** 141/224 Victoria Day (Canada) 5:00 | **22** 142/223 Shirlton's K 4:22 United 1118 Wendi 11:00 ICH |
| **August 2001** S M T W T F S | **27** 97/62 147/218 650 | **28** 148/217 Memorial Day, Observed (US) Spring Bank Holiday (United Kingdom) NPA | **29** 149/216 Martha Martha 10:00 |
| **September 2001** S M T W T F S | | | |

000251



May

000252



000253



Carrie Shaw ~ Riverland
232-6278  (2728 978) B4

## July

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| **4** (8:30 AM) 185/180 Call Independence Day (US) ✗ | **5** 186/179 Jack H Bragan 1:00 | **6** 187/178 VACATION *corpus Twilight* | **7** |
| **11** ITC 730 192/173 Bob Evans Hatler 10:00 AM 1:00 Reynolds 3 jks | **12** 193/172 DSI 9:30 Lunch ~ Jim | **13** [organ] Livingston Healthy Hatler 11:30 → Country 12:3 0 1130 → More | **14** Sig Abbott Leave → Old day |
| **18** | **19** Judy 89 Joining ~1:00 11:00 Carl Kenwood 1:00 → | **20** 207/160 *corpus Twinkle* | **21** Bud. 10:30 |
| SHS 10:30 Brian Cuevas 3:00 9 4:00 | | | |
| **25** 2:6/159 Rick Breithll 11:00 Jodi K | **26** AGA STAG 207/158 CSD w/ of w/ of 8:3 0 | **27** 208/157 DSTU Golf Chris Leigh Alvarez | **28** olas Senat ITC Birthday Party |

000255





000257

August

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| **1** Jack Fel _Tournament_ [Rockyout] | **2** 214/151 ~~Jenferather~~ | **3** 215/150 ~~(scribble)~~ | **4** Club Championship  7:00  Seindli |
| _E... h...s_ | | | |
| **8** 8-11/4  220/145  Football Lauch  Cincinnati  [Baseball-Party]  NAC  Shrh | **9** [Ashes] 221/144  Fore front  Lauch  Columbus  Vacation | **10** C+S Account 222/143  Austin 9:20  Fore front  AH  Football  Vacation  9:00  couples thrille party | **11** |
| **15** 8:10 ...Off... 225/138  RIMS Golf  Pressler Dukes  12:00 | **16** CCI → Breakfast  cotton  Forefront lnch  1:00 → ith  3:00  SHS | **17** 5:00 → 9:00 PM 226/136  9:00  ~~(scribble)~~ | **18** Couples Championship |
| **22** 234/131 Hc...02...02  [Lunch] tie/vic rolm | **23** Columbus | **24** 7:30 → 236/129  Golson  + Mell...  couples twilight | **25** 78.0 227/... ITC |
| **29** 241/124 | **30** 242/123 | **31** 243/122 | |

000258

| | Sunday | Monday | Tuesday |
|---|---|---|---|

**August 2001**
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**September 2001**
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**October 2001**
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**November 2001**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

**December 2001**
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**January 2002**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

| Sunday | Monday | Tuesday |
|---|---|---|
| **2** 245/120 | **3** 245/119 Labor Day (Canada, US) | **4** 9:00 Aco MTG 10:00 PM A MTG  John LaForm 4:00 |
| **9** 252/113 | **10** 253/112 | **11** 254 |
| **16** 259/106 | **17** 260/105 Rosh Hashanah begins at sundown | **18** 261/104 Rosh Hashanah |
| **23** 266/99 | **24** 267/98 | **25** Rudy Furling 2:30 |
| **30** 273/92 | 20th Afternoon Jcc | |

000259

**...ber**

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| | | | **1** |
| **5** 248/117 | **6** 249/116 | **7** 250/115 *Louisville Nashio* | **8** |
| **12** 255/110 | **13** 256/109 | **14** 257/108 *Road 1:00* | **15** |
| **19** 262/103 | **20** 263/102 | **21** 264/101 | **22** |
| **26** 269/96 Yom Kippur begins at sundown 11:30→ *Charles* | **27** 270/95 Yom Kippur | **28** 271/94 | **29** ITC 7:30 |

