

EXHIBIT

000242

| | Sunday | Monday | Tuesday |
|---|---|---|---|
| **December 2000**<br>S M T W T F S<br>　　　　　1 2<br>3 4 5 6 7 8 9<br>10 11 12 13 14 15 16<br>17 18 19 20 21 22 23<br>24 25 26 27 28 29 30<br>31 | | **1** 1/364<br>New Year's Day<br>⊗ | **2** 2/363<br>Becky's out<br>New Year's Bank Holiday (Scotland)<br>Engh Hedley<br>10:00<br>Aou-Level-bref |
| **January 2001**<br>S M T W T F S<br>　1 2 3 4 5 6<br>7 8 9 10 11 12 13<br>14 15 16 17 18 19 20<br>21 22 23 24 25 26 27<br>28 29 30 31 | **7** 7/358 | **8** 8/357 | **9** 9/356<br>Columbia<br>Plumber tour<br>11:00-1:00<br>Packet busch<br>11:15 RCA<br>Nou Official |
| **February 2001**<br>S M T W T F S<br>　　　　1 2 3<br>4 5 6 7 8 9 10<br>11 12 13 14 15 16 17<br>18 19 20 21 22 23 24<br>25 26 27 28 | **14** 8:00AM 14/351 | **15** 15/350<br>Senior Project<br>Martin Luther King, Jr. Day (US) | **16** 16/349<br>3:40 - 6:10 |
| **March 2001**<br>S M T W T F S<br>　　　　1 2 3<br>4 5 6 7 8 9 10<br>11 12 13 14 15 16 17<br>18 19 20 21 22 23 24<br>25 26 27 28 29 30 31 | 5:00<br>6:00 | | |
| **April 2001**<br>S M T W T F S<br>1 2 3 4 5 6 7<br>8 9 10 11 12 13 14<br>15 16 17 18 19 20 21<br>22 23 24 25 26 27 28<br>29 30 | **21** 21/344 | **22** 22/343<br>8:00 bus.<br>9:00 breath<br>Meeting<br>Dirty Hoe<br>Michael 3:00 | **23** 23/342<br>QII (columbus<br>10:00<br>172 E 51st St. (6th St.)<br>Jeff & Jim<br>[PA] |
| **May 2001**<br>S M T W T F S<br>　　1 2 3 4 5<br>6 7 8 9 10 11 12<br>13 14 15 16 17 18 19<br>20 21 22 23 24 25 26<br>27 28 29 30 31 | **28** 28/337 | **29** 29/336<br>Lim 4:00<br>AON 4:30<br>Corry × | **30** 30/335<br>First watch<br>3:30<br>Plug Yennk<br>Tom Roberck<br>000243 |



| Wednesday | Thursday | Friday | |
|---|---|---|---|
| **3** 3/362 | **4** 4/361 | **5** 5/360 | **6** 6 |
| USI 1:00 | Bob Evan McMinn 7:30 10:30 Evans Meeting UN Conference Call 1:30 | 8:00 UN | |
| **10** 10/355 Dentist 9:00 11:45 1:30 Andy | **11** 11/354 SMS 8:00 AM Match 11:00 Body UU | **12** 12/353 Forsville Hennessee | **13** 13 8:55 11:28 1:00 386 Podsot |
| **17** 17/348 Sendos Cin-UAB 8:05 | **18** 18/347 11:00 AM 12:00 Lunch | **19** 19 Big Atoms Rios 9:00 Andrew 2:00 2:30 Tom Cosh | **20** 20 Crystal Lunch 9:00 |
| **24** 9:00 24/341 Chinese New Year Conference Call 11:00 60 1:00 whip A-5 5:00 | **25** 25/340 Jim S Columbus 2 plus 4:00-7:30 | **26** 26/339 3:30 AM 2:00 SP Lunch 11:30 | **27** 27 ITC 7:30 Winn Forst 1:00 Buldick 7:30 |
| **31** Conference Call 1:00 31/534 UN U Reynolds-Reynolds Dayton 3:30 | | **000244** | |



