

EXHIBIT

34

CIC 001118



YOU & YOUR COMPANY



## EMPLOYEE ACKNOWLEDGMENT

Please read the following statements about employment at Chubb carefully; complete and sign this acknowledgment, and return it to Human Resources to be placed in your file.

- Neither this handbook nor any other Chubb publication is an employment contract between Chubb and any of its employees.

- The employment of any Chubb employee can be terminated at any time by either Chubb or the employee, with or without cause or prior notice.

- No Chubb employee except Chubb's Senior Vice President of Worldwide Human Resources has the authority to enter into any employment agreement for any specified period of time or to make any agreement contrary to the above statements.

**I have read and understand the statements above and I acknowledge receipt of Chubb's employee policies handbook—*You & Your Company* (10/2000).**

_____

Last *(Please Print)*                      First                                      Initial

_____

Branch                                      Department

_____

Signature                                   Date

**Y&YC—10/2000**

CIC 001119

# YOU & YOUR COMPANY - TABLE OF CONTENTS

| SECTION | PAGE |
|---|---|
| **Employment-At-Will Statement (Disclaimer)** | |
| Overview | 1-1-1 |
| **Code of Business Conduct** | |
| Introduction | 2-1-1 |
| Code of Business Conduct | 2-2-1 |
| **Working with Chubb** | |
| Equal Opportunity Policy | 3-1-1 |
| Employee Relations Policy | 3-2-1 |
| Policy Statement: A Culture of Inclusion | 3-3-1 |
| Harassment Policy | |
| Sexual Harassment Policy | 3-4-1 |
| Substance Abuse Policy | 3-5-1 |
| Electronic Communications Policy | 3-6-1 |
| Employment of Immediate Family Members, Spouses/Domestic Partners, Cohabitants | |
| Immediate Family Members, Spouses/Domestic Partners, Cohabitants | 3-7-1 |
| Mandatory Retirement Policy | 3-8-1 |
| Policies and Practices | |
| Employment Status | 3-9-1 |
| Flexible Working Hours | 3-9-2 |
| Attendance | 3-9-3 |
| Paid Time Off (PTO) Days | 3-9-4 |
| Earning PTO Days | 3-9-5 |
| Leaving Early or "Sent Homes" | 3-9-6 |
| Punctuality | 3-9-7 |
| Medical Absences | 3-9-8 |
| Medical Documentation | 3-9-9 |
| Wage Continuation | 3-9-10 |
| Job Reinstatement | 3-9-11 |
| Employee Conduct | 3-9-12 |
| Improvement Process | 3-9-13 |
| Termination | 3-9-14 |
| Resignation | 3-9-15 |
| Separation Pay | 3-9-16 |
| Personal Appearance | 3-9-17 |
| Personnel Files | 3-9-18 |
| Company Vehicles | 3-9-19 |
| Company Car Allowance | 3-9-20 |
| Telephoning | 3-9-21 |
| Solicitation | 3-9-22 |
| Office Problems | 3-9-23 |
| Promotions | 3-9-24 |
| Transfers | 3-9-25 |
| Outside Employment | 3-9-26 |
| Overtime | 3-9-27 |
| Recruiter's Award Program | 3-9-28 |
| Quarter Century Club | 3-9-29 |
| Holidays and Leaves of Absence | |
| Holidays | 3-10-1 |
| Paid Leaves of Absence | 3-10-2 |
| Personal Leave of Absence | 3-10-3 |
| Break in Service | 3-10-4 |
| Work/Life Program | |
| Marriage Leave | 3-11-1 |
| Maternity Leave | 3-11-2 |
| Family Leave | 3-11-3 |
| Family and Medical Leave Act of 1993 (FMLA) | 3-11-4 |
| Flexible Work Arrangements | 3-11-5 |

**EMPLOYMENT-AT-WILL
STATEMENT (DISCLAIMER)**

CIC 001121

**Employment-At-Will Statement (Disclaimer)**
**Overview**

## EMPLOYMENT-AT-WILL STATEMENT (DISCLAIMER)

The employment relationship which exists between Chubb and each of its employees is
*employment-at-will.* Under this relationship, any employee is free to end his or her employment with
Chubb at any time for any reason with or without prior notice. Likewise regardless of anything else said in
this handbook or elsewhere, Chubb may, at any time, decide to end an individual's employment with or
without cause or prior notice.

This manual and other Chubb Human Resources manuals and handbooks outlines certain procedures
and guidelines which Chubb may or may not choose to follow. These documents and any other
communications by Chubb, whether written or oral, which outline procedures and guidelines related to an
individual's employment, may at Chubb's option and at any time be revised or changed or disregarded by
Chubb. The statements and contents of this document and of other statements by Chubb, whether written
or oral, are not promises of any kind by Chubb and cannot change the *at-will* nature of any individual's
employment by Chubb. An individual's *at-will* employment status can be changed only by a written
document that:

- is signed by Chubb's Senior Vice President, **Worldwide** Human Resources and the individual
  employee;

- specifically names the individual employee;

- expressly states that the named employee is not employed *at-will*; and

- sets forth the specific duration and terms of the individual's employment by Chubb.

Chubb reserves the right to terminate an individual's employment with or without cause, or to change
wages and/or any other term or condition of employment of any employee without any prior consultation or
agreement with the employee.

This **Employment-At-Will** Statement (Disclaimer) supersedes and cancels any other communication by
Chubb, whether written or oral, that states, suggests or in any way implies that employment at Chubb is
not *at-will.*

Revised:        10/2000                                    Page: 1-1-1

**CODE OF BUSINESS
CONDUCT**

CIC 001123

**Code of Business Conduct**
Introduction

---

# THE CHUBB CORPORATION CODE OF BUSINESS CONDUCT

To All Employees:

Perpetuating Chubb's reputation for integrity, honesty, and fairness is our shared responsibility. Each of us, at all levels of the organization, makes business decisions that require a determination of right and wrong. Some of those decisions are made easily and independently, while others require thoughtful consideration and counsel.

Chubb has an enduring tradition of differentiating between what we have a right to do, and what is right to do. Hendon Chubb long ago observed that there are "many occasions when equity demands that we recognize a moral obligation beyond the strictly legal terms." His observation has come to epitomize a standard that applies to all aspects of our dealings with customers, the industry, the public, and each other worldwide.

Chubb's Code of Business Conduct sets forth our minimum standards and expectations. These standards are an expression of Chubb's fundamental values and are supplemented by our stated policies and procedures. The Code was developed to guide you toward the right course of action in a broad range of situations.

Even with guidance, determining the right course of conduct may be difficult. No code can anticipate and address all circumstances, in all legal jurisdictions, in all cultures. When a question or concern arises, read the Code and related policies and procedures carefully. When at all in doubt, discuss the situation with your manager, supervisor, or local Human Resources Manager. Our conduct must in all cases be legal and, in accordance with the Code that follows, ethical as well.

Sincerely,

Dean R. O'Hare
Chairman and Chief Executive Officer
The Chubb Corporation

Revised:          **10/2000**                                              Page:  2-1-1

**Code of Business Conduct**
**Code of Business Conduct**

# Introduction

**Employee and Company Expectations**

All employees must understand and comply with Chubb's policies, practices, and directives. We expect you to treat everyone with whom you come in contact, including your co-workers, with respect and dignity. Chubb, in turn, is committed to providing a safe and productive atmosphere in which to work. We will not tolerate conduct that is unethical, illegal, or dishonest.

**Our Compliance Policy**

It is our corporate policy to comply with the laws of the countries in which Chubb, its subsidiaries, and affiliates operate and with the regulatory requirements affecting our businesses. This includes compliance with antitrust, trade, securities, copyright, employment, environmental, and other business regulations, as well as with laws governing criminal offenses.

**Your Responsibility**

It is your obligation to adhere to this policy in the performance of your job responsibilities. When faced with a situation that requires an evaluation of what is, and what is not, proper business conduct, begin by applying the following criteria:

- Is the course of conduct legal?
- Is the course of conduct in accordance with the guidelines set forth in the Code and with Company policies and procedures?
- Would you or the Company be compromised or embarrassed if the situation were known by your co-workers or the public?
- Does the intended course of conduct have the appearance of impropriety?

If you are unable to answer these questions with certainty, seek advice through the channels described under the section entitled "To Seek Advice or Report Non-Compliance."

# Global Business Conduct

In addition to complying with the laws of the United States, you must also comply with the laws of countries in which we conduct business. In countries where legal requirements and common business practices may be less restrictive than those set forth in this Code, you should follow those set forth in this Code.

# Fraud

"Fraud" is the deliberate practice of deception in order to receive unfair or unlawful gain. The nature of our businesses presents a variety of opportunities for individuals within or outside Chubb to commit fraud. You must be sensitive to that fact and immediately report any suspicion or discovery of fraud.

CIC 001125

## Insider Trading

You must strictly obey all laws that prohibit the trading of securities based on prior knowledge of material, non-public information about Chubb. You may not trade Chubb stock, nor recommend to others that they trade Chubb stock, until such information has been publicly disclosed.

You also may become aware of material, non-public information about customers or competitors in the course of your work. These restrictions apply to those situations as well.

## Antitrust

Federal and state antitrust laws in the United States are designed to preserve and promote fair and open competition by prohibiting certain agreements among competitors. Other jurisdictions have similar laws. Such agreements include, but are not limited to, price fixing, market or product allocations, boycotts of customers or suppliers, limits on the sale or production of products, and reciprocal purchase agreements. The Company fully supports the goals of antitrust and similar laws and expects you to comply with those laws at all times.

