# FREKING & BETZ
*Attorneys At Law*

| | | |
|---|---|---|
| RANDOLPH H. FREKING* <br> SHEILA M. SMITH <br> MARK W. NAPIER* <br> CAROL S. WOOD <br> MARSHA CALLOWAY-CAMPBELL <br> CARRIE ATKINS BARRON** <br> KELLY MULLOY MYERS* <br> MEGAN E. CLARK <br> GEORGE M. REUL, JR. <br> REBECCA N. ALGENIO | 215 EAST NINTH STREET <br> FIFTH FLOOR <br> CINCINNATI, OHIO 45202 <br><br> TELEPHONE: 513-721-1975 <br> FACSIMILE: 513-651-2570 <br><br> www.frekingandbetz.com <br> RFreking@frekingandbetz.com | 50 EAST RIVERCENTER BOULEVARD <br> SUITE 400 <br> COVINGTON, KENTUCKY 41011 <br><br> TELEPHONE: 859-292-2510 <br> FACSIMILE: 513-651-2570 <br><br> *Also Admitted in Kentucky <br> **Also Admitted in Indiana and Illinois |

November 20, 2001

**VIA FACSIMILE ONLY**
651-6981

David Croall, Esq.
Frost Brown Todd
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182

    Re:    Doug Baillie/Chubb & Son

Dear Dave:

    I received your telephone message yesterday indicating that you have been contacted by Chubb. Frankly, I had just printed out the final version of the Complaint with the intent on filing it today since I had not heard from Chubb.

    Please call me as soon as possible so that we can set up a meeting to discuss the matter, if your client is willing to discuss the matter at all.

Sincerely,

Randolph H. Freking

RHF/klp

cc:    Mr. Doug Baillie

EXHIBIT 43