UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS W. BAILLE | : | Case No. C-1-02-062 |
| | : | J. Spiegel |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| | : | |
| CHUBB & SON INSURANCE | : | **PLAINTIFF'S UNOPPOSED MOTION** |
| | : | **FOR EXTENSION OF THE FILING** |
| | : | **DEADLINE FOR PLAINTIFF'S** |
| Defendant. | : | **MEMORANDUM IN OPPOSITION TO** |
| | : | **DEFENDANT'S MOTION FOR** |
| | : | **SUMMARY JUDGMENT** |

Comes now Plaintiff Doug Baillie, by and through counsel, and moves this Court to extend the filing deadline for Plaintiff's Memorandum in Opposition to Summary Judgment. Specifically, the Plaintiff seek an extension from the current deadline of October 9, 2003 to October 23, 2003. This is the first request for such an extension of time and is posed to permit Plaintiff to adequately respond to the numerous legal issues posed in support of summary judgment. Counsel for Defendant has been contacted and has indicated that he has no objection to the requested extension.

Respectfully submitted,

    /s/Randoph H. Freking
Randolph H. Freking (0009158)
Mark W. Napier (0019700)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH  45202
(513) 721-1975
randy@frekingandbetz.com
Mnapier@frekingandbetz.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 7, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

                                                   /s/ Randolph H. Freking