AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Douglas W. Baillie,

                  Case Number:   1:02-cv-00062

      V.

Chubb & Son Insurance,                  Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME<br>DECEMBER 2, 2003 at 10:00 AM |

SPECIAL INSTRUCTIONS:

                                  KENNETH J. MURPHY, CLERK

                                  s/Kevin Moser\
                                  Kevin Moser\
                                  Case Manager\
                                  (513) 564-7620

cc: Randolph Freking, Esq.     Mark Napier, Esq.     David Croall, Esq.     David Montgomery, Esq.
    Mark Chumley, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                              www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.