# 360º FEEDBACK
# 1999 AND 2000

|  | 1999 | 2000 |
|---|---|---|
| Leadership | 8.5 | 8.4 |
| Skills | 8.6 | 8.1 |
| Client Communication | 8.3 | 8.5 |
| Public Relations Skills | 8.8 | 8.8 |
| Confrontation | 8.0 | 8.0 |
| Delegation | 8.1 | 8.3 |
| Management | 8.3 | 8.4 |
| Staff Development | 8.3 | 8.4 |
| Internal communication | 8.3 | 8.1 |
| Teamwork | 8.8 | 8.8 |
| Business Acumen | 8.4 | 8.7 |
| Total | 8.4 | 8.4 |



PLAINTIFF'S
EXHIBIT
tabbies
*A*

000464

# MEMORANDUM

TO:  Branch

FROM:  Doug Baillie

DATE:  October 11, 2000

RE:  360° Feedback

---

It has been two years since I arrived in Cincinnati.  I would appreciate your input on my performance.  Please rate me on a scale of 1 to 10 on the below categories.  I will use this to help modify my performance and compare on a year to year basis to see what my progress is.  This will be totally anonymous.  Simply write the score 1 through 10 with 10 being the highest on this memo.  Thank you in advance for your feedback.

Leadership

Skills

Client Communication

Public Relations Skills

Confrontation

Delegation

Management

Staff Development

Internal Communication

Teamwork

Business Acumen

Comments: (Optional) _____

_____

_____

_____

2000
360° (Backup) Feedback

000465

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: October 11, 2000

RE: 360° Feedback

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 10 | Management | 9 |
| Skills | 8 | Staff Development | 9 |
| Client Communication | 9 | Internal Communication | 9 |
| Public Relations Skills | 9 | Teamwork | 9 |
| Confrontation | 7 | Business Acumen | 8 |
| Delegation | 9 | | |

Comments: (Optional)

- good proactive + strategic leadership
- Excellent balance in branch recognition of contributions to results

000466

- great job of keeping a positive message/culture even though profit is negative

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: October 11, 2000

RE: 360° Feedback

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 9 | Management | 10 |
| Skills | 8 | Staff Development | 9 |
| Client Communication | 8 | Internal Communication | 10 |
| Public Relations Skills | 9 | Teamwork | 10 |
| Confrontation | 9 | Business Acumen | 10 |
| Delegation | 7 | | |

Comments: (Optional) _You do a great job talking to the staff throughout the office._

000467

# MEMORANDUM

**TO:** Branch

**FROM:** Doug Baillie

**DATE:** October 11, 2000

**RE:** 360° Feedback

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 10 | Management | 10 |
| Skills | 10 | Staff Development | 10 |
| Client Communication | 9 | Internal Communication | 10 |
| Public Relations Skills | 10 | Teamwork | 10 |
| Confrontation | 9 | Business Acumen | 10 |
| Delegation | 10 | | |

Comments: (Optional) *Doug, I appreciate the way to take an interest in each person and what they are dealing with. Thank you for taking the time to touch base with us.*

*— GOOD JOB —*

000403

# MEMORANDUM

**TO:** Branch

**FROM:** Doug Baillie

**DATE:** October 11, 2000

**RE:** 360° Feedback

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 9 | Management | 9 |
| Skills | 8 | Staff Development | 9 |
| Client Communication | 10 | Internal Communication | 8 |
| Public Relations Skills | 10 | Teamwork | 9 |
| Confrontation | 9 | Business Acumen | 9 |
| Delegation | 9 | | |

Comments: (Optional) IT HAS BEEN A PLEASURE working in the Cincinnati office and FOR YOU. KEEP up the GREAT WORK.

*[signature]*

000469

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: October 11, 2000

RE: 360° Feedback

---

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 8 | Management | 7 |
| Skills | 8 | Staff Development | 8 |
| Client Communication | 9 | Internal Communication | 9 |
| Public Relations Skills | 9 | Teamwork | 8 |
| Confrontation | 8 | Business Acumen | 10 |
| Delegation | 8 | | |

Comments: (Optional) _Leadership and skills are strong. If possible, would like to see more females and minorities in leadership positions within the branch._

---

000470

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: October 11, 2000

RE: 360° Feedback

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 10 | Management | 9 |
| Skills | 8 | * Staff Development | 5 |
| Client Communication | 8 | Internal Communication | 9 |
| Public Relations Skills | 9 | Teamwork | 10 |
| Confrontation | 7 | Business Acumen | 10 |
| Delegation | 9 | | |

Comments: (Optional) Needs Improvement in developing CSR's.

