## 2001 BALANCED SCORECARD - RICK MAUK/DES MOINES

| Weighting | Performance Area | Measurement | Threshold | Target | Superior |
|---|---|---|---|---|---|
| Financial 75% | Profit | CCI Profit (Calendar Year) | 120 X-Cat | 117 X-Cat | 114 X-Cat |
| | | Accident Year | 5 pts higher than CCI U.S. Results | CCI U.S Results | Out perform CCI vs. Results |
| | | Growth | Positive | 5% | 7% |
| | | Rate/Exp | 12.10% | 13.90% | 15.00% |
| | | Retention | 73% | 77% | 81% |
| | | CCI Profit | 98% Combined X-Cat | 95% X-Cat | 92% X-Cat |
| | | Growth | 6.00% | 8.10% | 10.00% |
| | | Price Rate | 6.00% | 8.10% | 10.00% |
| | | Retention | 85% | 90% | 92% |
| | | CPI Profit | 98% Combined X-Cat | 96% | 94% |
| | | Growth | 14% | 18% | 20% |
| | | Mix of Business % in CSI & CPI | 51 | 53 | 55 |
| | | Expense Results - Controllable Components (Overrides included in KCO) | 5% | Budget | -5% |
| Internal 10% | Audit Service | Audit Results | C | B | A |
| | | Policy Issuance Results | 2000 Result | U.S. Target | Exceeds U.S. Target |
| External 10% | Customer Relations | Maintain visibility with key Insureds | Below Average | Average | Above Average |
| | | MVI Results | 75% of Plan | 85% | 95% |
| | | New Appointments | 1 | 2 | 3 |
| People 5% | Talent Management | Retain Top Performers | <70% | 80% | 85% |
| | | Developmental Plan/All Reports | 70% | 80% | 90% |
| | | Continue Coaching/Leading All Practice Leaders | 50% | 75% | 100% |

**CONFIDENTIAL**

Name: Richard D Mauk        Date: 03/17/2000 02:13:56 PM
N

End Employee Comments Section
    Name:                  Date:
    Name:                  Date:
    Name:                  Date:
    Name:                  Date:
Name:       Date:
    Name:                  Date:
Y

End Human Resources Comments Section

---

Author:   Timothy J Szerlong       Composed:  02/29/2000
Last Editor:           Richard D Mauk Last Modified:   03/17/2000

----- Forwarded by James P Ekdahl/ChubbMail on 03/18/03 02:46 PM -----
(Embedded image moved to file: pic15573.pcx) Competency Assessment PA001
Contact Shared Services at 1-888-500-5999 if you need assistance completing this form.

Employee Information
Name:    Richard D Mauk          Date: 01/24/2001
Branch:   Des Moines
Pay Band:  6      Job Title:    Branch Manager
Employee Updated Date: 02/09/2001

---

Results Orientation    Job Rating:   5     Employee Rating:   4

Results Orientation    Job Rating:   5     Employee Rating:   4

Achieves results through accurate and timely decision-making according to established standards and/or change processes that ensures Chubb's reputation as a quality, service oriented and value-added organization.

Comments:    Very results focussed.  Has posted consistent production component results.  Still needs to produce a consistent record of profit on the book.

Customer Focus       Job Rating:   5     Employee Rating:   4

Customer Focus       Job Rating:   5     Employee Rating:   4

Delivers quality products in a timely manner, meeting or exceeding expectations.

CONFIDENTIAL

CIC002603

Comments:  I feel our branch does a very good job in educating and providing our customers with a broad array of products and services. We deliver them for the most part in a timely manner.
Very engaged in the market. Has established very strong relationships in the territory with both producers and customers. Has shaped Chubb's reputation in Des Moines.

| | | | |
|---|---|---|---|
| Teamwork | Job Rating: 5 | Employee Rating: | 3 full proficiency |
| Teamwork | Job Rating: 5 | Employee Rating: | 3 full proficiency |

Works effectively with others to help create an open and supportive environment. Capitalizes on collaboration and diversity of thought to achieve Chubb's goals.

Comments:  I try to work within the structure of the organization to get the support necessary for the branch to achieve its goals. Sometimes misunderstood in championing a position (can leave an impression as inflexible and argumentative). I encourage you to be more aware of managing relationships. Embrace the need to reflect an ability to balance the needs of the branch or territory with the broader needs of the organization.

| | | | |
|---|---|---|---|
| Leadership | Job Rating: 5 | Employee Rating: | 2.5 |
| Leadership | Job Rating: 5 | Employee Rating: | 2.5 |

Influences others to positively contribute to and support vision, values, diversity initiatives, and business strategies of Chubb.

