UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS W. BAILLIE | : | Case No. C-1-02-062 |
| | : | J. Spiegel |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **AFFIDAVIT OF** |
| | : | **DORY BAILLIE** |
| CHUBB & SON INSURANCE | : | |
| | : | |
| Defendant. | : | |

State of Ohio    )
                 ) SS
County of Hamilton )

Dory Baillie, being first duly cautioned and sworn, states as follows:

1. I am the wife of the Plaintiff, Douglas W. Baillie.

2. I never stated to Diane Haggard that I had an argument with my husband, the Plaintiff Douglas W. Baillie, in Jamaica.

3. I never told Diane Haggard that my husband, the Plaintiff Douglas W. Baillie lied to Tim Szerlong.

Further Affiant Sayeth Naught.

_____
~~Douglas W.~~ Baillie
Dory

Sworn to before me and subscribed herein this 22 day of October, 2003.

_____
Notary Public

Steven A. Tice
My Commission DD019620
Expires April 22, 2005