FILED
KENNETH J. MURPHY
CLERK
03 OCT 24 AM 9:48

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS W. BAILLIE | : | Case No. C-1-02-062 |
| | : | J. Spiegel |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHUBB & SON INSURANCE | : | **NOTICE OF FILING** |
| | : | **DEPOSITION TRANSCRIPTS** |
| Defendant. | : | |

Plaintiff hereby provides notice of the filing of the following deposition transcripts in this matter:

| | |
|---|---|
| Jeffrey Bezold | Andrew Emery |
| Thomas B. Breiner | Patricia Hurley |
| David Edward Corry | John R. LaFrance |
| Gary DeLong | Michael L. Marinaro |
| James Ekdahl | Timothy James Szerlong |
| | Michael W. Whitman |

Respectfully submitted,

_____
Randolph H. Freking (0009158)
Mark W. Napier (0019700)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon David K. Montgomery, and Mark J. Chumley, Keating, Muething & Klekamp, PLL, 1400 Provident Tower, One East Fourth Street, Cincinnati, OH 45202-5117 by facsimile and regular U.S. mail this 24th day of October, 2003.

_____