# 2001 Scorecard
## Gary DeLong - Cleveland

| Performance Area | | Metric | Threshold | Target | Superior | Results | Scoring YE '01 *DN 0 MS 25 MM 50 MA 100 ES 150 CE 200 | *Wtd Score |
|---|---|---|---|---|---|---|---|---|
| Financial Weight 75% | Profit | CCI - Profit (calender yr) Accident yr (excluding UM) | 110% 5 pts higher than CCI/U.S. result | 105% CCI/U.S. result | 100% Outperform vs CCI result | 85% 13% - CIS | | |
| | | Growth | -3% | 0 | 3% | 1% | | |
| | | Price/Rate | 13.2% (Budget) | 15% | 16%+ | 16.6% | | |
| | | Retention | 70% | 73% | 76% | 75% | | |
| | | CSI - Profit | 94% | 92% | 90% | 77% | | |
| | | Growth | 2.5% | 5% | 7.5% | 11.4% EP-13.4%, DFI 14.6% | | |
| | | Price/Rate | 8% | 10% | 12% | 16.6% | | |
| | | Retention | 82% | 87% | 90% | 75% | | |
| | | CPI - Profit | 98% | 95% | 92% | 74% | | |
| | | Growth | 14% | 15.7% | 17% | 17% | | |
| | | Retention | 88% | 89% | 90% | 90.2% | | |
| | | HO | 87% | 88% | 89% | 89.9% | | |
| | | Auto | 90% | 95% | 97% | 97% | | |
| | | Signature Solutions | | | | | | |
| | | Expense Results MIS Ratio | 30.4% | 29.4% | | 28.4% | | |
| | | Controllable Components | +3% | Budget | | -3% of Plan | | |
| | | Mix of Business % in CPI & CSI | 54% | 57% | | 56.3% | | |
| Internal Process: Weight 10% | Producer Management | MVI Implementation | Needs Improvement | On Plan | Executed | 6 of 8 > Plan | | |
| | | Key Producers Plans | | In Place | In Place | 20 Plans in Place | | |
| | | New Appointments | 4 | 5 | 6 | 5 | | |
| | | Marketing Audit Results | 70 | 75 | 80 | Not Applicable | | |
| | Customer Management | Establish Account Mgt. Program - Retention | Needs Improvement | In Place | Very Good | NI | | |
| | | Increase Contact with top customers | 80% | 90% | 95% | 97% | | |
| | Service Perform. | CPR | Needs Improvement | Satisfactory | Very Good | Very Good | | |
| External Process Weight 10% | | Policy Issuance Results | 57 2000 Results | 55 U.S. Targets | 52 Exceed U.S. Targets | 51% 91% NL & Ren'l, 93% End | | |
| | Underwriting Quality | Zone/WTO Audits | C | B | A | B | | |
| | Loss Control | Increase Loss Control Marketing Efforts Implement system to create value to prospecting midsize customers | Needs Improvement Completed by 9/1 | Satisfactory Comp.by 8/1 | Very Good Completed by 7/1 | Satisfactory | | |
| People Management Weight 5% | Resources Management | Retention of Key Performers | 80% | 90% | 100% | 100% | | |
| | | Improve Branch Diviserty | 0 | +1 | +2 | +3 | | |
| | | Execution of Corp. Div. Strategy | Needs Improvement | Satisfactory | VG | VG | | |
| | Building Leaders | Complete Goals, Competancy Assessment and plans for direct reports 40+ hours of learning | 80% | 90% by 6/1 | 100% by 5/1 | 100% by 6/1 | | |
| | | | 80% | 90% | 95% | 95% | | |

158

CONFIDENTIAL

CIC001871

Exhibit S