# Competency Assessment

PA001

Contact Shared Services at 1-888-500-5999 if you need assistance completing this form.

## Employee Information

Name: **Gary R Delong**          Date: **02/13/2003**
Branch: **Cleveland**
Pay Band: **6**          Job Title: **Manager**
Employee Updated Date: **02/24/2003**

### Universal Competency Assessment

**Results Orientation**          Employee Rating: **5**

Achieves results through accurate and timely decision-making according to established standards and/or change processes that ensures Chubb's reputation as a quality, service oriented and value-added organization.

Comments: Consistently delivers strong results. Intense drive and solution orientation are real strengths.

**Customer Focus**          Employee Rating: **4.5 advanced proficiency**

Delivers quality products in a timely manner, meeting or exceeding expectations.

Comments: Very engaged with customers and producers. Cultivates relationships effectively. Producer loan activity in his territory is a good example of his deep involvement with producers.

**Teamwork**          Employee Rating: **3.5**

Works effectively with others to help create an open and supportive environment. Capitalizes on collaboration and diversity of thought to achieve Chubb's goals.

Comments: Gary's strong drive to get results/tackle problems sometimes compromises teamwork more than it should. This is sometimes problematic at Zone/WTO level. (Very much a team player, just needs to act with more reflection, awareness of ramifications). This approach sometimes hurts his team.

**Leadership**          Employee Rating: **4**

Influences others to positively contribute to and support vision, values, diversity initiatives, and business strategies of Chubb.

Comments: Very effective in leading his team. Perception of leadership ability is sometimes adversely affected by what appears to be his intolerance to another point of view or underperformance.

**CONFIDENTIAL**

CIC001884
Exhibit T

**Communication**                                      Employee Rating: **3.5**

Creates and sustains an environment in which information flows freely in a clear, concise and direct manner.

Comments: Very direct, effective in communications. Be consistently conscious of delivery based on audience.

**Coaching/Developmental**                             Employee Rating: **4**

Provides assistance to others through sharing expertise, providing constructive feedback and giving encouragement to help others better handle current and new tasks, develop confidence and competencies and deliver needed results.

Comments: Has some very good success stories in bringing people along (most recently - O'Mara, Tomko, Faulkner). Has done better at giving people more space to drive their business independently - continue this approach.

**CONFIDENTIAL**

CIC001885