## 2000 BALANCED SCORECARD - RICK MAUK/DES MOINES

| Scorecard Measure | Performance Area | Measurement | Threshold | Target | Superior | Performance Assessment |
|---|---|---|---|---|---|---|
| Financial 40% | Profitability | ⇨ Keypunch Loss Ratio Ex-Cat<br>⇨ Controllable Expenses on Budget | 60%<br>.5% | 55%<br>On Budget | 50%<br>Under budget | |
| | Growth | ⇨ Total Premium Growth<br>☐ Specialty Growth (EPP, DFI, TIG)<br>☐ PLD Growth<br>☐ MRG Growth | 7.80%<br>20%<br>16%<br>15% | 9.80%<br>25%<br>18%<br>20% | 11.80%<br>30%<br>22%<br>25% | |
| External Processes 20% | Producer Management | ⇨ MVI (Roll In/Replacement Business) | 75% | 80% | 85% | |
| | Customer Management | ⇨ Manage Community Bank Program Roll In | 85% of Plan | 90% Plan | 100% Plan | |
| | Producer Appointment | ⇨ Identification & Appointment of New Producers | 1 | 2 | 3 | |
| | Retention | ⇨ Renewal Retention X Poultry Desired Business | 75% | 85% | 90% | |
| Internal Processes 20% | Service Performance | ⇨ New Renewal Issuance<br>⇨ Endorsement Issuance<br>⇨ Premium Collections - X-Surety | 85%<br>75%<br>68 Days | 90%<br>90%<br>60 Days | 95%<br>95%<br>57 Days | |
| People Management/ Leadership 20% | Attract/Retain the Best | ⇨ Staff Retention<br>☐ MA or better retention<br>⇨ Diversify Staff to Reflect Local Diversity<br>⇨ Balance Female/at Band 4+ | 70%<br><br>Plan Develop - Candidate List<br>Plan - Identify Local Candidate | 80%<br><br>Consider Candidates for Openings<br>Consider Candidates for Position | 90%<br><br>Hire Candidates for Branch Position<br>Hire Candidates for Branch Position | |
| | Building Future Leaders | ⇨ Developmental Agenda For All Direct Reports<br>⇨ Personal Dialogue Engagement With High Potential Employees In Branch | 80%<br>Good Feedback | 90%<br>Very Good Feedback | 100%<br>Clearly Exceeds | |

Overall Evaluation Score: 145 pts

Exhibit U