Name: Richard D Mauk          Date: 03/17/2000 02:13:56 PM
N

End Employee Comments Section
    Name:                              Date:
    Name:                              Date:
    Name:                              Date:
    Name:                              Date:
Name:             Date:
    Name:                              Date:
Y

End Human Resources Comments Section

---

Author: Timothy J Szerlong     Composed: 02/29/2000
Last Editor:           Richard D Mauk Last Modified: 03/17/2000

----- Forwarded by James P Ekdahl/ChubbMail on 03/18/03 02:46 PM -----
(Embedded image moved to file: pic15573.pcx) Competency Assessment PA001
Contact Shared Services at 1-888-500-5999 if you need assistance completing this form.

Employee Information
Name:     Richard D Mauk                Date: 01/24/2001
Branch:   Des Moines
Pay Band: 6         Job Title:  Branch Manager
Employee Updated Date: 02/09/2001

---

Results Orientation    Job Rating:  5    Employee Rating:  4

Results Orientation    Job Rating:  5    Employee Rating:  4

Achieves results through accurate and timely decision-making according to established standards and/or change processes that ensures Chubb's reputation as a quality, service oriented and value-added organization.

Comments:   Very results focussed. Has posted consistent production component results. Still needs to produce a consistent record of profit on the book.

Customer Focus     Job Rating:  5    Employee Rating:  4

Customer Focus     Job Rating:  5    Employee Rating:  4

Delivers quality products in a timely manner, meeting or exceeding expectations.

121

CONFIDENTIAL

CIC002603

Exhibit V

Comments: I feel our branch does a very good job in educating and providing our customers with a broad array of products and services. We deliver them for the most part in a timely manner.
Very engaged in the market. Has established very strong relationships in the territory with both producers and customers. Has shaped Chubb's reputation in Des Moines.

| | | | | |
|---|---|---|---|---|
| Teamwork | Job Rating: | 5 | Employee Rating: | 3 full proficiency |
| Teamwork | Job Rating: | 5 | Employee Rating: | 3 full proficiency |

Works effectively with others to help create an open and supportive environment. Capitalizes on collaboration and diversity of thought to achieve Chubb's goals.

Comments: I try to work within the structure of the organization to get the support necessary for the branch to achieve its goals. Sometimes misunderstood in championing a position (can leave an impression as inflexible and argumentative). I encourage you to be more aware of managing relationships. Embrace the need to reflect an ability to balance the needs of the branch or territory with the broader needs of the organization.

| | | | | |
|---|---|---|---|---|
| Leadership | Job Rating: | 5 | Employee Rating: | 2.5 |
| Leadership | Job Rating: | 5 | Employee Rating: | 2.5 |

Influences others to positively contribute to and support vision, values, diversity initiatives, and business strategies of Chubb.

Comments: Overall I think the Des Moines Branch results as well as the staff are respected within the organization. I feel proud of the staff we have attracted and are developing. True, but only part of what leadership is about. Externally, market leadership is apparent. Internally, champion branch issues and people with a greater receptiveness to alternatives to your vision. Be cautious of being insular. A branch manager's bottom line orientation, can be overplayed and thus can produce an instinctive need to protect the interests of the branch can hamper its progress, and the progress of the staff. There is no question, branches like DMO have to fight harder than they should for support---don't allow that frustration to knock you off balance in driving the issues.

| | | | | |
|---|---|---|---|---|
| Communication | Job Rating: | 5 | Employee Rating: | 4 |
| Communication | Job Rating: | 5 | Employee Rating: | 4 |

Creates and sustains an environment in which information flows freely in

122

CONFIDENTIAL

CIC002604

a clear, concise and direct manner.

Comments:  I feel that those in the branch are fully aware of what are objectives are. I think they are also comfortable in providing constructive feedback to assist in the improvement of our operation.

| | | | | |
|---|---|---|---|---|
| Coaching/Developmental | Job Rating: | 5 | Employee Rating: | 4 |
| Coaching/Developmental | Job Rating: | 5 | Employee Rating: | 4 |

Provides assistance to others through sharing expertise, providing constructive feedback and giving encouragement to help others better handle current and new tasks, develop confidence and competencies and deliver needed results.

Comments:  My role in the branch requires constant coaching and developmental feedback. Many of our staff are new to Chubb or their job within the branch. As the branch has grown it has provided growth/career opportunity for those in the office. A big part of my job is to help them succeed at these new opportunities.

**** The following is currently hidden and is not being used in production ****

| | | | |
|---|---|---|---|
| Global Perspective | Job Rating: | 5 | Employee Rating: |
| Global Perspective | Job Rating: | 5 | Employee Rating: |

Global Perspective
Global Perspective
  Text needs to be supplied by the compensation department.

