## 2002 SCORECARD
## RICHARD MAUK - DES MOINES BRANCH

Scoring YE '02

| Scorecard Quadrant and Total Weight | Performance Area | Basis for Measurement | Threshold | Target | Superior | Results | 0 | 25 | 50 | 100 | 150 | 200 | Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Financial 75%** | Profit (25% weight) | Loss Ratio % | 65.1 - 75.0 | 58.0 - 61.0 | <55.0 | 27% Loss Ratio | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | 37.5 |
| | Growth (75% weight) | Gross W/P Growth % | 14.0 - 18.0 | 18.0 - 21.0 | >21.6 | 33% Growth | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | 112.5 |
| **Customer/ External 10%** | Customer Contact | Increase customer contact/visitation with top branch accounts. | 10 | 16 | 24 | 24 Different Customer Visits Many Customers - Multiple Visits | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | 10 |
| | MVI Performance | Growth/Production results | Branch Average | 3% | 6% | MVI Agents grew at 39% vs. Branch Average 33% | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | 10 |
| **Internal Processes 5%** | Collections | CPR Results (Days) | 54 | 52 | 50 | Branch CPR 49 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | 5 |
| | Service | Policy Issuance - Renewals Endorsement Newlines | 90% of Guidelines | Guidelines | Better than Guidelines | 100% 100% 99% | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | 5 |
| **People Management 10%** | Staff Retention | Turnover of MA+ performers not to exceed | 17% | 15% | 11% | No Turnover | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | 10 |
| | Developmental Agenda for all direct reports | Personal engagement with all high potential employees in branch. | | | | Agenda's completed | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | 5 |
| | | | | | | | | | | | | | 195 |

CONFIDENTIAL

CIC001978

Exhibit W