2/27

## Competency Assessment
PA001

Contact Shared Services at 1-888-500-5999 if you need assistance completing this form.

### Employee Information
Name: **Douglas W Baillie**   Date: **01/23/2001**
Branch: **Cincinnati**
Pay Band: **7**   Job Title: **Branch Manager**
Employee Updated Date: **02/07/2001**

### Universal Competency Assessment

**Results Orientation**   Employee Rating: 4
Achieves results through accurate and timely decision-making according to established standards and/or change processes that ensures Chubb's reputation as a quality, service oriented and value-added organization.

Comments: *Crisp focus on results → Needs to translate to profit*

**Customer Focus**   Employee Rating: ✓ 4.5
Delivers quality products in a timely manner, meeting or exceeding expectations.

Comments: *Very C/S focused*

**Teamwork**   Employee Rating: 4
Works effectively with others to help create an open and supportive environment. Capitalizes on collaboration and diversity of thought to achieve Chubb's goals.

Comments: *Emp Survey → strong result. Regional Team need direction - hasn't gelled.*

**Leadership**   Employee Rating: ✗ 2.5
Influences others to positively contribute to and support vision, values, diversity initiatives, and business strategies of Chubb.

→ ※ Comments: *Critical area for growth. Threre are issues here. Sometimes shortchanges dialogue / messagedelivery on key issues*

**Communication**   Employee Rating: 2.5
Creates and sustains an environment in which information flows freely in a clear, concise and direct manner.

→ Comments: *Looking for more nuance / audience awareness in communication*

**Coaching/Developmental**   Employee Rating: 4.5 advanced proficiency 2.5
Provides assistance to others through sharing expertise, providing constructive feedback and giving encouragement to help others better handle current and new tasks, develop confidence and competencies and deliver needed results.

Comments:
→ *HR results not there yet — Need more consistency round of top performers.*

CIC 001570

Exhibit X

## Domain Competency Assessment
### Branch Manager Domain

**Business Development**           Employee Rating: 4
Develops and maintains the mix of business which results in meeting or exceeding growth and profit goals.

Comments: High marks here

**Financial Management**           Employee Rating: 3
Manages all financial aspects of the business including planning, expenses, pricing, premium growth, (profitability) and income.

Comments: Profitability record yet to be established

**Operational Management**   2.5   Employee Rating: 4.5 advanced proficiency
Leads and maintains continuous influence over a broad spectrum of business activities demonstrating depth and breadth of necessary skills and knowledge to meet/exceed goals.

Comments: Selectively engaged — inconsistent interest

**Human Resources**                Employee Rating: 3
Establishes and manages relationships with others that enable each individual and team(s) to maximize potential.

Comments: Results?

Employee Rating:

Comments:

Employee Rating:

Comments:

### Approval Section
Does this Competency Assessment require Next Level approval?    Yes
Does this Competency Assessment require any additional approvers?    No

**Recommender**        Name:                    Date:
**Employee Acknowledgement**    Name:                    Date:
Comments:

**Next Level**         Name:                    Date:
**Sr Salary Committee** Name:                   Date:

CIC 001571