## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Douglas W. Baillie, | : | |
|     Plaintiff, | | |
| | : | |
|     v. | | Case No.: 1:02-cv-00062 |
| Chubb & Son Insurance, | : | |
|     Defendant, | | **NOTICE** |

The record of the above-captioned case shows that this matter has been terminated from the docket of Judge Spiegel. The record further indicates that there are currently depositions on file for this case, filed by counsel for Plaintiff. Pursuant to Local Rule 79.2(a), please contact chambers to make arrangements to pick up these items. Any items submitted by parties will be destroyed within 15 days of the date of this notice if arrangements are not made to retrieve them.

                            S. Arthur Spiegel
                            United States Senior District Judge

                          By: <u>s/Kevin Moser</u>
                                 Kevin Moser
                                 Case Manager
                                 (513) 564-7620