000200



000261



001 Oct

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| 3 ~~[redacted]~~ 276/89 <br> ~~Joe~~ | 4 ~~[redacted]~~ 277/88 <br><br> Lynch <br> Swords → | 5 ~~[redacted]~~ 278/87 <br> CRN <br> 10-11:30 <br> Fwy/W6 | 6 ~~[redacted]~~ |
| 10 ~~[redacted]~~ 283/82 | 11 ~~[redacted]~~ 284/81 | 12 ~~[redacted]~~ | 13 <br> ~~[redacted]~~ 5- |
| 17 ~~[redacted]~~ 290/75 | 18 Call Don 291/74 <br> Hair Folen | 19 Northwest 292/73 <br> 8:05 Stout <br> Midland <br> twin 2:30 Don <br> Doch the Ren -10:15 | 20 <br> Eddie? <br> Stubbs <br> X Shltz <br> Hndys <br> tonight |
| 24 297/68 <br> United Nations Day (US) <br> 9:00 Joe | 25 298/67 | 26 299/66 <br> Pick up <br> Playhouse in the <br> Tickets <br> Eddie <br> 9:30 | 27 ITC |
| 31 306/59 <br> John <br> Halloween <br> wird <br> 11:00 | ITC <br> Acct... 7:30 | 8:00 - MS.1 | |

000



| | Sunday | Monday | Tuesday |
|---|---|---|---|
| | 4    308/57 | 5    309/56 | 6    310·55 Election Day (US) Fclt NOON |
| 11    315/50 Veterans Day (US) Remembrance Day (Canada) | | 12    316/49 CNA Chican. | 13    317·48 Namur 10:30   11:10 Harm. Joe AIG   2:00 212-770-3064 Steve Nexon |
| 18    322/43 Junkey shoot | | 19    323/42 | 20    324:4 |
| 25    329/38 | | 26    330·35 UZ5FLB Hate B648∂0D6A6-1 | 27    National 8:00 |

**October        2001**
S  M  T  W  T  F  S
      1  2  3  4  5  6
7  8  9  10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**November        2001**
S  M  T  W  T  F  S
                  1  2  3
4  5  6  7  8  9  10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

**December        2001**
S  M  T  W  T  F  S
                           1
2  3  4  5  6  7  8
9  10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**January        2002**
S  M  T  W  T  F  S
            1  2  3  4  5
6  7  8  9  10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**February        2002**
S  M  T  W  T  F  S
                  1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28

**March        2002**
S  M  T  W  T  F  S
                  1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

000263



November

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| | **1** 305/60 Margik 7:30 Feb cafem ✕ | **2** 306/59 Maximen/Gen Elaine Sc | **3** |
| **7** 311/54 | **8** 312/53 Doilblodges h 9:00 | **9** 313/52 Feb Wootshu 3:00 | **10** |
| **14** 318/47 I day | **15** 319/46 12:01 Vinter | **16** 320/45 | **17** |
| **21** 325/40 | **22** 326/39 Thanksgiving Day (US) ✕ | **23** 327/38 ✕ | **24** |
| Georany 28 332/33 | **29** 333/32 Patrick 10130 | **30** 334/31 | ITC 7:30 |

000264



000265

Greg Adkins
Greg 1.900

616
ember

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| | | | 1 ITE 7:30 |
| 5 339/26 Y4e | 6 340/25 | 7 341/24 | 8 |
| 12 346/19 | 13 347/18 | 14 | 15 |
| 19 353/12 | 20 354/11 | 21 355/10 Head to Hhy. Hawrsheetty 2:00—6:00 Leave 12:00 Stayover | 22 |
| 26 360/5 Boxing Day (A, C, NZ, UK) St. Stephen's Day (Ireland) Kwanzaa begins | 27 361/4 | 28 362/3 | 29 ITC |

000266

## MEMO

Eddie – 848-1300 or 541, ᴹ763-7355 – ᵒⁿᵉ 578-2689
Ric – 774-711ᵈ
Stubbs – 561-7782 w – 766·9077 – ᴼᶠᶠ ᴹᵒᵗ)1-800-451-1118
Noto – ᵂ 717-861-8457 ᴴ 610-253-7473
Kevin – 877-527-2437 ᵉˣᵗ220 – 701-214-0250
Rolf – 610-866-7272
Willie – 732-542-1883 – ᴴ 732-941-9164
Brian – ᵂ 908·286-5350 ᴴ· 908-526-9018
Jeff Mitchel – 817-878-3306
Logan – Tyco – 717·565-1206
Brian – blynch@tempoinsurance.com

000267

96.5 - 7 44 - 9650 **MEMO**

Becky - Beril/

Pet [617 678 3706]

Brad → 216 - 871 - 0054

Stephanie - 754-9587

0002