000245

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| | **1** 7:30 *CAR* *[illegible]* 133<br>11:00 *LISB* *[illegible]* | **2** *Cost Smith* 33/332<br>*Audrey Horton* | **3** 34/331 |
| **7** *Donald dd:* 38/327<br>9:00 *[illegible]*<br>17:30 *Cost. Agenda*<br>*Lunch* 4:00 | **8** *Higgins* 39/326<br>*[illegible]* *Lovisch* | **9** *CIS Nancy + Hows* 40/325<br>4:40<br>*Waldman* | **10** *[illegible]* |
| | *[illegible]* *Cr + Nd* *[illegible]* | | |
| **14** 45/320<br>Valentine's Day<br>(Canada, United Kingdom, US)<br>10:00AM | **15** 46/319<br>*Repart + Ronald*<br>10:00AM<br><br>3:00AM | **16** 9:00 *LeFrentz* | **17** *[illegible]* |
| **21** 52/313<br>*dinner pulo*<br><br>*[illegible]* | **22** 8:30 AM *[illegible]* 51/312<br>Washington's Birthday (US)<br>3:00 *Dinner*<br>- - - -<br><br>*Illinois Ohio* | **23** 8:30 AM *[illegible]*<br><br>*Bob Stein* | **24** *March 15th Floor* *[illegible]*<br>*[illegible]* |
| **28** *[illegible]* 59/306<br>Ash Wednesday<br>8:00 *[illegible]*<br>*Conference Call* | *1:00 NYC Rocko*<br><br>*Rook Happy hour* | | 000246 |

| | Sunday | Monday | Tuesday |
|---|---|---|---|

**February 2001**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

**March 2001**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**4** 63/302    **5** Mgr Meeting 64/301    **6** 65/300
8:00                   Columb.o
9:00 Arc Mtg          Maintain
10:00 Mkt Mtg         Meeting

Model F 5:00
LPY CMD

**April 2001**
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

**11** 70/295    **12** 71/294    **13** 72/293
10:6 AM          9:00 → Inn, Mtg
Cintas           9:30 → Disc A
10:30
                 T.S. Health (Lift. Ser...
2 3:00

**May 2001**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**18** 77/288    **19** 78/287    **20** 79/286
                 Canberra Day (Australia)

**June 2001**
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**25** 84/281    **26** 85/280    **27** 86/279
Mothering Sunday
(United Kingdom)

**July 2001**
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

000247

arch

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| | **1** 10:00 *Coffman* *mtg Vim* 1:00 | **2** *Louisville Marketing mtg* | **3** |
| **7** *Exec mtg* 11:30 *Mom Diversity* *Rebet* 9:30 | **8** *Boot Camp VHC* 8:00 – *Accounting* *Listen Aos VS I* 11:30 | **9** *Cis Areas Power* *Mom Control* 3:30 | **10** |
| **14** *Delta* 7:45 – 7:27 *CID* *MCoDAM* 1:00 *14* *Delta → 7:14* 5:30–7:36 5:35 | **15** 9:30 *Center A* | **16** *Division* | **17** *St. Pat...* |
| **21** | **22** | **23** | **24** |
| **28** | **29** | **30** | **31** |





| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| **4** ~~...~~ 94/271<br><br>[Playhouse in the Park]<br>ART. | **5** football<br>4:30<br><br>12:35 P.m. 95/270 | **6** ~~football~~ 96/269 | **7** Passover begins<br>Mothers<br>4:00 |
| **11** 8:30 94/264<br>Gary Foster<br>4:30<br>Brennan | **12** 7:30 102/263<br>6:00 Account Review<br><br>7:00 PM<br>Ralph Hodges | **13** Molly 103/262<br>9:30 Good Friday<br>Custom | **14** Easter<br>4:15 |
| **18** 3:30-7:30pm<br>7:30 10:00 PM 108/257<br>Hi Club<br>Hi 500 Gospel<br>2:00<br>Bowling Party | **19** GN-582 1100 109/256<br>Parrish AM<br>Hampton Inn 3520 Rd<br>11:01<br>GN-889 0577 Dublin<br>to 3 PM<br>3:30 Hyland | **20** GN Air 110/255<br>7:30 Amer.<br>10:30-3:00 Port Aur<br>Rhims<br>Stadium Tour<br>Yacht Racing Club Wart | **21** Spring Cl... |
| **25** Jim Aldens<br>Anzac Day<br>(Australia, New Zealand)<br>Professional Secretaries Day® (US)<br><br>Harry<br>Dianne | **26** Jim Aldens Say<br><br>6:00 Rich<br>Chardy Dinner 1 6-8 | **27** 117/248<br>5 KS →<br>10:00 | **28** MGM Gr<br>National Gr<br>8:30<br>9-11 Tom<br>Martin Lin... |