## Conflict of Interest

You must avoid all situations that present or appear to create a conflict between your personal interests and the interests of the Company. When dealing with current or prospective customers, suppliers, and producers, you must never receive or extend preferential treatment for personal gain.

## Outside Employment

Employment as a consultant, officer, or manager of another business organization requires prior management approval. Outside employment must never interfere with your job performance, utilize Company property or facilities, involve the implicit or explicit sponsorship of the Company, or create the possibility of adverse publicity for the Company. In every instance, management approval must be gained before you may work for a client, producer, competitor, or supplier of the Company in any capacity.

## Board Memberships

You may serve on the board of directors (or serve in a comparable position) of an outside organization provided no conflict of interest appears to exist. Management approval is, however, required before you become a member of any for-profit organization.

## Political Contributions and Activity

Directing anyone at Chubb to make a personal or corporate contribution to any candidate, political party, or holder of any governmental office is prohibited.

Your status at Chubb will not be jeopardized because of your participation or non-participation in lawful political activity. Chubb has organized a political action committee (CHUBBPAC) and contributions are solicited from certain eligible employees. Again, your status at Chubb will not be affected by your decision to participate or not participate in CHUBBPAC.

CIC 001126

## Entertainment and Gifts

You may never accept bribes, kickbacks, or other types of unusual payments from any organization or individual seeking to do business with, doing business with, or competing with Chubb. You may accept gifts or entertainment of nominal value as part of the normal business process.

## Unusual Payments

All commissions, fees, gratuities, and other payments made on behalf of the Company must be properly documented. Bribes, kickbacks, and other illegal or corrupt payments are prohibited. You may provide meals, entertainment, or gifts of nominal value as part of the normal business process.

## Expense Accounts

The Company recognizes its responsibility to reimburse you for legitimate business expenses. Those expenses should be within reasonable limits and commensurate with the nature of the business assignment and the capacity in which you represent the Company. You are expected to fully and clearly document business expenses in accordance with the Travel & Entertainment Policy.

## Company Records and Accounts

Company records and accounts must be maintained at all times in reasonable detail and in a manner that accurately reflects all business and financial transactions, including the disposition of assets. These records and accounts must be maintained in accordance with the rules and regulations governing their retention.

Special care must be taken that any information supplied to those performing audits, or preparing regulatory reports or financial statements is, in all material respects, accurate, complete, and not misleading.

## Proprietary Information

Company business and technical knowledge are assets that must be safeguarded. Proprietary information includes, but is not limited to: products and services in the proposal, design, development or distribution stages; future plans and budgets; unannounced organizational or staffing changes; financial analyses; competitive analyses; management information; and market studies. You may not disclose such information about the Company or its customers, producers, and suppliers without prior authorization from management.

## Employee and Customer Privacy

Company information about employees and customers is confidential and only those with a legitimate, work-related need may access such information.

In exceptional cases, you may have to disclose confidential information about a customer or another employee; for example, if authorized by the person(s) who originally furnished the information to the Company, if required by the Company to carry out its obligations to others, or if required by law. Subpoenas and court orders seeking such information must be referred to General Counsel.

Generally, the Company will provide only your dates of employment and job title to individuals or organizations outside the Company. Without appropriate written authorization, the Company will not release any other information about you unless required to do so by federal, state, or local law, pursuant to a subpoena or court order, or as deemed appropriate by management.

## Information Systems

You may not access or use information systems without appropriate authority. You may **only** use information systems within the limits established for their use. You may not copy or disclose programs, software, or information unless authorized to do so.

## Equal Employment Opportunity

Chubb hires, pays, and promotes based upon performance and without regard to race, sex, color, religion, age, national origin, sexual orientation, or disability. We are committed to an environment free from all forms of harassment and unlawful, unfair discrimination. Employees who engage in harassment or discriminatory behavior and supervisors or managers who tolerate it are in violation of the Code.

## Terms of Employment

The employment relationship between Chubb and each of its employees is employment-at-will in the United States. In other countries the employment relationship may be either employment-at-will or employment pursuant to a contractual relationship. Under the employment-at-will relationship, any employee is free to end his or her employment with Chubb at any time for any reason without prior notice. Likewise, Chubb may, at any time, decide to end an individual's employment with or without cause or prior notice. Where the relationship is contractual, terms of that contract will govern the relationship between Chubb and the employee. Any breach of this code of business conduct will **constitute** a breach of the employee's contract.

## Environment Protection

As a Company and as individuals, we must exercise good judgment with regard to the environmental aspects of our use of Company facilities and real estate. We are committed to full compliance with all federal, state, and local environmental protection laws and expect your individual cooperation.

CIC 001128

## When In Doubt . . .

More detailed guidelines on the issues discussed in this Code can be found in Chubb's stated policies and procedures. Your manager can direct you to the proper source.

Any conduct forbidden by the Code is outside the scope of your employment with Chubb. While the Company is responsible for communicating and enforcing its standards, you are responsible for your own conduct in any given situation.

If you feel you are being asked to behave or conduct business in an illegal or unethical manner, or you suspect others of illegal or unethical behavior, immediately report your concerns through the channels described below. You will not be penalized for reporting what you believe, in good faith, to be a breach of the Code; even if it later turns out that a violation has not occurred.

## To Seek Advice or Report Non-Compliance

If you suspect non-compliance, or have a question about the proper course of action in a particular situation, ask your supervisor or manager for advice.

If for any reason you feel uncomfortable discussing your concerns with your supervisor or manager, or if you are dissatisfied with his or her response, seek advice from your local Human Resources Manager. If the response is still unsatisfactory, or if the nature of the situation warrants, you may directly contact Chubb's Employee Relations Manager, General Counsel, the Manager of the Internal Audit Department, or our Chief Compliance Officer.

## Disciplinary Action

Allegations of non-compliance with the Code will be investigated and evaluated at the proper level(s). Those found to be in violation of this Code are subject to appropriate disciplinary action, up to and including termination of employment.

Criminal misconduct will be referred to the appropriate legal authorities for prosecution.

Revised:       10/2000                                    Page: 2-2-1

CIC 001129

**WORKING WITH CHUBB**

CIC 001130

**Working with Chubb**
**Equal Opportunity Policy**

## EQUAL OPPORTUNITY POLICY

At Chubb we are totally committed to providing equal employment opportunities to all employees and applicants. It is our policy to provide equal employment opportunities to employees and applicants based on job-related qualifications and ability to perform a job without regard to race, sex, color, religion, age, **national origin, sexual orientation, or disability.**

Revised:        **10/2000**                                                Page: 3-1-1

CIC 001131

**Working with Chubb**
**Employee Relations Policy**

## EMPLOYEE RELATIONS POLICY

We recognize your right to refrain from or engage in union activity. It is our policy to comply fully with all laws that protect those rights. However, we believe strongly that we will work together more effectively if we deal with each other directly, rather than through a third party. As a result, we intend to exercise our right, as far as permitted by law, to explain the advantages of keeping a union-free environment.

We strive to offer challenging opportunities and to help you reach your potential. That way we will have a work environment that makes unionization unnecessary. To this end, we aim to provide:

- Salaries and benefits comparable to those offered by our competition, with pay related to your performance;
- Opportunities for career growth and advancement based on your performance and ability **based on business need;**
- A working environment that supports open and effective communication for everyone at Chubb.

Revised:       **10/2000**                                        Page: 3-2-1

CIC 001132

**Working with Chubb**
**Policy Statement: A Culture of Inclusion**

## POLICY STATEMENT - A CULTURE OF INCLUSION

Chubb has had a long standing commitment to Equal Employment Opportunity. It is an enduring and compelling goal and will continue.

Chubb strives to create a **Culture of Inclusion**. By that, we mean an environment based on the values of diversity, mutual respect, understanding and cooperation, where shared goals, rewards, performance standards and a common vision of the future guide the efforts of every employee.

Valuing diversity and including all of its aspects in our culture will serve our overall corporate objective of increased innovation. We are an organization uniquely dependent on the skill and dedication of our employees who differentiate us in the marketplace and provide us with competitive advantage. That has become even more true as our globalization efforts have taken hold and we grow our markets outside the United States. To ensure that every employee's ideas and energies are evaluated on their merits and are fully utilized, any barriers to their contributions and development at Chubb must be eliminated. Only in creating a culture which truly values the diversity of such employees, can we fully engage their talents and function with distinction in a global marketplace which is becoming ever more diverse.

Chubb believes that advancement and rewards should depend solely on ability, performance and contribution to our corporate goals without regard to race, sex, color, religion, age, national origin, sexual orientation, **or disability** and other perceived differences that do not relate to ability, performance and contribution at work. Ensuring that all aspects of our diversity are included and valued in our culture is the responsibility of every Chubb employee and providing such a culture is Chubb's commitment to our work force.

Revised:        10/2000                                                    Page: 3-3-1

**Working with Chubb**
**Sexual Harassment Policy**

---

## HARASSMENT POLICY

Harassment and discrimination can take many forms including racial slurs, ethnic jokes, disparaging or insensitive remarks about an individual's religion, age, physical **disability** or sexual orientation, physical or verbal threats or sexual harassment. **Harassing behavior can be displayed in many ways including verbal remarks, gestures, actions, pictures and written communications including e-mails.** None of these or any other forms of harassment or discrimination are acceptable in the workplace. All allegations of harassment or discrimination are fully investigated. Employees found to have engaged in this behavior and supervisors or managers who tolerate it are subject to disciplinary action, including termination.