000471

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: October 11, 2000

RE: 360° Feedback

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 8 | Management | 8 |
| Skills | 8 | Staff Development | 8 |
| Client Communication | 8 | Internal Communication | 7 |
| Public Relations Skills | 8 | Teamwork | 8 |
| Confrontation | | Business Acumen | 8 |
| Delegation | 8 | | |

Comments: (Optional)

000472

# MEMORANDUM

TO:  Branch

FROM:  Doug Baillie

DATE:  October 11, 2000

RE:  360° Feedback

It has been two years since I arrived in Cincinnati.  I would appreciate your input on my performance.  Please rate me on a scale of 1 to 10 on the below categories.  I will use this to help modify my performance and compare on a year to year basis to see what my progress is.  This will be totally anonymous.  Simply write the score 1 through 10 with 10 being the highest on this memo.  Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 8 | Management | 6 |
| Skills | 7 | Staff Development | 9 |
| Client Communication | 7 | Internal Communication | 8 |
| Public Relations Skills | 8 | Teamwork | 6 |
| Confrontation | 8 | Business Acumen | 9 |
| Delegation | 8 | | |

Comments: (Optional)

000473

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: October 11, 2000

RE: 360° Feedback

---

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 9 | Management | 9 |
| Skills | 9 | Staff Development | 8 |
| Client Communication | 9 | Internal Communication | 8 |
| Public Relations Skills | 10 | Teamwork | 9 |
| Confrontation | 9 | Business Acumen | 9 |
| Delegation | 9 | | |

Comments: (Optional)

000474

# MEMORANDUM

TO:   Branch

FROM:   Doug Baillie

DATE:   October 11, 2000

RE:   360° Feedback

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 8 | Management | 8 |
| Skills | 8 | Staff Development | 8 |
| Client Communication | 8 | Internal Communication | 8 |
| Public Relations Skills | 8 | Teamwork | 8 |
| Confrontation | 8 | Business Acumen | 8 |
| Delegation | 8 | | |

Comments: (Optional)

000475

# MEMORANDUM

TO:   Branch

FROM:   Doug Baillie

DATE:   October 11, 2000

RE:   360° Feedback

It has been two years since I arrived in Cincinnati.  I would appreciate your input on my performance.  Please rate me on a scale of 1 to 10 on the below categories.  I will use this to help modify my performance and compare on a year to year basis to see what my progress is.  This will be totally anonymous.  Simply write the score 1 through 10 with 10 being the highest on this memo.  Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 9 | Management | 9 |
| Skills | 8 | Staff Development | 8 |
| Client Communication | 9 | Internal Communication | 8 |
| Public Relations Skills | 9 | Teamwork | 9 |
| Confrontation | 9 | Business Acumen | 8 |
| Delegation | 9 | | |

Comments: (Optional)

000476

# MEMORANDUM

TO:  Branch

FROM:  Doug Baillie

DATE:  October 11, 2000

RE:  360° Feedback

---

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| Leadership | ___ | Management | ___ |
| Skills | ___ | Staff Development | ___ |
| Client Communication | ___ | Internal Communication | ___ |
| Public Relations Skills | ___ | Teamwork | ___ |
| Confrontation | ___ | Business Acumen | ___ |
| Delegation | ___ | | |

Comments: (Optional) _____

_____

_____

_____

000477

# MEMORANDUM

**TO:**  Branch

**FROM:**  Doug Baillie

**DATE:**  October 11, 2000

**RE:**  360° Feedback

---

It has been two years since I arrived in Cincinnati.  I would appreciate your input on my performance.  Please rate me on a scale of 1 to 10 on the below categories.  I will use this to help modify my performance and compare on a year to year basis to see what my progress is.  This will be totally anonymous.  Simply write the score 1 through 10 with 10 being the highest on this memo.  Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 8 | Management | 7 |
| Skills | 8 | Staff Development | 7 |
| Client Communication | 8 | Internal Communication | 7 |
| Public Relations Skills | 9 | Teamwork | 8 |
| Confrontation | 9 | Business Acumen | 8 |
| Delegation | 8 | | |

Comments: (Optional)

_____

_____

_____

000478

# MEMORANDUM

TO:  Branch

FROM:  Doug Baillie

DATE:  October 11, 2000

RE:  360° Feedback

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

Leadership ___7___          Management ___7___

Skills ___8___          Staff Development ___8___

Client Communication ___7___          Internal Communication ___7___

Public Relations Skills ___8___          Teamwork ___8___

Confrontation ___7___          Business Acumen ___7___

Delegation ___8___

Comments: (Optional)_____

_____

_____

_____

000479

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: October 11, 2000

RE: 360° Feedback

---

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 8 | Management | 7 |
| Skills | _____ | Staff Development | _____ |
| Client Communication | 8 | Internal Communication | 6 |
| Public Relations Skills | 8 | Teamwork | _____ |
| Confrontation | _____ | Business Acumen | _____ |
| Delegation | _____ | | |