Comments:  Overall I think the Des Moines Branch results as well as the staff are respected within the organization. I feel proud of the staff we have attracted and are developing. True, but only part of what leadership is about. Externally, market leadership is apparent. Internally, champion branch issues and people with a greater receptiveness to alternatives to your vision. Be cautious of being insular. A branch manager's bottom line orientation, can be overplayed and thus can produce an instinctive need to protect the interests of the branch can hamper its progress, and the progress of the staff. There is no question, branches like DMO have to fight harder than they should for support---don't allow that frustration to knock you off balance in driving the issues.

| | | | |
|---|---|---|---|
| Communication | Job Rating: 5 | Employee Rating: | 4 |
| Communication | Job Rating: 5 | Employee Rating: | 4 |

Creates and sustains an environment in which information flows freely in

CONFIDENTIAL

CIC002604

Development Goals:

Development Goals Attachment:

Comments:

End Measurement Section

---

Enter the overall levels of achievement for both the Business and Learning goals.

Overall Achievements:
    SUMMARY: Rick consistently produces excellent production results--as again is reflected above. Our retention of desirable business was on the high end (90%+). Our MVI results were excellent from a very high number enrolled in this territory. The Iowa Bankers program presents a unique success. Plan was exceeded in 4 major areas .
    These standout production numbers are somewhat overshadowed by an inability to achieve sustained profit in the territory. The 81% loss ratio is consistent with the five year. CIS indicators for 2000 ran on the unfavorable side of the zone average (rate, small loss ratio, and accident year loss ratio). Although often plagued by large losses, Casualty, CIS, EP, and PMM all are unprofitable on a five yr analysis. These results require an even closer evaluation and scrutiny of our underwriting going forward. We have culled the book , including the non renewal of the poultry program--there are no outstanding und. audit issues. Underwriting focus must be the first priority as the trend undermines overall the overall performance result.
    Although I acknowledge disagreement on the issue, the branch may well benefit from Rick's greater awareness of (and adjustment in) how he responds to others and builds support within Chubb. Albeit well intended, the reaction to this approach can produce avoidance by others and therefore an underutilization or engagement of resources needed to win.

Overall Performance Score:
    MA

End Rating Section

Does this Performance Review require Next Level approval?  |---------|
```
                              | (*) No |
                              | ( ) Yes |
                              |---------|
```
Does this Performance Review require Next Level approval?  No
Does this Performance Review require any additional approvers?   |---------|
```
                              | (*) No |
                              | ( ) Yes |
                              |---------|
```
Does this Performance Review require any additional approvers?   No
Please specify the number of additional approvers.    |-------|
```
                              | ( ) 1 |
                              | ( ) 2 |
                              | ( ) 3 |
                              |-------|
```
Please specify the number of additional approvers.
Press this button to assign the additional approvers for this Review.
Additional Approver 1:
Additional Approver 2:
Additional Approver 3:

CONFIDENTIAL

CIC002611

## Competency Assessment

PA001

Contact Shared Services at 1-888-500-5999 if you need assistance completing this form.

### Employee Information

Name: **Gary R Delong**  
Branch: **Cleveland**  
Pay Band: **6**   Job Title: **Manager**  
Employee Updated Date: **02/24/2003**

Date: **02/13/2003**

### Universal Competency Assessment

**Results Orientation**   Employee Rating: **5**

Achieves results through accurate and timely decision-making according to established standards and/or change processes that ensures Chubb's reputation as a quality, service oriented and value-added organization.

Comments: Consistently delivers strong results. Intense drive and solution orientation are real strengths.

**Customer Focus**   Employee Rating: **4.5 advanced proficiency**

Delivers quality products in a timely manner, meeting or exceeding expectations.

Comments: Very engaged with customers and producers. Cultivates relationships effectively. Producer loan activity in his territory is a good example of his deep involvement with producers.

**Teamwork**   Employee Rating: **3.5**

Works effectively with others to help create an open and supportive environment. Capitalizes on collaboration and diversity of thought to achieve Chubb's goals.

Comments: Gary's strong drive to get results/tackle problems sometimes compromises teamwork more than it should. This is sometimes problematic at Zone/WTO level. (Very much a team player, just needs to act with more reflection, awareness of ramifications). This approach sometimes hurts his team.

**Leadership**   Employee Rating: **4**

Influences others to positively contribute to and support vision, values, diversity initiatives, and business strategies of Chubb.

Comments: Very effective in leading his team. Perception of leadership ability is sometimes adversely affected by what appears to be his intolerance to another point of view or underperformance.

**CONFIDENTIAL**

CIC001884

**Communication**                                   Employee Rating:  3.5

Creates and sustains an environment in which information flows freely in a clear, concise and direct manner.

Comments: Very direct, effective in communications.  Be consistently conscious of delivery based on audience.

**Coaching/Developmental**                           Employee Rating:  4

Provides assistance to others through sharing expertise, providing constructive feedback and giving encouragement to help others better handle current and new tasks, develop confidence and competencies and deliver needed results.