Comments:

Branch Manager Domain
Adm

| | | | | |
|---|---|---|---|---|
| Business Development | Job Rating: | 5 proficiency | Employee Rating: | 4.5 advanced |
| Business Development | Job Rating: | 5 proficiency | Employee Rating: | 4.5 advanced |

Develops and maintains the mix of business which results in meeting or exceeding growth and profit goals.

Comments:  During my tenure in DMO we have tried to capitalize on local opportunity. One example is Financial Institutions. I feel that we are achieving book which is balanced from a premium division standpoint and will privide the basis for longterm growth and profit.

123

CONFIDENTIAL

CIC002605

Excellent skills and consistent results in business development.

| | | | |
|---|---|---|---|
| Financial Management | Job Rating: 5 | Employee Rating: 4 |
| Financial Management | Job Rating: 5 | Employee Rating: 4 |

Manages all financial aspects of the business including planning, expenses, pricing, premium growth, profitability and income.

Comments:   Des Moines is unique in size for a production office. We have developed work arounds to assist in our planning, budgeting and evaluation of results. It would be helpful if going forward Chubb sytems would support a production office.
The five year plan for DesMoines was developed and achieved under Rick's leadership. Growth coninues on course. Need to ensure a consistent profit can be posted in the territory.

| | | | |
|---|---|---|---|
| Operational Management | Job Rating: 5 | Employee Rating: 4 |
| Operational Management | Job Rating: 5 | Employee Rating: 4 |

Leads and maintains continuous influence over a broad spectrum of business activities demonstrating depth and breadth of necessary skills and knowledge to meet/exceed goals.

Comments:   Des Moines has consistently met its goals of production, expense management and a employer of choice in the Des Moines Market

| | | | |
|---|---|---|---|
| Human Resources | Job Rating: 5 | Employee Rating: 4 |
| Human Resources | Job Rating: 5 | Employee Rating: 4 |

Establishes and manages relationships with others that enable each individual and team(s) to maximize potential.

Comments:   I have worked to improve zonal relationships to maximize our branch results. I work closely with my staff to achieve the maximum potential possible.

Job Rating: 5   Employee Rating:

Job Rating: 5   Employee Rating:

Comments:

CONFIDENTIAL

CIC002606

Job Rating:     5     Employee Rating:

Job Rating:     5     Employee Rating:

Comments:

Job Rating:     5     Employee Rating:

Job Rating:     5     Employee Rating:

Comments:

Job Rating:     5     Employee Rating:

Job Rating:     5     Employee Rating:

Comments:

Job Rating:     5     Employee Rating:

Job Rating:           Employee Rating:

Comments:

Job Rating:     5     Employee Rating:

Job Rating:     5     Employee Rating:

Comments:

CONFIDENTIAL

CIC002607

Does this Competency Assessment require Next Level approval?   |--------|
                                                               | (*) No |
                                                               | ( ) Yes |
                                                               |--------|
Does this Competency Assessment require Next Level approval?   No
Does this Competency Assessment require any additional approvers?   |--------|
                                                                    | (*) No |
                                                                    | ( ) Yes |
                                                                    |--------|
Does this Competency Assessment require any additional approvers?   No
Please specify the number of additional approvers.   |-------|
                                                     | ( ) 1 |
                                                     | ( ) 2 |
                                                     | ( ) 3 |
                                                     |-------|
Please specify the number of additional approvers.
Press this button to assign the additional approvers for this Competency Assessment.
Additional Approver 1:
Additional Approver 2:
Additional Approver 3:

      Name: Timothy J Szerlong    Date: 03/04/2001
01:20:12 PM
      Name:      Date:
Y


End Employee Comments Section
      Name:      Date:
      Name:      Date:
      Name:      Date:
      Name:      Date:
Name:    Date:
      Name:      Date:
Y


End Human Resources Comments Section


Author:   Timothy J Szerlong     Composed:   01/24/2001
Last Editor:           Timothy J Szerlong   Last Modified:
    03/04/2001


----- Forwarded by James P Ekdahl/ChubbMail on 03/18/03 02:46 PM -----
(Embedded image moved to file: pic05097.pcx) Performance Review
    PA00P2
Contact Shared Services at 1-888-500-5999 if you need assistance completing this form.

Employee Information
Name:   Richard D Mauk          Date:   01/24/2001
Branch:   Des Moines
Department:   Adm
Job Title: Branch Manager       Pay Band:   6
Employee Updated Date:   02/09/2001

126

CONFIDENTIAL

CIC002608