| | Sunday | Monday | Tuesday |
|---|---|---|---|
| April 2001 | | | Date CEBO |
| | | | **1** Columbia Meeting |
| | | | global l... |
| | | | Archemeier |
| | | | $ Herb 3:30 |
| May 2001 | **6** | **7** May Day, Bank Holiday (Ireland, United Kingdom) 5:00 Acct Aut | **8** Morgan |
| | | | C.S - Fat. Hodges |
| June 2001 | **13** Mother's Day (Canada, US) | **14** 8:30 Mtg ... 10:00 MMMM Arcadia $100 | **15** Love Canada Census |
| July 2001 | **20** | **21** Victoria Day (Canada) 5:00 | **22** Stratton's K 4:22 United 1118 Wand 11:00 |
| August 2001 | **27** | **28** Memorial Day, Observed (US) Spring Bank Holiday (United Kingdom) NPA | **29** MMMMMMMM 10:00 |
| September 2001 | | | |



May

000252



000253

# June

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| | | **1** 152/213 | **2** |
| | *Vodka* | | |
| **6** 157/208 | **7** 7:30 U - 8:30 159/207 | **8** C·S *Accord* 160/206 | *Boulder Great* |
| | 11:00 UST | | |
| *Assign* *Dscap* | 1:90 5:45 | *Carduelle* *Atsworth* USL-Gatky | |
| **13** 164/201 *Elmore* *Mr. Troubon* | **14** 6:45 165/200 Flag Day [US] 8:30 Columbus AFS 11:00 | **15** PIMS 166/199 C·U | **16** WCA *Jan. talent* |
| Add 10:30 | | | |
| CE *Watson bros* 5:30 | | | |
| **20** 171/194 9:00 Account Review | **21** *Needs* 172/193 *Meridian Diagnostic* 11:00 | **22** *Circuit* 173/192 *Golf Outing* | **23** |
| | | *Couples Twilite* | |
| **27** 178/187 | **28** *Barbara's our Party* 9:30 179/186 *P.G. Call* Results [Results] 2:00 | **29** *Underwriting* 180/185 *Guide* 10:50 R-F Dmahy | **30** |
| *Continental* 5:45 | *Continental* 3:25 | 12:50 SHB | |

000254

Carrie Shaw ~ Riverland
232-6278   (2728 978) 134

## July

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| **4** (8:30 AM) 185/180 Independence Day (US) Call ✗ | **5** 186/179 Jay H Banner 1:00 | **6** 187/178 ~~illegible~~ VACATION corder Twilight | **7** |
| **11** ITC 192/173 730 Bob Evans Kistler 10:00 AM 1:00 Reynolds 3 jks | **12** 193/172 DSI 9:30 Lunch - Jim | **13** 194/171 DSI (Organ) Livingston Hadley Mather 11:30 → Lunch 12:3 0 1130 - More | **14** Jay H Bigley 7 Leave → old day |
| **18** 195/170 SKS 10:30 Brian Cuero 3:00 # 4:00 | **19** 196/169 Judy ST Mining 1:00 - 1:00 1:00 Carl Benwood 1:30 → | **20** 197/168 corder Twinkle | **21** 198/167 Beeck 10" :30 |
| **25** 2:6/159 Rich Breithl 11:00 Gods K | **26** AEA STAG 207/158 CSDL w of w of 8:3 0 | **27** 208/157 DSIV Cult Chris Longer Alarm | **28** Das Senate ITC Birthday Party |