### Sexual Harassment Policy

Sexual harassment like all other forms of harassment will not be tolerated at Chubb.

The kind of behavior that constitutes sexual harassment includes unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when submission to such conduct is a term or condition of the person's employment. It is also the case when submission to or rejection of such conduct by an employee is used as a basis for employment decisions affecting that employee. Sexual harassment may also occur when behavior or remarks unreasonably interfere with an employee's work performance or create a hostile or offensive work environment.

If you believe you are being subjected to sexual harassment, advise your supervisor, manager, or Human Resources immediately. Your concerns will be responded to promptly and with as much confidentiality as possible.

All allegations of sexual harassment will be investigated. Employees who are found to have engaged in this type of behavior and supervisors or managers who tolerate it will be subject to disciplinary action, including termination.

Revised:     **10/2000**                                      Page: 3-4-1

CIC 001134

**Working with Chubb**
**Substance Abuse Policy**

## SUBSTANCE ABUSE POLICY

Chubb has a significant interest in promoting a safe and productive atmosphere for all employees. This means an atmosphere free of substance abuse.

Possession, sale of, distribution of, or being under the influence of illegal drugs on company premises or while on company business is inconsistent with this policy and is prohibited.

Consumption of alcoholic beverages while on company premises is likewise prohibited unless authorized by management at a corporate function. However, under no circumstances will intoxication be tolerated while on company premises or company business.

Behavior contrary to this policy may result in disciplinary action, including immediate dismissal.

Revised:        **10/2000**                                           Page: 3-5-1

CIC 001135

**Working with Chubb**
**Electronic Communications Policy**

## ELECTRONIC COMMUNICATIONS POLICY

Chubb owns electronic and wire communication systems, including but not limited to:

- Computers (including desktop computers, portable computers, servers, local area networks, wide area networks,   printers, software and removable storage media (e.g., floppy disks, CD-ROMs, hard disks);

- Electronic mail ("e-mail"), including attachments;

- Voice mail; and

- Internet and Intranet use.

Because these systems are owned by Chubb and are to be used for business reasons, the contents of any communications transmitted through or stored within these systems are company property and are subject to review by and disclosure to Chubb. Furthermore, in some situations (e.g., litigation involving Chubb) these communications may be subject to disclosure to a third party outside Chubb.

In order to assure that the systems are being used properly and in compliance with this policy, Chubb, without notice, may periodically access, display, copy, delete or listen to any messages or communications sent, received, created, deleted or stored through or in its systems.

Occasional personal use of the systems is permissible. Occasional personal use means minimal and infrequent use that does not interfere with Chubb business or job performance. Any employee communicating personal messages should do so with the understanding that his or her messages or communications are subject to being heard or read by Chubb. You should not expect that any of these messages or communications will be confidential or private. Chubb technology resources may not be used for personal commercial or profit-generating activities unrelated to Chubb's business.

Chubb may monitor Internet use, including reviewing the list of sites accessed by any individual terminal. Your Internet use is not private. No employee should have any expectation of privacy regarding Internet usage. Chubb reserves the right to inspect an employee's computer anytime or to use monitoring software in order to monitor Internet and computer use.

These systems may not be used to access or transmit material which could embarrass, harass, or offend other persons. Additionally, Chubb strictly prohibits the use of its systems to communicate sexually offensive material or comments or anything that might offend or disparage another person because of his or her **race, sex, color, religion, age, national origin, sexual orientation, or disability.**

Consistent with existing company policies, employees are not to use the system for **non-business** solicitation,  including the distribution of chain letters.

Employees have the responsibility to safeguard passwords and codes in order to protect proprietary or confidential business information. Employees must also take adequate measures to ensure that their company account on the Internet is not used by any other individual including other members of their household.

CIC 001136

No employee shall use the passwords or codes of another employee in order to gain access to that employee's e-mail, voice mail, or Internet communications unless first authorized to do so by that employee. All passwords and codes used in connection with these systems are the property of Chubb. No employee shall use a password or code that is not readily available to Chubb at all times.

Only software purchased by Chubb for its use may be installed on Chubb computers. Chubb may, at any time, conduct an audit of computers for installed software and related printed material that is not included on a then-current inventory of Chubb-authorized software. All unauthorized software will be removed and destroyed. In addition, employees may not post, download or otherwise misuse any copyright-protected material without the prior permission of the copyright owner.

Revised:        **10/2000**                                   Page: 3-6-1

CIC 001137

**Working with Chubb**
**Immediate Family Members, Spouses/Domestic Partners, Cohabitants**

## EMPLOYMENT OF IMMEDIATE FAMILY MEMBERS, SPOUSES/DOMESTIC PARTNERS, COHABITANTS

1. Employees who are related to other Chubb employees by blood, marriage or law, or who are domestic partners or cohabitants with another Chubb employee, are not permitted to work under circumstances in which one has a direct or indirect supervisory relationship over the other.

2. Chubb is concerned that some personal non-business relationships between employees have the potential to affect Chubb's business as well as employee morale. Chubb reserves the right, in instances which do not fall within the terms of paragraph #1 above, to determine on a case-by-case basis whether such relationships require that an adjustment be made in the working relationship of the individuals concerned. In those instances, Human Resources will assist in facilitating the appropriate adjustment.

Revised:        **10/2000**                                    Page: 3-7-1

CIC 001138

**Working with Chubb**
**Mandatory Retirement Policy**

## MANDATORY RETIREMENT POLICY

As a matter of policy, Chubb believes in the concept of retirement by age 65, but recognizes that retirement at that age can be mandatory only when permitted by Federal and State laws.

Since those laws require analysis of the factors specific to an individual employee and his/her position in order to identify when mandatory retirement is appropriate, it is necessary to implement a system by which such an analysis can be routinely conducted. Commencing January 1, 1992 and each year thereafter, Home Office Human Resources and General Counsel will review elected officers in the Company who are age 62 or older to assess whether they and their then current responsibilities would meet the legal requirements for mandatory retirement. The responsibilities of Managing Directors, as well as certain other high-level managerial employees, would indicate that this policy will apply to those positions except in extraordinary circumstances and subject to case-by-case analysis. Each employee who has been reviewed will be notified by the end of each year as to whether they meet at that time the requirements for mandatory retirement at age 65.

Notwithstanding this policy, the Company believes that circumstances may occasionally warrant a departure from this policy and its decision not to seek mandatory retirement of an employee age 65 or older should not be deemed to constitute a waiver by the Company of this right with respect to that employee or any other Company employee.

Revised:        **10/2000**                                          Page: 3-8-1

CIC 001139

**Working with Chubb**
**Employment Status**

---

Employment Status

**100% Active Full-Time Regular requires an ongoing work schedule of 40 hours per week.**
**Employees in this category receive full compensation/financial benefits, as well as full medical**
**benefits.**

**75% FTE requires an ongoing work schedule of a minimum of 28 hours per week (or a minimum of**
**1,456 hours per year). Employees in this category receive pro-rated compensation/financial**
**benefits and full medical benefits. They are counted as 75% FTE (Full-Time Equivalent).**

**50% FTE requires an ongoing work schedule of 20-27 hours per week (or a minimum of 1,000**
**hours and a maximum of 1,455 hours her year). Employees in this category will receive pro-rated**
**compensation/financial and holiday benefits, but no medical benefits.**

**25% FTE requires an ongoing work schedule of 15-19 hours per week for a maximum of 999 hours**
**per year). Employees in this category receive pro-rated compensation, but no financial/medical or**
**holiday benefits. They are counted as 25% FTE (Full-Time Equivalent).**

Revised:        10/2000                                    Page: 3-9-1

CIC 001140

**Working with Chubb**
**Flexible Working Hours**

Flexible Working Hours

With flexible hours you can select a work schedule that allows you to reduce time and stress by
commuting at non-peak hours. Flexibility helps working parents make child care arrangements, and it
allows you time for personal appointments early or late on business days without disrupting your own work
schedule. If you are an "early bird" or a "late starter," you can organize your time based on those
preferences.

While flexible hours are a valuable benefit, our first priority must still be to run our business smoothly. This
means you need your supervisor's permission to schedule flexible hours. Most Chubb offices have
established official working hours, core working hours, and flexible working hours.

We want you to have the advantage of flexible working hours whenever possible. However, your
supervisor needs your cooperation to maintain proper coverage in the office. In most cases, this means
you must decide what hours you prefer to work, discuss your preference with your supervisor, and get
approval.

Once your personal work schedule has been determined, you will be expected to work during those hours
unless your supervisor authorizes a change. In some cases it may also be necessary for you to follow an
assigned schedule, either occasionally or on an ongoing basis.

Misrepresenting your hours worked could result in termination of employment.

Ask your supervisor for further details about flexible hours in your department.

Revised:       **10/2000**                                      Page: 3-9-2

CIC 001141

**Working with Chubb**
**Attendance**

## Attendance

**Regular and predictable attendance is an essential function of every job at Chubb.**

Chubb **also** recognizes that you may have responsibilities outside of work. We have developed an attendance policy created to provide you ample flexibility in managing your personal and work responsibilities.

This attendance policy has been designed to allow you to manage your own time while meeting the business needs of your department. Implicit in this philosophy is the notion that if you are able to better manage your personal needs, your productivity will remain high.

Chubb recognizes that time off needs don't always fit neat annual boundaries or categories. The success of our time off policy depends on cooperation between managers and employees and among employees within work units. Its success also depends on our good judgment in using the program.