Comments: (Optional) _____

_____

_____

_____

000480

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: October 11, 2000

RE: 360° Feedback

---

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 9 | Management | 9 |
| Skills | 10 | Staff Development | 9 |
| Client Communication | | Internal Communication | 8 |
| Public Relations Skills | 8 | Teamwork | 10 |
| Confrontation | 8 | Business Acumen | 9 |
| Delegation | | | |

Comments: (Optional)

000481

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: October 11, 2000

RE: 360° Feedback

---

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 9 | Management | 9 |
| Skills | 9 | Staff Development | 10 |
| Client Communication | 8 | Internal Communication | 8 |
| Public Relations Skills | 8 | Teamwork | 8 |
| Confrontation | 7 | Business Acumen | 8 |
| Delegation | 7 | | |

Comments: (●ptional)

000482

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: October 11, 2000

RE: 360° Feedback

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

Leadership ___10___         Management ___10___

Skills ___10___              Staff Development ___10___

Client Communication ___10___    Internal Communication ___10___

Public Relations Skills ___10___   Teamwork ___10___

Confrontation ___10___       Business Acumen ___10___

Delegation ___10___

Comments: (Optional)_____

_____

_____

_____

000483

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: October 11, 2000

RE: 360° Feedback

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 8 | Management | 8 |
| Skills | 9 | Staff Development | 8 |
| Client Communication | 9 | Internal Communication | 7 |
| Public Relations Skills | 8 | Teamwork | 8 |
| Confrontation | 9 | Business Acumen | 6 |
| Delegation | 9 | | |

Comments: (Optional)

000484

# MEMORANDUM

TO:   Branch

FROM:   Doug Baillie

DATE:   October 11, 2000

RE:   360° Feedback

It has been two years since I arrived in Cincinnati.  I would appreciate your input on my performance.  Please rate me on a scale of 1 to 10 on the below categories.  I will use this to help modify my performance and compare on a year to year basis to see what my progress is.  This will be totally anonymous.  Simply write the score 1 through 10 with 10 being the highest on this memo.  Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 9 | Management | 8 |
| Skills | 8 | Staff Development | 9 |
| Client Communication | 8 | Internal Communication | 8 |
| Public Relations Skills | 8 | Teamwork | 8 |
| Confrontation | 8 | Business Acumen | 8 |
| Delegation | 8 | | |

Comments: (Optional)_____

_____

_____

_____

000485

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: October 11, 2000

RE: 360° Feedback

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 9 | Management | 9 |
| Skills | 9 | Staff Development | 9 |
| Client Communication | 8 | Internal Communication | 8 |
| Public Relations Skills | 9 | Teamwork | 8 |
| Confrontation | 8 | Business Acumen | 9 |
| Delegation | 7 | | |

Comments: (Optional)

000486

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: October 11, 2000

RE: 360° Feedback

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 9 | Management | 9 |
| Skills | 8 | Staff Development | 10 |
| Client Communication | 9 | Internal Communication | 9 |
| Public Relations Skills | 10 | Teamwork | 9 |
| Confrontation | ? | Business Acumen | 10 |
| Delegation | 9 | | |

Comments: (Optional)

000487

# MEMORANDUM

TO:  Branch

FROM:  Doug Baillie

DATE:  October 11, 2000

RE:  360° Feedback

---

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 3 | Management | 5 |
| Skills | 5 | Staff Development | 8 |
| Client Communication | 5 | Internal Communication | 5 |
| Public Relations Skills | 5 | Teamwork | 5 |
| Confrontation | 2 | Business Acumen | 5 |
| Delegation | 7 | | |

Comments: (Optional)

000488

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: October 11, 2000

RE: 360° Feedback

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 5 | Management | 6 |
| Skills | 5 | Staff Development | 4 |
| Client Communication | 8 | Internal Communication | 3 |
| Public Relations Skills | 7 | Teamwork | 5 |
| Confrontation | 6 | Business Acumen | |
| Delegation | 8 | | |

Comments: (Optional)

000489

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: October 11, 2000

RE: 360° Feedback

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 8 | Management | 8 |
| Skills | 8 | Staff Development | 9 |
| Client Communication | 10 | Internal Communication | 7 |
| Public Relations Skills | 10 | Teamwork | 8 |
| Confrontation | 8 | Business Acumen | 10 |
| Delegation | 6 | | |

Comments: (Optional)

000490

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: October 11, 2000

RE: 360° Feedback

It has been two years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. Thank you in advance for your feedback.