Comments: Has some very good success stories in bringing people along (most recently - O'Mara, Tomko, Faulkner).  Has done better at giving people more space to drive their business independently - continue this approach.

CONFIDENTIAL

CIC001885

Case 1:02-cv-00062-SAS    Document 50-4    Filed 10/23/2003    Page 7 of 8



## Career Interests                                            PA010

PLEASE NOTE: THIS FORM IS FOR THE EMPLOYEE'S COMPLETION.
Contact Shared Services at 1-888-500-5999 if you need assistance completing this form.

**Employee Information**
Name:          **Gary R Delong**                    Date:  **10/14/2002**
Branch:        **Cleveland**
Department:    **Adm**
Pay Band       **6**                Job Title:    **Manager**
Employee Updated Date:              **10/21/2002**

### Career Interests

Are you interested in discussing future career options with your manager?
● **Yes I am interested in discussing future career options with my manager.**
○ **Not at this time. I'd like to continue to develop in my current position.**

If you choose "Yes", select up to three positions you have an interest in pursuing. You must select at least one position.

| Department | Job Title | Pay Band | Readiness/ |
|---|---|---|---|
| Adm - Executive/0100 | Branch Manager | 7 | Ready Now |
| Cci - Cut Cross Adm/5330 | Ho Manager | 7 | Ready Now |
| Adm - Executive/0100 | Zone Officer | 7 | Ready 2+ |

Comment on any future interests you may have.
**Comments:**
My primary interest continues to be within the Field/Branch Mgt. positions at Chubb. I feel I am currently ready to lead a larger branch/territory or multiple branches as a regional manager. My goal with this career track would to reach the Zone Officer level in the U.S., Canada or Europe. within the next 6-8 years.  I also still enjoy the underwriting component of the industry and would be interested in the Field Ops. position within one of the SBUs. My background is P&C, but with extentsive marketing and branch manager experience I have good feel for the underwriting and business issues of the PL and Specialty lines.

TJS: Gary is a very effective Branch Manager and demonstrates the skills to take on a larger field management position.  At the same time, he demonstrates a passion and a strong skill set for underwriting and would therefore be a strong candidate for a key management position within an SBU. Gary is known for pushing issues hard and this passion and pursuit of results is a great strength.  His pushback is sometimes a rub in a collaborative environment, but when directed effectively can drive great business results.  We will continue our dialogue and identification of the right next step.
Attach File:

### Approval Section

**Employee Approval**     Name:                              Date:

**CONFIDENTIAL**

CIC001874

**Chubb & Son - Administration**

# Memo

**To:** Gary DeLong

**From:** Tim Szerlong

**Date:** 09/17/01

**Re:** Skill Development/Performance Enhancement Agenda

Our discussions over recent weeks relating to your interest in advancement and specifically the Ohio Valley Regional Position leave me concerned over your grasp or understanding of your development needs. I am not suggesting that we should agree on every aspect of this assessment, however, it is critical that we achieve an understanding if you are to maximize your performance and better position yourself for the opportunities you seek.

The Branch Manager's position is among the most attractive roles at Chubb as it demands skill execution in a broad range of areas from understanding the underwriting transaction, making deals and incenting the distribution system, to managing people and influencing the organization to support specific business initiatives. In your tenure in Cleveland, you've demonstrated the ability to perform many of these areas quite well. Your sense of urgency, tenacity in driving issues, and desire for results are strengths that have been clearly evident in your execution. At the same time, your management style can discourage the appropriate amount of "pushback" from your key lieutenants, hamper the individual execution or empowerment to drive personal growth and sometimes stifles the advancement of solutions from your team. Outside the branch, you are often poorly received – appearing territorial and unbending in your willingness to embrace the other side of an argument. In these transactions, you miss the opportunity to build a level of organizational support that can prove invaluable in supporting you and your team in your business pursuits. Your passion is a strength. Your ability to channel that passion is often a weakness. Frankly, this is best demonstrated in the degree of apprehension that existed among staff in Cincinnati at the prospect of your assuming the Regional role.

I hear you in your concern about the label as one of "Batting's guys" and your concern about the lack of broader support within Chubb. I can only tell you that each business transaction presents an opportunity to earn the support within the organization and your approach often places you at a real disadvantage to seizing such an opportunity.

Gary, this memo is not written to discourage or to present a major performance shortcoming as a Branch Manager. This is not intended as documentation – only an attempt to help you with the progression you seek. You are doing a very good job in Cleveland. However, the ability to progress within the field operation structure requires that you strengthen your skills in these areas. This process will begin only when you accept that this is not the perception of a few, but a genuine need. Your improvement will be best demonstrated by how you influence your key managers to more aggressively drive issues and have a larger number of them achieve a higher standard of performance. Additionally, a more balanced approach in collaboration will quickly build a stronger constituency. I will look for evidence of this in these transactions and report back to you more frequently on your progress.

CONFIDENTIAL

CIC001864