000255





July 2001
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

August 2001
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

September 2001
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

October 2001
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

November 2001
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

December 2001
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

| Sunday | Monday | Tuesday |
|---|---|---|
| **5** Club Clegg--- 217/148 | **6** Club Chambr 218/147 Civic Holiday (Canada) Bank Holiday (Ireland) | **7** 7:30 ---- 219/146 0:00 12:00 Nicholson |
| **12** 224/141 | **13** 225/140 Baseball | **14** 226/139 Claims AB-cod.Ed. |
| **19** Congh Chamber ----217/134 | **20** Blood Pressure 232/133 10:00 MTG---- Diane 2:00 | **21** [Contract] 233/132 Steve Steve 2:00 |
| **26** 238/127 Scotland →? | **27** 239/126 Summer Bank Holiday (United Kingdom) | **28** 240/125 |

000257

August

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| **1** Jack Fol Tournament [Backyout] *Eveleys* | **2** 214/151 | **3** 215/150 | **4** Club Championship 7:00 Seinfield |
| **8** 8-4/4 220/145 Forest Lunch Cincinnati Baseball-Dale NAC | **9** [Ashes] 221/144 Fore front Columbus Vacation | **10** Cis Account 222/143 Fore front AM Layout Vacation couples thistle para | **11** |
| **15** 8:10 Jerry 223/138 RIMS Golf Preston Oaks 1200 | **16** CCI → Breakfast Columbus Forefront last 1500 → idk 3:00 SMS | **17** 500 → 7:30 224/136 | **18** Couples Championship |
| **22** 234/131 [Lunch] Philip Peter | **23** Columbus | **24** 7:30 → 236/129 couples twilight | **25** 78.0 ITC |
| **29** 241/124 | **30** 242/123 | **31** 243/122 | |

000258

| | Sunday | Monday | Tuesday |
|---|---|---|---|

**August 2001**
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**September 2001**
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

**October 2001**
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**November 2001**
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

**December 2001**
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

**January 2002**
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

**2** 245/120

**3** 245/119 — Labor Day (Canada, US)

**4** 9:00 Acc Mtg
10:00 Pmt Mtg
John LaForm 4:00

**9** 252/113

**10** 253/112

**11** 254

**16** 259/106

**17** 260/105 — Rosh Hashanah begins at sundown

**18** 261/104 — Rosh Hashanah

**23** 266/99

**24** 267/98

**25** Randy Furstig 2:30

**30** 273/92

24th After... Jcc

000259

**...ber**

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| | | | **1** |
| **5** 248/117 | **6** 249/116 | **7** 250/115 *Louisville northy* *~~...~~* | **8** |
| **12** 255/110 | **13** 256/109 | **14** 257/108 *Rosd* *1:00* | **15** |
| **19** 262/103 | **20** 263/102 | **21** 264/101 | **22** |
| **26** 269/96 Yom Kippur begins at sundown *11:30→ Charles millbl* | **27** 270/95 Yom Kippur | **28** 271/94 | **29** *ITC* *7:30* |

000260





| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| **3** 276/89 ~~Joe~~ | **4** 277/88 Lynch Swords → | **5** 278/87 CRN 10-11:30 JwN6 | **6** |
| **10** 283/82 | **11** 284/81 | **12** | **13** |
| **17** 290/75 | **18** 291/74 Call Dun Hui Filter | **19** 292/73 Eddie→ Midland twin 2:30 Dohn | **20** Eddie Stobbs X Sbtz Ho Lab |
| **24** 297/68 United Nations Day (US) 9:00 Joe | **25** 298/67 | **26** 299/66 Pick up Playhouse tn hish Tickets Eddie 4:30 | **27** ITC |
| **31** John Werd 11:00 Hallow | ITC Acc 7:30 | 8:00- MSA | |