These attendance guidelines do not in any way change or negate Chubb's **Employment-At-Will Statement (Disclaimer)**. Also, Chubb may choose not to follow these guidelines in certain situations. Chubb may revise or change the guidelines at any time.

Revised:    **10/2000**                                              Page: 3-9-3

CIC 001142

**Working with Chubb**
**Paid Time Off (PTO) Days**

## Paid Time Off (PTO) Days

Each month you will be allocated paid time off (PTO) days, which you may use for any of the following reasons:
- Vacation
- Personal Illness not covered under the Medical Absence Policy
- Family Illness
- Inclement Weather
- Religious Holidays
- Marriage Day
- Any other personal matters

Paid days which do **not** come from your PTO account include:
- Jury Duty
- Military Reserve Training
- Emergency/Bereavement Leave
- Personal Illness covered under the Medical Absence Policy

See sections on Leaves of Absence and Medical Absences for more details.

### Eligible Employees

Every eligible employee earns an annual account of PTO days. You are eligible for PTO days if you are a regular full-time employee, a 75% part-time or a 50% part-time employee regularly scheduled to work 20 or more hours each week.

### Absences

**Medical Absence Policy** - If you are ill or cannot come to work for any reason, you must telephone your supervisor by 9 a.m. to explain why you are absent and when you will return. The two of you can then make the necessary arrangements to keep the work running smoothly in your absence. If you are absent more than one day, you must call each day by 9 a.m. unless you have already told your supervisor when you expect to be back at work. Failure to observe this rule may result in termination of employment. **You should also call HR Shared Services Medical Absence Unit to report illness.**

### Scheduling

Your supervisor is responsible for seeing that all PTO days are scheduled and coordinated to ensure adequate work coverage. You may take your PTO days any time during the calendar year (January 1 to December 31). Your supervisor should know your anticipated PTO plans each year by April 15.

Because it may not always be possible for you to have the specific time you request, conflicts in scheduling are usually resolved on the basis of seniority. You begin earning your PTO days at the rates outlined below. If you have less than twelve months of continuous service, you may take only earned PTO days. After twelve months of service, you may take your PTO days at any time during the calendar year, subject to your supervisor's approval. New hires with related business experience may receive some credit toward PTO days.

Chubb recognizes that, at times it may be necessary for you to take unplanned time off for an illness or emergency. Therefore, Chubb allows up to ten unscheduled PTO absences per year. Should you exceed the ten unscheduled PTO days, disciplinary action may result, up to and including, no-pay, attendance probation and termination.

You must take one or two weeks of PTO days in a continuous weekly period except with special permission. You may take PTO days in as small as half-day increments and as large as four-week increments with your manager's approval.

Revised:        **10/2000**                                                      Page: 3-9-4

**Working with Chubb**
**Earning PTO Days**

Earning PTO Days

The following guidelines are for full-time employees. Employees who are 75% part-time or 50% part-time employees should refer to the flexible work option guidelines and consult with their local Human Resources representative for their PTO eligibility.

### PAID TIME OFF (PTO) DAYS*

| Calendar Year | Earned Per Month* | Maximum PTO Days Per Calendar Year |
|---|---|---|
| 1st Calendar Year | 1.4 | 17 |
| 2 through 5 | 1.5 | 18 |
| 6 through 11 | 1.9 | 23 |
| 12th Year | 2.0 | 24 |
| 13th Year | 2.1 | 25 |
| 14th Year | 2.2 | 26 |
| 15th Year | 2.25 | 27 |
| 16 through 25 | 2.3 | 28 |
| 26 and after | 2.75 | 33 |

\*      To be earned over 12 months of active service.

**First Calendar Year**
You earn PTO at the rate of 1.4 days for each complete month of active service up to a maximum of 17 days. In the first calendar year of service, you may only take earned time.

**Calendar years 2 through 5**
You earn PTO at the rate of 1.5 days for each complete month of active service up to the maximum of 18 PTO days per calendar year.

**Calendar years 6 through 11**
Beginning with the calendar year in which you celebrate your 5th anniversary (your 6th calendar year), you earn PTO at the rate of 1.9 days for each complete month of active service up to a maximum of 23 PTO days per calendar year.

**Calendar years 12 through 15**
In addition to the 23 days earned when you celebrate your 5th anniversary, beginning with the calendar year in which you celebrate your 11th anniversary (your 12th calendar year), you will also be granted PTO days as follows:

> 12th calendar year-one day
> 13th calendar year-two days
> 14th calendar year-three days
> 15th calendar year-four days

**Calendar years 16 through 25**
Beginning with the calendar year in which you celebrate your 15th anniversary (your 16th calendar year), you earn PTO at the rate of 2.3 days for each complete month of active service up to a maximum of 28 PTO days per calendar year.

CIC 001145

**Calendar year 26 and up**

Beginning with the calendar year in which you celebrate your 25th anniversary (your 26th calendar year), you earn PTO at the rate of 2.75 days for each complete month of active service up to a maximum of 33 PTO days per calendar year.

**Exceptions**

PTO days are not earned during periods of absence which exceed four continuous weeks.

If a Chubb holiday falls on a working day during your vacation, that day is not counted as a PTO day. You do not receive additional PTO days if you become ill or are injured while on vacation. In certain extreme and unusual cases, an exception may be made at the discretion of your branch manager or Human Resources.

If you resign or are released from your job, you are entitled to whatever PTO pay you have earned for the current calendar year, plus any PTO days in your reserve bank, less any days you have already taken. If you have taken more PTO days than you have earned, you must reimburse Chubb for those days.

If both an employee and spouse/domestic partner are Chubb employees and attend a business event together, each employee must charge the time as PTO unless attendance at the event is directly related to his or her own Chubb employment.

**Half PTO Days**

Scheduling some PTO days in half-day increments makes it possible to attend to family needs (such as teacher conferences, school plays, doctor appointments) and other situations that require less than a whole day away from work. You may take up to five PTO days per year in half-day increments.

**Reserve Account**

You may carry over a maximum number of 10 days into your reserve account to be used in the future. The reserve bank may not exceed 10 days at any given time. The intent of establishing a reserve is to encourage you to save PTO days for use in the future.

**Coordination with Medical Absence**

Each day of a personal illness which does not qualify as a "Medical Absence" will be charged as a PTO day. See the Medical Absence section or **call HR Shared Services** for more information.

**Service Requirement for Eligibility**

You begin earning PTO days immediately upon date of hire.

**Disciplinary Measures**

Should you exhaust your PTO allocation for the year, including any days in your reserve, you will be at an unpaid status for any future absences. Should you utilize an additional unpaid PTO day, you will be placed on written warning. Should you utilize two more unpaid PTO days, your employment may be terminated, i.e.: at your third unpaid PTO day.

If you are on written warning for attendance, you cannot be considered for promotion, transfer, or job posting opportunities until the end of your written warning period.

CIC 001146

If you misrepresent the reason for your absence or are unable to provide acceptable medical documentation, the company may **terminate your employment immediately without any warning.**

If you have been denied a day off and then fail to appear at work on that day, you may be subject to disciplinary action or dismissal due to insubordination.

If you give notice of your resignation or your employment is terminated, you may be paid for all your earned, unused PTO days. See the section on termination for more guidelines.

Be aware that reminders and warnings are courtesies only. If you are absent on successive days and as a result do not receive the notices that were issued, disciplinary measures including no-pay and termination may still apply.

***Chubb maintains the right to terminate your employment without following these disciplinary procedures.***

Revised:      **10/2000**                                   Page:  3-9-5

CIC 001147

**Working with Chubb**
**Leaving Early or "Sent Homes"**

Leaving Early or "Sent Homes"

If you become ill during the work day and need to go home, you must obtain permission from your
manager or Human Resources prior to leaving work.  If you have worked at least four hours, your absence
counts as a "sent home"—half a PTO day.  If you have worked less than four hours, you are charged with
a full PTO day.  If you believe the absence qualifies as a medical absence, **call HR Shared Services
Medical Absence Unit.**  (For every two "sent homes" you have during the calendar year, you are charged
with one PTO day.)

The above timeframe may be pro-rated for employees working a 75% part-time or a 50% part-time
schedule, as long as it is done consistently, and all part-time workers are informed of the policy.

Revised:        10/2000                                            Page: 3-9-6

CIC 001148

**Working with Chubb**
**Punctuality**

Punctuality

*Lateness Guidelines*

You are expected to arrive at work on time, return promptly from breaks and lunch, and work steadily throughout the day.

The following chart outlines our disciplinary procedures for frequent lateness:

| Times Late Per Calendar Year | Disciplinary Action |
|---|---|
| 9 | Verbal Reminder |
| 10 | Written Warning (Probation) |
| 11 | Final Written Warning |
| 12 | Termination of Employment |

*Chubb maintains the right to terminate your employment without following these disciplinary procedures.*

Revised:    **10/2000**                                    Page: 3-9-7

CIC 001149

**Working with Chubb**
**Medical Absences**

## Medical Absences

It is Chubb's philosophy in managing medical absences to balance both the health needs of the employee with business needs. Our practice is to try and identify ways to enable both sets of needs to be met.