Leadership _____    Management _____

Skills _____    Staff Development _____

Client Communication _____    Internal Communication _____

Public Relations Skills _____    Teamwork _____

Confrontation _____    Business Acumen _____

Delegation _____

Comments: (Optional)_____

_____

_____

_____

000491

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: July 12, 2001

RE: 360° Feedback

---

It has been three years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. I would very much like to hear your specific comments on how I am doing and any suggestions. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 6 | Management | 7 |
| Skills | ? | Staff Development | 7 |
| Client Communication | 9 | Internal Communication | 7 |
| Public Relations Skills | 9 | Teamwork | 9 |
| Confrontation | 9 | Business Acumen | 8 |
| Delegation | 8 | | |

Comments: (Optional) _Improved visability in branch is being noticed. I would like to see you expand your lunch schedule (non-Agent/client) to include branch staff of all levels to provide coaching, feedback and gain insight into job frustrations. Your leadership skills are improving!_

000492

# MEMORANDUM

TO:  Branch

FROM:  Doug Baillie

DATE:  July 12, 2001

RE:  360° Feedback

---

It has been three years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. I would very much like to hear your specific comments on how I am doing and any suggestions. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 10 | Management | 10 |
| Skills | 9 | Staff Development | 10 |
| Client Communication | 10 | Internal Communication | 10 |
| Public Relations Skills | 9 | Teamwork | 10 |
| Confrontation | 7 | Business Acumen | 10 |
| Delegation | 10 | | |

Comments: (Optional) _Agency management could improve by demanding more or asking more from them. (Less Chubb nice with Agents)_

000493

# MEMORANDUM

TO:  Branch

FROM:  Doug Baillie

DATE:  July 12, 2001

RE:  360° Feedback

It has been three years since I arrived in Cincinnati.  I would appreciate your input on my performance.  Please rate me on a scale of 1 to 10 on the below categories.  I will use this to help modify my performance and compare on a year to year basis to see what my progress is.  This will be totally anonymous.  Simply write the score 1 through 10 with 10 being the highest on this memo.  I would very much like to hear your specific comments on how I am doing and any suggestions.  Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 9 | Management | 10 |
| Skills | 9 | Staff Development | 9 |
| Client Communication | 9 | Internal Communication | 9 |
| Public Relations Skills | 10 | Teamwork | 9 |
| Confrontation | 7 | Business Acumen | 10 |
| Delegation | 8 | | |

Comments: (Optional) I THINK YOU DO A GOOD JOB OF IDENTIFYING THE PLAN, WHERE WE ARE AND WHERE WE NEED TO GO — I APPRECIATE THAT YOU ALWAYS MENTION WHAT WE ARE DOING RIGHT — EVEN IF WE ARE FALLING SHORT — POSITIVE FEEDBACK IS SO MUCH MORE ENCOURAGING THAN NEGATIVE —

THANKS —

000494

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: July 12, 2001

RE: 360° Feedback

It has been three years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. I would very much like to hear your specific comments on how I am doing and any suggestions. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 7 | Management | 8 |
| Skills | 7 | Staff Development | 9 |
| Client Communication | 9 | Internal Communication | 8 |
| Public Relations Skills | 9 | Teamwork | 7 |
| Confrontation | 6 | Business Acumen | 7 |
| Delegation | 8 | | |

Comments: (Optional)

000495

# MEMORANDUM

TO: Branch

FROM: Doug Baillie

DATE: July 12, 2001

RE: 360° Feedback

It has been three years since I arrived in Cincinnati. I would appreciate your input on my performance. Please rate me on a scale of 1 to 10 on the below categories. I will use this to help modify my performance and compare on a year to year basis to see what my progress is. This will be totally anonymous. Simply write the score 1 through 10 with 10 being the highest on this memo. I would very much like to hear your specific comments on how I am doing and any suggestions. Thank you in advance for your feedback.

| | | | |
|---|---|---|---|
| Leadership | 10 | Management | 9 |
| Skills | 10 | Staff Development | 7 |
| Client Communication | 9 | Internal Communication | 9 |
| Public Relations Skills | 10 | Teamwork | 9 |
| Confrontation | 8 | Business Acumen | 9 |
| Delegation | 8 | | |

Comments: (Optional)

000496