| | Sunday | Monday | Tuesday |
|---|---|---|---|
| **October 2001**<br>S M T W T F S<br>1 2 3 4 5 6<br>7 8 9 10 11 12 13<br>14 15 16 17 18 19 20<br>21 22 23 24 25 26 27<br>28 29 30 31 | | | |
| **November 2001**<br>S M T W T F S<br>1 2 3<br>4 5 6 7 8 9 10<br>11 12 13 14 15 16 17<br>18 19 20 21 22 23 24<br>25 26 27 28 29 30 | **4** 308/57 | **5** 309/56 | **6** 310-55<br>Election Day (US)<br>Fel 4 NOON |
| **December 2001**<br>S M T W T F S<br>1<br>2 3 4 5 6 7 8<br>9 10 11 12 13 14 15<br>16 17 18 19 20 21 22<br>23 24 25 26 27 28 29<br>30 31 | **11** 315/50<br>Veterans Day (US)<br>Remembrance Day (Canada) | **12** 316/49<br>CNA<br>Chica. | **13** 317:48<br>Hour Joe<br>10:30 11:10 Harm.<br>AIG 2:00<br>212-779-3064<br>5ta Nexon |
| **January 2002**<br>S M T W T F S<br>1 2 3 4 5<br>6 7 8 9 10 11 12<br>13 14 15 16 17 18 19<br>20 21 22 23 24 25 26<br>27 28 29 30 31 | **18** 322/43<br>Turkey<br>shoot | **19** 323/42 | **20** 324:4 |
| **February 2002**<br>S M T W T F S<br>1 2<br>3 4 5 6 7 8 9<br>10 11 12 13 14 15 16<br>17 18 19 20 21 22 23<br>24 25 26 27 28 | **25** 329/38 | **26** 330/35<br>UZ5FLB<br>Hatc<br>B64820D 6A6-1 | **27** 331:34<br>National<br>8:00 → |
| **March 2002**<br>S M T W T F S<br>1 2<br>3 4 5 6 7 8 9<br>10 11 12 13 14 15 16<br>17 18 19 20 21 22 23<br>24 25 26 27 28 29 30<br>31 | | | 000263 |



November

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| | **1** 305/60  Morgir 7:30  Felis ~~~ | **2** 306/59  May.mo/Gar Elaine Sc | **3** |
| **7** 311/54 | **8** 312/53  Dailblodge h 9:00 | **9** 313/52  Felt worksho 2:00 | **10** |
| **14** 318/47  I day | **15** 319/46  12:01 Wialar | **16** 320/45 | **17** |
| **21** 325/40 | **22** 326/39  Thanksgiving Day (US)  ✕ | **23** 327/38  ✕ | **24** |
| **28** 332/33  Co21am1 | **29** 333/32  Patrick 10130 | **30** 334/31 | ITC 7:30 |

000264



000265

Greg Adkins 1-900
Greg 1-900

616
...ber

| Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|
| | | | **1** ITE 7:30 |
| **5** 339/26 ~~Y4e~~ | **6** 340/25 | **7** 341/24 ▮▮▮ | **8** |
| **12** 346/19 | **13** 347/18 | **14** ▬▬▬▬ | **15** |
| **19** 353/12 | **20** 354/11 | **21** 355/10 Head to Hly. Marineworld Park 2:00-6:00 Leave 12:00 Stay over | **22** |
| **26** 360/5 Boxing Day (A, C, NZ, UK) St. Stephen's Day (Ireland) Kwanzaa begins | **27** 361/4 | **28** 362/3 | **29** ITC |

000266

## MEMO

Eddie – 848-1300 ex 541, M 763-73 55 – cell 578-2689

Ric – 774-7118

Stubbs – 561-7782w – 766-9077 – Sal. Mar.) 1-800-451-1118

Noto – W 717-861-8457 H 610-253-7473

Kevin – 877-537-2437 ex 330 – 701-214-0250

Ralf – 610-866-7272

Willie – 732-542-1883 – M 732-949-9164

Brian – W 908-286-5350 h. 908-526-9018

Sgt Mitchel – 817-879-3306

**Logan – Tyco – 717-565-1206**

Brian – blynch@tempsinsurance.com

000267

96.5 - 744-9650 **MEMO**

Becky — Beril

Pet 617 678 3706

Brad → 216-871-0054

Stephanie — 754-9587

0002