The following illnesses, injuries, and disabilities may be considered a serious health condition and therefore may be charged as a medical absence under Chubb's new time off policy. *These illnesses, injuries, and disabilities are a sample list only. Only HR Shared Services, in conjunction with your health care provider, can determine if an absence will qualify as a Medical Absence.*

- Any serious illness which can be contagious within the work force through casual contact. Some examples may include:
  - chicken pox          - Coxsackie virus          - tuberculosis
  - meningitis           - mononucleosis            - measles

- Any illness due to, or secondary to, severe immune suppression. Some examples may include:
  - steroid therapy      - hepatitis
  - HIV/AIDS             - cancer chemotherapy

- Recurring chronic illness. Some examples may include:
  - Crohn's                       - diabetes                - cystic fibrosis
  - cardiopulmonary diseases - rheumatoid arthritis      - multiple sclerosis

- Surgery and/or hospitalization. Some examples may include:
  - oral surgery including: periodontics, extractions, prosthodontics
  - outpatient surgery requiring more than a few hours recovery
  - injury/illness which requires hospitalization including pregnancy, miscarriage, accidents, inpatient surgery and other medical conditions.

- Workers' compensation injury/illness sustained at work, pending workers' compensation approval.

- **Cosmetic surgery that is *not* covered by the medical insurance carrier is *not* considered medical absence regardless of the time needed to recover. Surgery that is medically necessary, but has a cosmetic result, and is covered by the medical insurance carrier may qualify under FMLA and medical absence/wage continuation. A medical absence form must be submitted to make this determination. As an example: liposuction would not be covered; repair of a deviated septum that interferes with breathing would be covered.**

Other illnesses, such as the common cold, laryngitis, simple ear infections, and stomach upsets are typically considered minor health conditions and, therefore, not covered under the Medical Absence policy. Time out for these illnesses will be charged as PTO days.

**When you are working and need to schedule medical and other personal appointments, you should schedule them outside of work time. In an effort to assist you in this process, Chubb offers flex time for scheduling appointments at the beginning or end of the work day. Please discuss the need for time off if you are unable to schedule your appointments outside of the work day so that other arrangements can be made.**

CIC 001150

When infectious illness occurs that may be dangerous to co-workers, Chubb reserves the right to consult with Public Health officials and other health care providers for the protection of both the affected employee and the general well being of the work force. As with all other medical absences, medical documentation must be provided prior to or upon return to work.

Chubb reserves the right, at our cost, to send an employee for second opinions regarding employee illnesses. Refusal to comply with Chubb's request for a second opinion may result in disciplinary action up to and including termination of employment.

Revised:        10/2000                                              Page: 3-9-8

CIC 001151

**Working with Chubb**
**Medical Documentation**

## Medical Documentation

**Medical Absences are governed by federal and state laws as well as Company policy. In order to determine if time off for medical reasons qualifies as Medical Absence, all time off for medical reasons must be documented. The Chubb Medical absence form, completed by your health care provider, must be used for this purpose. A completed Chubb Medical Absence form must be submitted to HR Shared Services prior to or upon your return to work for medical absences of less than 30 calendar days. A completed Chubb Medical Absence form must be submitted to HR Shared Services within 30 days of the onset of your medical absence if your medical absence will exceed 30 days. Failure to submit completed Chubb Medical Absence forms within the timeframes required could result in termination of your employment.**

**Payment of Medical Absences**

You are paid for any eligible Medical Absences through wage continuation, short-term disability, long-term disability and/or workers' compensation, as applicable. For more guidelines on short- or long-term disability, refer to the appropriate section in *You & Your Company*.

Revised:          **10/2000**                                      Page: 3-9-9

CIC 001152

**Working with Chubb**
**Wage Continuation**

## Wage Continuation

**When time away from work is required, it is important to remember that payment for time off is drawn from either the STD/wage continuation or PTO allocations. As noted below, these benefit allocations are refilled at the beginning of each new year unless your absence carries over from the previous year. Your benefit/wage continuation allocations will be refilled once you return to work and meet eligibility requirements.**

Wage continuation is a benefit that pays you a percentage of your salary when you qualify for a medical absence as defined under the "Medical Absences" section. You must have at least three months of service with Chubb to be eligible for this benefit. The amount you receive depends on your length of service beyond three months. To receive wage continuation you must submit a completed Medical Absence Statement which will then be evaluated by **HR Shared Services Medical Absence Unit.**

Your wage continuation allotment is refilled at the beginning of the calendar year provided you are actively at work. The following table reflects the wage continuation benefits schedule for which you are eligible in each calendar year.

If you are absent from work due to a medical absence at the beginning of a calendar year, your wage continuation allotment will not be refilled until you return from your medical absence, and any wage continuation you may receive will be paid from the remainder, if any, of your previous year's wage continuation allotment. Should you return to work and the same medical condition recurs within thirty calendar days of your return, any wage continuation you may receive will be paid from the remainder, if any, of your previous year's wage continuation allotment.

Wage continuation benefits are coordinated with other benefits if you are eligible for them—state disability, ChubbChoice short term disability, workers' compensation, Social Security, etc. Your total benefits for any week cannot exceed 100% of your weekly base salary.

In California, New Jersey, New York, and Puerto Rico, local law provides for temporary disability benefits. In New Jersey and New York state coverage begins on your eighth day of absence. California state disability may begin earlier if you are hospitalized. As long as you continue to be disabled, state coverage continues to a maximum of 26 weeks.

Occasionally an employee may return to work following a **medical absence** to find they are not well enough to return and that more time off is needed. Chubb has established the following wage continuation guidelines for these situations:

- If you return to work following a **medical** absence and you are absent again within the same calendar year for the same **medical absence**, you are eligible only for the remainder of the wage continuation benefits for your original absence.

- If you return to work in a new calendar year, wage continuation benefits renew and you will be eligible for your total amount of wage continuation.

*If there is any question about your ability or inability to work, the company has the right, at its expense, to require an examination by a doctor of its choice.*

Your scheduled performance review **may be** postponed or prorated for the period of time that you **have been absent from work**. When you return you may want to have a discussion with your supervisor about how your performance review will be handled.

### Wage Continuation Schedule

| Length of service | Weeks at 100% Salary Up to | Weeks at 60% Salary Up to |
|---|---|---|
| 0-3 months | 0 | 0 |
| 3 months, but less than 1 year | 2 | 0 |
| 1 year, but less than 4 years | 4 | 0 |
| 4 years, but less than 6 years | 8 | 0 |
| 6 years, but less than 10 years | 12+ | 14 |
| 10 years, but less than 15 years | 18+ | 8 |
| 15 years and over | 26 | 0 |

Revised:      **10/2000**                                        Page:  3-9-10

CIC 001154

**Working with Chubb**
**Job Reinstatement**

## Job Reinstatement

When the **health care provider** says you will soon be ready to return to work, contact **HR Shared Services Medical Absence Unit. HR Shared Services will work with your local Human Resources manager and your manager to prepare** for your return. You must come back to Chubb on the return date specified. Failure to return to work on the expected date may result in the termination of your employment.

Chubb has established the following guidelines for employment when you return to work:

Chubb generally attempts to place you in your former position or a similar position if you were employed for at least six months before your **medical absence** and were absent for six months or less—or if you notified Chubb of your expected return date within the six-month period. This assumes that you are still qualified to perform the essential functions of the position with or without reasonable accommodations.

The six-month time period begins on your first day of absence due to **medical absence**. If you return to work and are again absent within 30 days for the same **medical condition**, or if you are absent with a new and separate **medical condition** before working five consecutive days, the six-month period is still calculated from the date of your original **medical absence**.

If you have not returned from your **medical absence** within six months, your employment with Chubb may be terminated. Some of your company benefits may continue even though your active employment with Chubb has ended.

If your length of service was less than six months prior to your leaving on **medical absence**, and if you are absent for a period of time which is longer than your length of service, your employment with Chubb may be terminated.

Revised:        **10/2000**                                                          Page: 3-9-11

CIC 001155

**Working with Chubb**
**Employee Conduct**

## Employee Conduct

All employees must abide by Chubb's policies, practices, and instructions. We expect you to treat your co-workers and supervisors with respect. Chubb, in turn, protects the rights and privileges of all employees. We do not tolerate conduct that is immoral, illegal, or dishonest.

It is impossible for the company to anticipate every form of misconduct that might call for discipline or immediate dismissal. The following list gives some examples of unacceptable conduct. Although Chubb reserves the right to decide what discipline is appropriate, misconduct of the following nature generally results in immediate termination of employment:

- Theft, destruction, misuse, or willful abuse of property belonging to Chubb or another employee.
- Possession of weapons (or objects of any kind) which could be used to harm other employees.
- Possession, sale of, consumption of, or being under the influence of illegal drugs on company premises or while on company business.
- Consumption of alcoholic beverages while on company premises unless authorized by management at a corporate function. However, under no circumstances will intoxication be tolerated while on company premises or company business.
- Sexual harassment or intimidation, which includes:
  -Abusive sexual advances by any employee, particularly if the advances imply that employment will be negatively or positively affected by the response to the advances, and
  -Behavior that is degrading.
- Insubordinate conduct (refusal or failure to comply with a job-related order given by your supervisor);
- Failure to cooperate with the Company in a job-related investigation;
- Falsification of any records;
- Abandoning your job; or
- **Tape recording of any telephone conversation or in-person conversation not authorized by the Company.**

Revised:        **10/2000**                                          Page: 3-9-12

CIC 001156

**Working with Chubb**
**Improvement Process**

## Improvement Process

Although Chubb maintains the right to terminate employment with or without cause and without notice, and to select the form of discipline it considers most appropriate at the time, the Company has found that the use of an improvement process in dealing with employees whose performance, behavior, or attendance is unsatisfactory is often advantageous. The improvement process may consist of one or more of the following steps:

1.    Initial warning;
2.    Written warning which outlines areas that need improvement; and
3.    Commitment period.

If your performance, behavior or attendance is unsatisfactory and Chubb determines to use the improvement process, you usually will be informed of the circumstances which are viewed as unsatisfactory, have an opportunity to discuss the situation with your supervisor, and be given time to improve.

If after such counseling, your performance, behavior or attendance is still unsatisfactory or does not show significant improvement, you may be given a written warning or--if Chubb determines that the circumstances warrant it--your employment may be terminated without a written warning.

If your performance, behavior or attendance does not **improve to an acceptable level while on a written warning**, your employment may be terminated.

If your employment is not terminated, Chubb may decide to place you on a commitment period status. During the commitment period your employment may be terminated without warning if your performance, behavior or attendance is unsatisfactory at any time.

Generally, all scheduled salary increases are postponed during any initial and/or written warning period.

*Chubb maintains the right to terminate your employment without having used any of these procedures.*

Revised:        **10/2000**                                          Page: 3-9-13

CIC 001157

**Working with Chubb**
**Termination**

## Termination

Your employment with Chubb is voluntary on both your part and the Company's. Either you or Chubb may terminate the employment relationship at any time, for any reason, with or without cause and with or without prior notice.

Earned, unused PTO days **for terminating employees** will be paid at 100%.

| | | |
|---|---|---|
| Revised: | **10/2000** | Page: 3-9-14 |

CIC 001158

**Working with Chubb**
**Resignation**

---

## Resignation

Although you need not give prior notice to resign, your giving written notice of your resignation to your supervisor at least two weeks in advance of the date on which you plan to terminate your employment with Chubb would be appreciated.

If you are absent when you are scheduled to work and do not follow our attendance or leave of absence procedures, disciplinary action, including termination of your employment, may be taken.

All benefits, except group term life insurance, end the last day you actually work and cannot be extended by your **earned, unused** PTO time.

Your group term life insurance remains in force for 31 days after your termination date. Under most circumstances you may continue medical coverage, dental coverage, vision care, and the Health Care Spending Account under COBRA. You may also convert either or both your medical coverage and life insurance to individual plans. **Contact HR Shared Services** for details and forms.

Revised:    **10/2000**                                    Page: 3-9-15

CIC 001159

## Separation Pay

Chubb reserves the right to handle separation pay as it sees fit. However, two weeks' separation pay may be granted when employment is terminated due to the following circumstances:

- Poor performance; and
- Poor attendance.

Separation pay is not granted in cases where employment is terminated for employee misconduct, when an employee was hired into a temporary position, or when an employee resigns. Additionally, separation pay is not granted when an employee is transferred to or becomes employed by a subsidiary or affiliate of Chubb or by any other employer which has assumed directly from Chubb functions previously performed by Chubb. Also, should you leave Chubb's employment and subsequently be hired by any subsidiary or affiliate of Chubb, your eligibility for severance will be based solely upon your new service.

If you have worked for the Company for more than two years and your employment is terminated for poor performance, you may be eligible for the following special separation pay only if you sign a separation agreement acceptable to the Company:

- If you have worked for the Company more than two years, but less than ten years, you may receive one week of separation pay for each year worked.
- If you have worked for the Company more than ten years, but less than fifteen years, you may receive one and one-half weeks of separation pay for each year worked.
- If you have worked for the Company more than fifteen years, you may receive two weeks of separation pay for each year worked, not to exceed a maximum of 52 weeks.

If you receive special separation pay, you will not receive the two weeks' separation pay granted, at Chubb's discretion, to employees terminated for poor performance.

If your employment is terminated due to job elimination, you may receive two weeks of separation pay for each year worked. **You may also receive outplacement services.**

Separation pay is usually paid in a lump sum subsequent to termination of employment.

These separation pay guidelines in no way alter the *employment-at-will* relationship between Chubb and any of its employees.

Revised:        **10/2000**                                        Page: 3-9-16

CIC 001160

**Working with Chubb**
**Personal Appearance**

___

## Personal Appearance

Your personal appearance makes a significant impression on our customers and the local community. It is important that you wear appropriate business clothing and be neat, clean, and well groomed. We expect you to use good taste and judgment in your appearance. Check with your supervisor if you have questions about dress. If there is a problem with your appearance, your supervisor may take appropriate disciplinary measures.

Revised:        **10/2000**                                Page: 3-9-17

CIC 001161

**Working with Chubb**
**Personnel Files**

---

Personnel Files

**You may review your Employee Profile and your documents in Performance Management in the Lotus Notes database at any time from your workstation. It is your responsibility to keep your personal information contained in the Lotus Notes database up-to-date. Contact HR Shared Services if you have questions on Lotus Notes.**

You may review your hard copy personnel file. If you wish to do so, these guidelines apply:

- You must make a written request to the Human Resources Department.
- Human Resources will establish a mutually convenient time for the review.
- The review must take place in the Human Resources Department.
- You may make notes, but may not remove, add, or change anything in the file without prior approval.
- If you discover a mistake or disagree with part of your record, tell Human Resources about the problem. A correction will be made or you will have the opportunity to state your version of the matter in writing for inclusion in your file.
- You must sign a statement indicating that a review took place.

To safeguard your privacy, Chubb will not disclose any information about you to anyone outside the Company except when required to do so by federal, state, or local law, following a subpoena or court order, or as considered appropriate by the Company.

With your written authorization Chubb will provide your dates of employment, job title, and salary.

Former employees are not entitled to review their personnel files unless state law mandates such reviews or as considered appropriate by the Company.

Revised:        10/2000                                    Page: 3-9-18

**Working with Chubb**
**Company Vehicles**

---

## Company Vehicles

All Chubb employees who are assigned a Company car or who drive a Company-provided vehicle for business purposes must abide by the Company's Driver policy.

The Driver policy is available through the WTO **Administrative Services** Department or through local fleet administrators.

In addition to all other provisions of the Driver policy, employees should observe the following minimum guidelines:

- Obey all traffic laws.
- Maintain a valid driver's license.
- Wear seat belts at all times.

Failure to comply with the Driver policy may result in removal of the vehicle and/or disciplinary action up to and including termination of employment.

Revised:    **10/2000**                              Page: 3-9-19

CIC 001163

## Company Car Allowance

You may be eligible to receive a one-time company car allowance reimbursement to assist you in the purchase of a vehicle if:

- You have been assigned a company car for business purposes,

- You have had exclusive use of a company car for a minimum of six months, and

- You change jobs at the company's request to a position that does not require exclusive use of a company car.

If you are eligible for a company car allowance reimbursement, either your branch manager or Human Resources should address a written request to Company Car Reimbursement, Benefits, WTO. The request should be made after you are officially assigned to your new position or new branch. If you have relocated to a different branch, the new branch is responsible for incurring the company car allowance reimbursement expense.

You will receive your company car allowance reimbursement, net of taxes, along with your regular **semi-monthly** paycheck.

Revised:        **10/2000**                                    Page:  3-9-20

CIC 001164

**Working with Chubb**
**Telephoning**

## Telephoning

If your job involves making telephone calls, ask your supervisor to explain how we handle business calls at Chubb.

Because we need to keep the telephone lines clear to handle our heavy load of business calls, please do not make or receive personal calls during work hours except in an emergency or when you have been authorized to do so. When you must make a personal call, be as brief as possible. Some offices have pay telephones for this purpose. Most supervisors receive phone reports that give information about calls made from their department.  You may be billed for personal calls.

Revised:        **10/2000**                                           Page:  3-9-21

CIC 001165

**Working with Chubb**
**Solicitation**

## Solicitation

You may not solicit another employee while either of you is on working time or in a work area. Solicitation is permitted during free time-meal periods, scheduled breaks, or the time before and after work.

At no time are non-employees permitted to solicit, distribute literature, or trespass on company premises.

Revised:        **10/2000**                                        Page: 3-9-22

CIC 001166

**Working with Chubb**
**Office Problems**

---

## Office Problems

If you are disturbed about an office situation, talk it over with your supervisor. Supervisors are trained to handle most everyday problems, and they can refer you to the appropriate manager if necessary.

You may also go directly to your Human Resources Department. However, experience has shown that most problems are best handled within the department. Your supervisor and department manager have a very real interest in your **growth, development,** and success, but they need to know about problems before they can help.

Revised:        **10/2000**                                              Page: 3-9-23

CIC 001167

**Working with Chubb**
**Promotions**

## Promotions

When possible, Chubb tries to fill vacancies by promoting employees from within the Company. Our primary consideration is that you are qualified for the job. If you think you are ready for more advanced work or another kind of work, talk with your supervisor. You may be eligible for another position in your department or you may be referred to Human Resources to discuss possibilities in other areas. **Additional resources and information are available on the Employee Connection website on ChubbNet.**

Revised:        **10/2000**                                    Page:  3-9-24

CIC 001168

**Working with Chubb**
**Transfers**

---

Transfers

If you want to transfer to another department, direct your request to your supervisor, who will make your wishes known to Human Resources. Vacancies in the department where you want to work, staffing in your present department, and your qualifications and performance will be considered before a decision is made. **You may also post for open positions for which you qualify using Chubb's Job Posting system.**

Chubb does not transfer employees whose performance in their current job is not considered satisfactory.

Revised:        **10/2000**                                                    Page: 3-9-25

CIC 001169

**Working with Chubb**
**Outside Employment**

## Outside Employment

Employment as a consultant, officer, or manager of another business organization requires **prior** management approval. Outside employment must never interfere with your job performance, utilize Company property or facilities, involve the implicit or explicit sponsorship of the Company, or create the possibility of adverse publicity for the Company. In every instance, management approval must be gained before you may work for a client, producer, competitor, or supplier of the Company in any capacity.

If there is any reason to believe that the second job might pose a conflict of interest, you must advise Human Resources and obtain approval for the second job in advance.

Revised:        **10/2000**                                        Page: 3-9-26

CIC 001170

**Working with Chubb**
**Overtime**

## Overtime

All employees receive a salary which covers up to 40 hours in a workweek.  During busy periods you may be asked to work more than your regularly scheduled office hours.  Supervisors are responsible for deciding whether overtime is necessary and for seeing that work is properly supervised.  If you are an eligible employee, you will receive overtime, at time and one half, for all hours worked over 40 in a workweek.  Overtime is paid in accordance with federal and state laws and regulations.  Employees eligible for overtime pay may not work overtime without the prior approval of their supervisor.   Managers will communicate with all employees regarding their work schedules.

Revised:        **10/2000**                                                Page:  3-9-27

CIC 001171

**Working with Chubb**
**Recruiter's Award Program**

## Recruiter's Award Program

The Recruiter's Award Program provides a monetary incentive to Chubb employees for their active participation in attracting and hiring qualified, experienced candidates for professional and support positions with Chubb, while reducing the company's employment-related costs.

### Eligibility

You are eligible to receive a Recruiter's Award if you:

- Are an **100%** full-time **regular FTE**, 75% FTE, 50% FTE, or 25% FTE employee.

- Are also eligible if you are:
    - on an approved leave of absence,
    - have officially accepted an employment offer from the company, but have not yet started work (in this case, you must begin working for Chubb to receive your award), or
    - are a Chubb retiree.

You are not eligible to receive a recruiter's award if you:

- Are a senior manager or hold an executive position such as director, vice president, assistant vice president, zone officer, branch manager, national department manager, or zone department manager;

- Are a Human Resources Department employee with responsibility for hiring and/or recruiting;

- Are charged with assisting the company's recruiting efforts as part of your job responsibilities **or as part of a special assignment on a recruiting team**; or

- Are the manager or supervisor with the job vacancy to be filled.

### How the Program Works

You will receive a monetary award after an individual you recruit has successfully completed six months of continuous employment with Chubb.

All candidate referrals should be made through Human Resources.

The monetary award for all positions is $1,500.00. This is awarded for the following types of candidate referrals:

- Trainee (minimum of one year non-insurance related business experience, summer jobs not included)
- Experienced insurance professional ("Z" status)
- Support Staff/Professional level working full time, 75% FTE or 50% FTE.

CIC 001172

Recruiter's Awards are not made for referral of a former Chubb employee unless local branch management can establish that the rehiring of the employee directly resulted from the specific recruitment efforts of the recruiter. In such cases, at least two of the following conditions must be met:

- The former employee's voluntary separation from the company occurred at least six months before reapplying.
- The recruiter's efforts included a telephone or personal discussion with the former employee suggesting he or she reapply to the company for a specific position, and/or arranging the former employee's re-employment interview in advance of that interview.
- The candidate indicates on their employment application that they reapplied to Chubb because of the recruiter's efforts.

Recruiter's awards are made in one payment, usually by payroll check. Award payments are not included as eligible compensation for any employee benefit plans (life insurance, LTD, CCAP, ESOP, profit sharing, pension etc.). Your recruiter award is subject to tax as ordinary income and will be reported as compensation on your W-2 for the year.

> **Because of branch office differences related to local market conditions and staffing needs, your Branch Manager will decide whether or not the Recruiter's Award Program is available in your branch.**

Revised:     **10/2000**                                              Page: 3-9-28

CIC 001173

**Working with Chubb**
**Quarter Century Club**

Quarter Century Club

You become eligible for the Chubb & Son Quarter Century Club when you have twenty-five years of service with a participating company or companies.

Revised:        **10/2000**                                              Page: 3-9-29

CIC 001174

**Working with Chubb**
**Holidays**

## Holidays

Chubb observes a total of nine or ten holidays each year. Some of the holidays observed are New Year's Day, President's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving, and Christmas. **The Company's annual holiday schedule can be found on the Employee Connections website on ChubbNet. Some branches may observe slightly different schedules based on local practices. Please contact your Human Resources Department if you have any questions.**

**Employees working a 25% FTE schedule are not eligible to be paid for holidays. If a company holiday falls on a day when a 25% FTE is regularly scheduled to work, he/she should receive pay for that day. The 25% FTE would then be paid straight time for the hours he/she would have been scheduled to work.**

**Example #1:**

**A summer intern working a 40-hour, 5-day week for the summer is working less than 999 hours per year, and meets the definition of a 25% FTE. He/she would be paid for Memorial Day, if his/her date of hire occurred before Memorial Day: 8 hours x $11.00 = $88.00.**

**Example #2:**

**An employee is working 3 days each week for a total of 15 hours. For two days each week, this employee works from home and one day each week this employee works in the office. The days the employee works vary from week to week. This employee is not eligible for holiday pay since none of his/her working days are regularly scheduled.**

Revised:      **10/2000**                                              Page:  3-10-1

CIC 001175

**Working with Chubb**
**Paid Leaves of Absence**

## Paid Leaves of Absence

### Jury Duty

You may have time off with pay if you are summoned for jury duty. You do not have to give your earnings for serving as a juror to the Company, but a copy of the summons must be sent to Human Resources for your personnel file.

If you wish to volunteer for jury duty, you must ask your supervisor for an unpaid leave of absence.

### Court Appearances

If you receive a valid subpoena requiring your appearance in court **(or for a deposition)**, you will be excused from work with pay.

### Military Leave

If you are absent from the office for annual reserve training, you are given a military leave in addition to your PTO days. Human Resources must have a copy of your orders and pay stubs. The period covered can be no more than two weeks (ten working days). If these guidelines are inconsistent with applicable state law, the state law will be followed.

### Emergency/Bereavement Leave

You may receive paid emergency/bereavement leave for the following emergencies:

#### Death in your immediate family

Normally, these absences are for no more than three days. Your immediate family can include your spouse, domestic partner, child, parent, brother, sister, corresponding in-laws, grandchild, grandparents, or any member of your household.

Time off for the death of other relatives or friends is limited to the day of the funeral and is at the discretion of your branch manager or Human Resources.

#### Other emergencies

You may be granted up to five consecutive work days off for sudden emergencies or natural disasters. These might include sudden, severe illness, injury or hospitalization to someone in your immediate family or serious property damage such as flood, fire, or burglary. Emergency leave may be coordinated with FMLA leave and/or PTO days to cover the entire duration of the time out.

You are paid for emergency time off only if you regularly work 20 hours or more each week. Your branch manager or Human Resources will consider the nature and circumstances of the emergency to determine whether you should be granted days off and, if so, how many.

CIC 001176

You may be asked to present appropriate documentation to substantiate your need for emergency leave. If you misrepresent the reason for your emergency leave or are unable to provide the requested documentation, you will be charged with PTO days for each day of your absence and may also be subject to disciplinary action -- including possible termination of your employment.

Revised:        **10/2000**                                          Page: 3-10-2

CIC 001177

**Working with Chubb**
**Personal Leave of Absence**

---

## Personal Leave of Absence

If you are an active employee (full-time, 75% part-time or 50% part-time) in good standing with the company and have a minimum of one year of service, you are eligible to apply for a personal unpaid leave of absence for up to four continuous weeks.

Decisions are based on:

- The reason for your request;
- Your length of service;
- Your attendance and punctuality record;
- Your work record;
- The effect the leave will have on the department's work; and
- Your department manager's recommendation.

### How and When to Apply

You must submit your written request for an unpaid leave of absence to your supervisor, manager, or Human Resources stating the reason for the request and the amount of time you need 30 days before your leave is to begin. Only one unpaid leave of absence is allowed during any 12-month period.

### Continuation of Benefits and Position

All your ChubbChoice coverages continue while you are on an unpaid leave of absence as long as you prepay your share of the cost before your leave begins.

Your salary review period will be prorated or extended by the amount of time you are on leave.

You will continue to accrue time toward CCAP, ESOP, and pension while you are on a personal leave of absence without pay. PTO days are not earned during periods of absence which exceed four continuous weeks. In general, the company will attempt to hold your job open during your leave or to place you in a similar position when you return to work.

Revised:        **10/2000**                                          Page: 3-10-3

CIC 001178

**Working with Chubb**
**Break in Service**

## Break In Service

If you leave the company and are rehired within 90 days, the wage continuation, PTO and benefits you had at the time you left will be reinstated. You do not have to return to your previous job for this break in service rule to apply.

If you leave Chubb and are rehired after 90 days, you are a rehire but the new hire guidelines will be applied.

The specific rules that apply based on your own circumstances can vary.  **Contact HR Shared Services** for information about how your break in service will affect your participation and vesting in the CCAP, ESOP, and Pension plans.

Revised:        **10/2000**                                    Page: 3-10-4

CIC 001179

**Working with Chubb**
**Marriage Leave**

## Marriage Leave

If you are entitled to 23 PTO days or less you may be considered for leave without pay for one additional week to be taken at the time of your wedding.

Chubb offers a variety of tools to assist you in balancing your work and personal responsibilities. Human Resources can answer any questions you may have about these policies and services.

Revised:        **10/2000**                              Page: 3-11-1

**Working with Chubb**
**Maternity Leave**

## Maternity Leave

Chubb time off is governed by federal and state laws as well as Company policy. Medical time off during a pregnancy may qualify under the FMLA, provided acceptable medical documentation is submitted to HR Shared Services.

The pregnant employee should schedule pre-natal appointments outside of work time whenever possible. Medical absence/wage continuation, PTO time, or unpaid time will be applied for each absence.

During advanced stages of pregnancy, an employee may require time off for the duration of *her* own disability. Acceptable medical documentation must be submitted. When it has been determined that the employee is no longer disabled (generally 6 weeks after normal delivery), the employee may then opt for *up* to 12 weeks of continual or intermittent, unpaid Chubb parental leave if the employee has worked for Chubb for one year or more. This leave is not to be confused with FMLA time off. The unpaid Chubb parental leave is a Chubb practice and granted at the discretion of the employee's manager. The request for parental leave must be put in writing and submitted 30 days prior to the beginning of the leave or as soon as possible to minimize a negative impact on the business need. Benefits requiring employee contributions are to be pre-paid at the start of the leave. PTO time may be substituted during the parental leave, but may not be "stacked" on top of parental leave.

Under Chubb practice, new fathers may also receive up to 12 weeks of continuous or intermittent parental leave at the discretion of the employee's manager.

Chubb may provide flexible work arrangements in order to accommodate business and personal needs. However, certain arrangements such as work at home are NOT a substitute for appropriate child care arrangements.

Work at home is not permitted during the disability phase of absence in accordance with certain state laws and Chubb policy.

Revised:        **10/2000**                                        Page: 3-11-2

CIC 001181

**Working with Chubb**
**Family Leave**

---

## Family Leave

If you are an active employee (full-time, 75% Part-time, 50% Part-time and 25% Part-time) and have a minimum of 12 months of service, you are eligible for an unpaid family leave of absence of up to 12 weeks in order to care for:

- Your newborn child (less than 12 months old);
- Your newly-adopted child or newly-placed foster child (within 12 months of adoption or placement);
- Your child, parent, spouse/domestic partner, or any other family member living with you who has a serious health condition.

A "serious health condition" is defined as (a) an illness, injury, impairment, or physical or mental condition that involves inpatient care in a hospital, hospice, or residential medical care facility, or (b) continuing treatment by a health care provider. Medical documentation will be requested from you by **HR Shared Services**. If you are taking a leave for the birth, adoption, or foster placement of a child, your leave may be taken intermittently or on a reduced leave schedule only with the prior approval of your manager and Human Resources.

If you are taking a leave to care for a child, parent, spouse/domestic partner, or any other family member living with you who has a serious health condition, your leave may be taken intermittently or on a reduced leave schedule if such a schedule is needed for medical reasons.

If your need for a leave is foreseeable based on an expected birth, adoption, foster placement, or planned medical treatment, you must submit your notice in writing 30 days in advance of the day you plan to begin your leave. All other notices must be submitted in writing as soon as the need is determined. You must complete a "Request for Family and/or FMLA Leave", Form 22-10-0550 available from your Human Resources Department.

Up to 12 weeks of family leave may be granted in any 12-month period. When you return from leave, the company will restore you to your job or place you in an equivalent position.

During an unpaid family leave, all your ChubbChoice benefits remain in force as long as you prepay your contributions for the duration of the leave by money order or personal check before the leave begins. If prepayment is not made, insurance coverage will cease. Your Chubb Capital Accumulation Plan (CCAP) and Employee Stock Ownership Plan (ESOP) accounts remain active. You continue to accrue pension service and vesting credit under all three plans (CCAP, ESOP, and pension). If you are participating in a Stock Purchase Plan, your payroll deductions will be adjusted upon your return to work.

Your salary review period will be prorated or extended by the amount of time of your family leave. Under our attendance guidelines your leave is counted as excused absence days. PTO days are not earned during periods of absence which exceed four continuous weeks.

If these guidelines are inconsistent with any provision of any applicable state or local law, the law or provision of law that provides greater family or medical leave rights will be followed.

Revised:     **10/2000**                                                     Page: 3-11-3

**Working with Chubb**
**Family and Medical Leave Act of 1993 (FMLA)**

---

## Family and Medical Leave Act of 1993 (FMLA)

### The Leave Policy

You are eligible to take up to 12 weeks of unpaid FMLA leave within any "12 month period" and be restored to the same or an equivalent position upon your return from leave provided that you have worked for Chubb for at least 12 months, *and* for at least 1250 hours in the last 12 months. The "12 month period" is calculated by measuring forward from the date of your first day of FMLA leave.

### Reasons for FMLA Leave

You may take FMLA leave in order to care for:

- Your newborn child (less than 12 months old)
- Your newly-adopted child or newly-placed foster child (within 12 months of adoption or placement)
- Your spouse, child, or parent with a serious health condition; or
- Because of your own serious health condition which renders you unable to perform the functions of your position.

### Notice of Leave

If your need for a leave is foreseeable based on an expected birth, adoption, foster placement, or planned medical treatment, you must submit your notice in writing 30 days in advance of the day you plan to begin your leave. All other notices must be submitted in writing as soon as the need is determined. Failure to provide such notice may be grounds for delay of leave. You must complete a "Request For Family and/or FMLA Leave", Form #22-10-0550 available from **HR Shared Services** for all FMLA or Family leaves.

### Medical Certification

If you are requesting leave because of your own or a covered family member's serious health condition, you and the relevant health care provider must supply appropriate medical certification. You may obtain the appropriate medical certification forms from your Human Resources Department. For your own serious health condition, use form #22-10-0189. For a covered family member's serious health condition, use form #22-10-0551. Medical certification will be required within **30** days after you request leave. If you fail to provide the requested medical certification, your leave may be denied until it is provided. Under certain circumstances, Chubb may require subsequent medical recertification or additional medical opinions on a reasonable basis.

### Substitute for FMLA Leave

PTO days may be substituted for unpaid leave at either your discretion or the discretion of the company.

The following will automatically be substituted for FMLA leave and count against your total FMLA leave entitlement:

- Family Leave;
- Disability Leave for which you are eligible including wage continuation, short and long-term disability, and or workers' compensation as a result of your own serious health condition that satisfies FMLA leave requirements.

**Medical And Other Benefits**

During an approved FMLA leave, Chubb will maintain your benefits as though you continued to be actively employed.

- If paid leave is substituted for unpaid family/medical leave, the Company will deduct your portion of the health plan premium as a regular payroll deduction.
- If your leave is unpaid you must either prepay your contributions for the duration of the leave by personal check or money order before the leave begins or work out a payment schedule with Human Resources.
- Your Chubb Capital Accumulation Plan (CCAP) and Employee Stock Ownership Plan (ESOP) accounts remain active.
- You continue to accrue pension service and vesting credit under all three plans (CCAP, ESOP, and pension).
- PTO days are not earned during periods of absence which exceed four continuous weeks.
- If you are participating in a Stock Purchase Plan, your payroll deductions will be adjusted upon your return to work.
- Should you become disabled while on an unpaid leave of absence, you may be eligible for wage continuation, and short and long-term disability, pending approval of medical documentation.

**Salary Increases**

Your salary review period will either be prorated or extended by the amount of time of your FMLA leave.

**Intermittent and Reduced Schedule Leave**

FMLA leave because of **your** serious health condition may be taken intermittently or on a reduced leave schedule if medically necessary. If leave is unpaid, Chubb will reduce your salary based on the amount of time actually worked. In addition, while you are on an intermittent or reduced schedule leave, Chubb may temporarily transfer you to an alternative position which has equivalent pay and benefits to better accommodate your recurring leave if necessary.

**Returning From Leave**

When you take leave because of your own serious health condition, you are required to provide medical certification that you are fit to return to work. Employees failing to provide such documentation will not be permitted to resume work and will continue on an unpaid status until it is provided.

**State and Local Laws**

If your leave qualifies for both FMLA leave and leave under local state law, the leave counts against your entitlement under both laws. If the two laws conflict, the more generous law applies.

If you are a California employee and are disabled by pregnancy, childbirth or related medical conditions, you are eligible to take a pregnancy disability leave (PDL) and you may also be eligible to transfer to a less strenuous or hazardous position or duties, if this transfer is medically advisable. For more details, **contact HR Shared Services**.

Revised:        **10/2000**                                              Page: 3-11-4

**Working with Chubb**
**Flexible Work Arrangements**

## Flexible Work Arrangements

Chubb believes that maintaining a flexible workplace is an important factor in attracting and retaining employees worldwide. Our goals are twofold: to help employees balance work responsibilities while maintaining the highest standards of service and productivity; and to ensure that decisions made about flexible work options are guided by business needs and priorities.

It is the employee's responsibility to make a request for a flexible work arrangement and the manager's responsibility to assess the request against the goals and requirements of the branch, department or work unit and to make decisions that are practical. Flexible work options are not a benefit, accommodation or entitlement. Given the variety of circumstances affecting the appropriateness of a flexible work arrangement for both Chubb and the employee, each request will be treated separately and no arrangement can be relied upon as a precedent for another.

For more information, or to request a flexible work schedule and review best practices, refer to Chubb's Flexible Work Option Guidelines **in the Employee Connection website in ChubbNet.**

Revised:        **10/2000**                                          Page: 3-11-5

CIC 001185